COPY.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of      Massachusetts

GENLYTE THOMAS GROUP LLC,
Plaintiff

V.

ARCHITECTURAL LIGHTING SYSTEMS,
Defendant

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

## 05 CV 10945 REK

TO: (Name and address of Defendant)

ARCHITECTURAL LIGHTING SYSTEMS
a division of ARCH LIGHTING GROUP
c/o Daniel S. Kaplan, Esq.
1100 Turks Head Building
Providence, RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON          MAY - 6 2005

CLERK          DATE

(By) DEPUTY CLERK

served: 5/12/05 9:50 AM
DANIEL S. KAPLAN

≋AO 440 (Rev. 8/01) Summons in a Civil Action

| | RETURN OF SERVICE | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 5-12-05 | |
| NAME OF SERVER (PRINT) ERNEST W LEGAULT | TITLE CONSTABLE   RI # 6133 | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): Served Attorney Daniel Kaplan

### STATEMENT OF SERVICE FEES

| TRAVEL 30.00 | SERVICES 45.00 | TOTAL $0.00  75.00 |
|---|---|---|

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5-12-05
           Date                  Ernest W. Legault
                        Signature of Server

                        Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.