UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GENLYTE THOMAS GROUP LLC, a Delaware Limited Liability Company,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ARCHITECTURAL LIGHTING SYSTEMS, a Division of ARCH LIGHTING GROUP, a Rhode Island Corporation,<br><br>　　　　　　　　　　　　Defendant. | Civil Action No. 05-cv-10945 REK |

**CORPORATE DISCLOSURE STATEMENT of GENLYTE THOMAS GROUP LLC**

Pursuant to Federal Rules of Civil Procedure 7.1(a) and Local Rule 7.3(A), Plaintiff hereby states that The Genlyte Group Incorporated is the parent of Genlyte Thomas Group LLC and that no publicly held company owns 10% or more of Genlyte Thomas Group LLC.

　　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated:　May 27, 2005

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ John L. Capone
　　　　　　　　　　　　　　　　　　　　　　　　　Thomas C. O'Konski, Esq. (BBO # 378,265)
　　　　　　　　　　　　　　　　　　　　　　　　　John L. Capone (BBO #656,150)
　　　　　　　　　　　　　　　　　　　　　　　　　Cesari and McKenna, LLP
　　　　　　　　　　　　　　　　　　　　　　　　　88 Black Falcon Avenue
　　　　　　　　　　　　　　　　　　　　　　　　　Boston, Massachusetts 022110
　　　　　　　　　　　　　　　　　　　　　　　　　Tel.  (617) 951-2500

　　　　　　　　　　　　　　　　　　　　　　　　　**Attorneys for Plaintiff**
　　　　　　　　　　　　　　　　　　　　　　　　　**GENLYTE THOMAS GROUP LLC**