UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GENLYTE THOMAS GROUP LLC, a Delaware Limited Liability Company<br><br>Plaintiff,<br><br>v.<br><br>ARCHITECTURAL LIGHTING SYSTEMS a division of ARCH LIGHTING GROUP, a Rhode Island Corporation<br><br>Defendant. | Civil Action No. 05-CV-10945REK |

### PLAINTIFF GENLYTE THOMAS GROUP LLC'S MOTION TO ADMIT ROBERT J. THEUERKAUF *PRO HAC VICE*

Pursuant to the provisions of LR 83.5.3(b), Plaintiff Genlyte Thomas Group LLC ("Genlyte") hereby moves to admit *pro hac vice* attorney Robert J. Theuerkauf, Esq., of the law firm of Middleton Reutlinger, 2500 Brown & Williamson Tower, Louisville, Kentucky. A certificate of good standing for Mr. Theuerkauf is filed concurrently herewith. In addition, a check in the amount of $50, made payable to the Clerk, to cover the admission fee is also filed concurrently herewith. This motion is made on behalf of Genlyte by the undersigned counsel who is a member of the bar of this Court.

                                                            Respectfully submitted,

Dated: May 27, 2005                 /s/ John L. Capone
                                              Thomas C. O'Konski  BBO #377475
                                              John L. Capone BBO #656150
                                              CESARI and MCKENNA, LLP
                                              88 Black Falcon Avenue
                                              Boston, MA 02210
                                              Telephone: (617) 951-2500
                                              Facsimile: (617) 951-3927

                                              COUNSEL FOR PLAINTIFF, GENLYTE
                                              THOMAS GROUP LLC

Of Counsel:

James E. Milliman
James R. Higgins, Jr.
Robert J. Theuerkauf
MIDDLETON REUTLINGER
2500 Brown & Williamson Tower
Louisville KY  40202
Telephone: (502) 584-1135
Facsimile: (502) 561-0442

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GENLYTE THOMAS GROUP LLC, a Delaware Limited Liability Company<br><br>Plaintiff,<br><br>v.<br><br>ARCHITECTURAL LIGHTING SYSTEMS a division of ARCH LIGHTING GROUP, a Rhode Island Corporation<br><br>Defendant. | Civil Action No. 05 CV 10945 REK |

### CERTIFICATE OF GOOD STANDING OF ROBERT J. THEUERKAUF, ESQ.

I, Robert J. Theuerkauf, hereby certify that the following information is true and correct:

1. I am an associate in the law firm of Middleton Reutlinger, 2500 Brown & Williamson Tower, Louisville, KY 40202.

2. I make this certification in support of a motion that I be permitted to appear *pro hac vice* on behalf of Plaintiff Genlyte Thomas Group LLC in the above-captioned matter.

3. I am a member of the bar of the State of Kentucky, the United States District Court for the Western District of Kentucky, the United States District Court for the Eastern District of Kentucky, the United States Court of Appeals for the Sixth Circuit, and the United States Patent and Trademark Office.

4. I am a member in good standing in every jurisdiction in which I have been admitted to practice.

5. There are no disciplinary proceedings pending against me in any jurisdiction.

6.  I have reviewed and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Dated:_____

_____
Robert J. Theuerkauf, Esq.
MIDDLETON REUTLINGER
2500 Brown & Williamson Tower
Louisville, KY  40202
Phone: (502) 584-1135
Fax: (502) 561-0442