UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GENLYTE THOMAS GROUP LLC, a Delaware Limited Liability Company<br><br>    Plaintiff,<br><br>v.<br><br>ARCHITECTURAL LIGHTING SYSTEMS a division of ARCH LIGHTING GROUP, a Rhode Island Corporation<br><br>    Defendant. | Civil Action No.  05-CV-10945REK |

### PLAINTIFF GENLYTE THOMAS GROUP LLC'S MOTION TO ADMIT JAMES E. MILLIMAN *PRO HAC VICE*

Pursuant to the provisions of LR 83.5.3(b), Plaintiff Genlyte Thomas Group LLC ("Genlyte") hereby moves to admit *pro hac vice* attorney James E. Milliman, Esq., of the law firm of Middleton Reutlinger, 2500 Brown & Williamson Tower, Louisville, Kentucky.  A certificate of good standing for Mr. Milliman is filed concurrently herewith.  In addition, a check in the amount of $50, made payable to the Clerk, to cover the admission fee is also filed concurrently herewith.  This motion is made on behalf of Genlyte by the undersigned counsel who is a member of the bar of this Court.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: May 27, 2005 | /s/ John L. Capone<br>Thomas C. O'Konski  BBO #377475<br>John L. Capone BBO #656150<br>CESARI and MCKENNA, LLP<br>88 Black Falcon Avenue<br>Boston, MA 02210<br>Telephone:  (617) 951-2500<br>Facsimile:  (617) 951-3927<br><br>COUNSEL FOR PLAINTIFF, GENLYTE THOMAS GROUP LLC |

Of Counsel:

James E. Milliman
James R. Higgins, Jr.
Robert J. Theuerkauf
MIDDLETON REUTLINGER
2500 Brown & Williamson Tower
Louisville KY  40202
Telephone:  (502) 584-1135
Facsimile:  (502) 561-0442

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GENLYTE THOMAS GROUP LLC,
a Delaware Limited Liability Company

          Plaintiff,

v.

ARCHITECTURAL LIGHTING SYSTEMS a
division of ARCH LIGHTING GROUP, a
Rhode Island Corporation

          Defendant.

Civil Action No. 05 CV 10945 REK

## CERTIFICATE OF GOOD STANDING OF JAMES E. MILLIMAN, ESQ.

I, James E. Milliman, hereby certify that the following information is true and correct:

1.     I am a partner in the law firm of Middleton Reutlinger, 2500 Brown & Williamson Tower, Louisville, KY 40202.

2.     I make this certification in support of a motion that I be permitted to appear *pro hac vice* on behalf of Plaintiff Genlyte Thomas Group LLC in the above-captioned matter.

3.     I am a member of the bar of the State of Kentucky, the U.S. Supreme Court, the United States District Court for the Western District of Kentucky, the United States District Court for the Eastern District of Kentucky, and the United States Courts of Appeals for the Sixth Circuit and the Federal Circuit, the U.S. Court of Federal Claims and the U.S. Tax Court.

4.     I am a member in good standing in every jurisdiction in which I have been admitted to practice.

5.     There are no disciplinary proceedings pending against me in any jurisdiction.

6.  I have reviewed and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Dated: 5/21/05

_____
James E. Milliman, Esq.
MIDDLETON REUTLINGER
2500 Brown & Williamson Tower
Louisville, KY 40202
Phone: (502) 584-1135
Fax: (502) 561-0442