UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GENLYTE THOMAS GROUP LLC,
a Delaware Limited Liability Company

                    Plaintiff,

v.                                                             Civil Action No.  05-CV-10945REK

ARCHITECTURAL LIGHTING SYSTEMS a
division of ARCH LIGHTING GROUP, a
Rhode Island Corporation

                    Defendant.

**PLAINTIFF GENLYTE THOMAS GROUP LLC'S
MOTION TO ADMIT JAMES R. HIGGINS, JR. *PRO HAC VICE***

          Pursuant to the provisions of LR 83.5.3(b), Plaintiff Genlyte Thomas Group LLC

("Genlyte") hereby moves to admit *pro hac vice* attorney James R. Higgins, Jr., Esq., of the law

firm of Middleton Reutlinger, 2500 Brown & Williamson Tower, Louisville, Kentucky.  A

certificate of good standing for Mr. Higgins is filed concurrently herewith.  In addition, a check

in the amount of $50, made payable to the Clerk, to cover the admission fee is also filed

concurrently herewith.  This motion is made on behalf of Genlyte by the undersigned counsel

who is a member of the bar of this Court.

Respectfully submitted,

Dated:  May 27, 2005

/s/ John L. Capone
Thomas C. O'Konski  BBO #377475
John L. Capone BBO #656150
CESARI and MCKENNA, LLP
88 Black Falcon Avenue
Boston, MA 02210
Telephone:  (617) 951-2500
Facsimile:  (617) 951-3927

COUNSEL FOR PLAINTIFF, GENLYTE
THOMAS GROUP LLC

Of Counsel:

James E. Milliman
James R. Higgins, Jr.
Robert J. Theuerkauf
MIDDLETON REUTLINGER
2500 Brown & Williamson Tower
Louisville KY  40202
Telephone:  (502) 584-1135
Facsimile:  (502) 561-0442

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GENLYTE THOMAS GROUP LLC,
a Delaware Limited Liability Company

         Plaintiff,

v.

ARCHITECTURAL LIGHTING SYSTEMS a
division of ARCH LIGHTING GROUP, a
Rhode Island Corporation

         Defendant.

Civil Action No. 05  CV 10945 REK

## CERTIFICATE OF GOOD STANDING OF JAMES R. HIGGINS, JR., ESQ.

I, James R. Higgins, Jr., hereby certify that the following information is true and correct:

1.     I am a partner in the law firm of Middleton Reutlinger, 2500 Brown & Williamson Tower, Louisville, KY  40202.

2.     I make this certification in support of a motion that I be permitted to appear *pro hac vice* on behalf of Plaintiff Genlyte Thomas Group LLC in the above-captioned matter.

3.     I am a member of the bar of the State of Kentucky, the U.S. Supreme Court, the United States District Court for the Western District of Kentucky, the United States District Court for the Eastern District of Kentucky, and the United States Courts of Appeals for the Second, Fifth, Sixth and Federal Circuits and the U.S. Patent and Trademark Office.

4.     I am a member in good standing in every jurisdiction in which I have been admitted to practice.

5.     There are no disciplinary proceedings pending against me in any jurisdiction.

1

6.     I have reviewed and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.


Dated: _May 20, 2005_

James R. Higgins, Jr., Esq.
MIDDLETON REUTLINGER
2500 Brown & Williamson Tower
Louisville, KY 40202
Phone: (502) 584-1135
Fax: (502) 561-0442