UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GENLYTE THOMAS GROUP LLC,<br><br>           Plaintiff,<br>v.<br><br>ARCHITECTURAL LIGHTING SYSTEMS, a division of ARCH LIGHTING GROUP,<br><br>           Defendant. | Civil Action No.  05-CV-10945 REK |

## NOTICE OF APPEARANCE

I, Brett N. Dorny, hereby enter my appearance on behalf of defendant, Architectural Lighting Systems.

                                                                      Respectfully submitted,

                                                                      _/s/ Brett N. Dorny_
                                                                      Brett N. Dorny, BBO #628977
                                                                      Law Office of Brett N. Dorny
                                                                      321 Church Street
                                                                      Northborough, Massachusetts  01532
                                                                      Tel. 508-904-3228

                                                                      Attorney for Defendant

Dated:  June 8, 2005

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and accurate copy of the foregoing Notice of Appearance to be served upon the following counsel of record for plaintiff, on June 8, 2005, by first class mail, postage prepaid:

Thomas C. O'Konski
John L. Capone
CESARI and MCKENNA, LLP
88 Black Falcon Avenue
Boston, Massachusetts 02210

_____
Brett N. Dorny