IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GENLYTE THOMAS GROUP LLC,<br><br>          Plaintiff,<br>     v.<br><br>ARCHITECTURAL LIGHTING SYSTEMS, a division of ARCH LIGHTING GROUP,<br><br>          Defendant. | Civil Action No.  05-CV-10945 REK |

## STIPULATION

It is hereby stipulated and agreed by and between Plaintiff Genlyte Thomas Group LLC and Defendant Architectural Lighting Systems, by and through their respective undersigned counsel, that Defendant may have an additional thirty (30) days to answer the Complaint. Upon the Court's approval, this stipulation extends Architectural Lighting Systems' response date from Wednesday, June 1, 2005 to Friday, July 1, 2005.

| | |
|---|---|
| /s/ John L. Capone<br>Thomas C. O'Konski, BBO# 378265<br>John L. Capone, BBO# 656150<br>CESARI and MCKENNA, LLP<br>88 Black Falcon Avenue<br>Boston, Massachusetts  02210<br><br>Attorneys for Plaintiff | /s/ Brett N. Dorny<br>Brett N. Dorny, BBO# 628977<br>LAW OFFICE OF BRETT N. DORNY<br>321 Church Street<br>Northborough, Massachusetts  01532<br><br>Attorney for Defendant |

**APPROVED AND SO ORDERED:**


_____  Date: _____
**Robert E. Keeton**
**US District Judge**