UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GENLYTE THOMAS GROUP LLC,

                Plaintiff/Counterclaim Defendant,

v.

ARCHITECTURAL LIGHTING SYSTEMS, a
division of ARCH LIGHTING GROUP,

             Defendant/Counterclaimant.

Civil Action No.  05-CV-10945 REK

## DEFENDANT'S MARKMAN STATEMENT

Pursuant to agreement of the parties and in preparation for the "Markman" hearing scheduled by the court, Defendant, Arch Lighting Group, Inc. (ALS), submits this statement setting forth the appropriate interpretation of the claims of U.S. Patent No. 5,038,254 ("the '254 patent"). A copy of the '254 patent is attached hereto as Exhibit 1.

## I.    BACKGROUND

Plaintiff Genlyte Thomas Group, LLC ("Genlyte") and ALS are both in the business of designing, manufacturing, marketing and selling lighting fixtures. With respect to the present action, both Genlyte and ALS sell a multifunction lighting fixture for hospital patient rooms. The lighting fixtures from both companies include separately controllable lights within the fixture to provide lighting for different needs within a hospital room. The needs relate to lighting levels at different locations in a hospital room. In particular, the fixtures provide ambient lighting to the room, lighting for a patient to read, lighting for a doctor to examine the patient, and lighting for a nurse to view a chart without disturbing the patient.

1

Genlyte began selling its medical lighting fixture in approximately 1991   When ALS developed its product, approximately ten years later, it was well aware of the Genlyte product and that Genlyte had various intellectual property rights relating to its products. Accordingly, ALS designed its lighting fixture so as to differ significantly from the Genlyte product while still providing the functions necessary for a hospital room light. Thus, the ALS product uses different bulbs, different bulb orientations, different reflectors, and different lenses than Genlyte's product. The differences designed into the ALS product provide different light distributions from those in Genlyte's product for each function of the lighting fixture.

The claims of the '254 patent recite the structures and light distributions found in Genlyte's product. Despite the differences between the ALS and Genlyte products, Genlyte asserted that the ALS was infringing the '254 patent. ALS denied infringement and provided one of its products to Genlyte for testing. The testing showed that all of the lights in the ALS product have a similar light distribution pattern, while the claims of the '254 patent require differently directed lights, as discussed below. Nevertheless, Genlyte maintained its clearly unsupported assertion of infringement and filed the present action.

## II.    LEGAL STANDARDS FOR CLAIM INTERPRETATION

Patent infringement is a two step process. First, the Court must determine the meaning of the claims. *Markman v. Westview Inst. Inc.*, 52 F.3d 967, 979 (Fed. Cir. 1995)(en banc), *aff'd* 517 U.S. 370 (1996). Second, the claims, as interpreted, are compared to the accused product to determine infringement. *Allen Eng'g Corp. v. Bartell Indus. Inc.*, 299 F.3d 1336, 1345 (Fed. Cir. 2002). The claim interpretation step is a legal question to be decided by the Court. *Markman*, 52 F.3d at 977. The claims are to interpreted on an objective basis as they would be understood by one of ordinary skill in the art at the time the invention. *Markman*, 52 F.3d at 986.

2

The starting point for claim construction is always the language of the claims themselves. *Renishaw PLC v. Marposs Societa' Group, Inc.*, 262 F.3d 1243, 1248 (Fed. Cir. 1988)("claim construction … begins and ends in all cases with the actual words of the claim"). The terms in a patent claim are generally "given their ordinary and customary meaning" as understood by one of ordinary skill in the art to which the invention applies. *Phillips v. AWH Corp.,* 415 F.3d. at 1312-13; *CCS Fitness, Inc. v. Brunswick Corp.*, 288 F.3d 1359, (Fed. Cir. 2002); *Vitronics Corp. v. Conceptronic, Inc.*, 90 F.3d 1576, 1582 (Fed. Cir. 1996). "In some cases, the ordinary meaning of claim language as understood by a person of skill in the art may be readily apparent even to lay judges, and claim construction in such cases involves little more than the application of the widely accepted meaning of commonly understood words." *Phillips*, 415 F.3d at 1314 (citing *Brown v. 3M*, 265 F.3d 1349, 1352 (Fed. Cir. 2001)("the claims 'did not require elaborate interpretation'").

Although claim terms are typically interpreted consistent with their ordinary meaning, a patentee may be his or her own lexicographer and use terms in a manner different from their ordinary meaning. *Vitronics*, 90 F.3d at 1582. A patentee may also use terms which have no ordinary meaning. When doing so, the patentee must clearly state the special definition or meaning of such terms in the specification or file history of the patent. *Id.* (specification can assist interpretation "when it expressly defines terms used in the claims or when it defines terms by implication."); *Markman*, 52 F.3d at 979-80 (claims "must be read in light of the specification, of which they are part"). When interpreting such terms, the Court should limit its interpretation to defining the terms in the claim. The claims are not to be limited by the preferred embodiment or embodiments disclosed in the specification. *Elkay Manuf. Co. v. Ebco*

*Manuf. Co.*, 192 F.3d 973, 978 (Fed. Cir. 1999) ("The general rule, of course, is that the claims of a patent are not limited to the preferred embodiment, unless by their own language.").

Extrinsic evidence –evidence other than the patent and the file history – is less relevant and reliable in interpreting the meaning of the claims. *Phillips*, 415 F.3d at 1317-18 extrinsic evidence cannot provide definitions which contradict the intrinsic evidence 1322-23; *Vitronics*, 90 F.3d at 1584, n.6. Nevertheless, expert testimony can be useful for a variety of purposes in construing the claims. Such testimony provides the court with background on the technology and an understanding of how one of ordinary skill in the art would interpret the claims. The claim constructions set forth below are supported by the Statement of Ian Lewin (attached as Exhibit 2), as one of ordinary skill in the art of lighting design.

III.    CLAIM INTERPRETATION OF THE '254 PATENT.

The '254 patent, titled Integrated Medical Light System, issued August 6, 1991. The '254 patent relates to a ceiling mounted medical lighting system including a reading light, an examination light, and an ambient light. As disclosed in the '254 patent, each light directs light to a different portion of a hospital bed for a different purpose  The reading light is directed toward a reading area on a hospital bed directly below the fixture. The examination light is directed to the entire top surface of the hospital bed. The ambient light is directed to a wall abutting the head of the hospital bed so that it is reflected back to a large area in the vicinity of the hospital bed.

The patent includes fourteen claims, two of which, claims 1 and 3, are independent. An independent claim recites all of the elements necessary to infringe the claim. A dependent claim references another claim and necessarily includes all of the elements recited in the claim itself and recited in the claim or claims from which it depends.

4

The discussion below does not include every term of all of the claims. The parties, through counsel, have discussed the claims and the terms which are believed to require interpretation by the Court due to disputes as to how these terms should be understood. All disputed terms are discussed in this statement. All terms which are not discussed are believed by both parties to retain their ordinary meaning and to be clear. Furthermore, ALS asserts that most of the disputed terms also are to be interpreted in accordance with their "ordinary and customary" meanings. The meaning of the terms which have no ordinary meaning are clear from the disclosure of the '254 patent.

A.     Claim 1

Claim 1 of the '254 patent is directed to "a medical lighting system" and includes four elements:

    1. a body;

    2. means for ceiling-mounting said body;

    3. a first light fixture within said body oriented to direct light downwardly to a selected reading area under said body;

    4. a second light fixture within said body oriented to direct light downwardly and outwardly to a vertical wall surface outwardly adjacent from said body whereby light is reflected back to a broad area under said body.

The terms which require interpretation are underlined above.

### 1     *Means for Ceiling-Mounting Said Body*

The second element of claim 1 recites means for mounting the body of the lighting system on the ceiling. This element is in means-plus-function format and is to be interpreted pursuant to 35 U.S.C. § 112, paragraph 6. The patent statute provides that claim elements may

be written as means for performing specified functions without recitation of specific structures which perform those functions. Such claim elements are to be interpreted to include the structures shown in the specification for performing the recited functions, and equivalents thereof. In interpreting such an element, the Court must first determined the recited function. Once the function is determined, the Court is to determine the structures recited in the specification for performing function. Claim interpretation requires both the determination of the function and determination of the disclosed structure or structures.

With respect to claim 1, the recited function is mounting the body on the ceiling. However, the specification of the '254 fails to disclose any structures for performing that function. Therefore, this claim element cannot be fully interpreted by the court. When the specification fails to recite any structure for performing a function recited in the claim, the claim is invalid. *Atmel Corp. v. Information Storage Devices*, 198 F.3d 1374, 1378-1379 (Fed. Cir. 1999); *In Re Donaldson*, 16 F.3d 1189, 1195 (Fed. Cir. 1994). While the issue of invalidity not currently before the Court in connection with its claim interpretation, the court will be unable to provide a complete interpretation of this element as a result of the lack of any structure in the specification.

2.    *Oriented to direct light*

The third element of claim 1 recites a first fixture within the body oriented to direct light. The term "oriented to direct light" is used repeatedly throughout the claims of the '254 patent. This term can be interpreted in accordance with its ordinary meaning. "Oriented," within the context of the claims, means "to put in correct position or relation". *See* excerpts from Webster 's Third International Dictionary (hereinafter "Websters"), attached as Exhibit 3. "To direct" means "to follow a straight course with a particular destination". Websters, Exhibit 3. Thus, the

first light fixture is defined by a structure positioned to aim light emitted by the fixture to a destination. As discussed by Dr. Lewin, one of ordinary skill in the art would understand that "directing light" means that the majority of the light or the highest intensity light from the fixture is purposely directed towards a target. See Statement of Ian Lewin, p. 2. Light from any fixture is dispersed in many directions. However, the recitation in the claims of the light being "directed" requires that the light be aimed in a direction. This is understood by those of ordinary skill in the art as a reference to the majority of the light or the part having the highest intensidy. If only a small portion of the light is emitted by a fixture in a recited direction, the light cannot be considered to be directed in that direction. Claim 1 further identifies how the light is aimed by identifying a direction and a target area to which the light from the fixture is directed.

If claim 1 were interpreted so as not to be limited to the highest intensity light being aimed in the direction towards the recited target, the claim would be invalid. Various prior art patents disclose lighting fixtures providing light from different sources in many directions. See Statement of Ian Lewin, pp. 6-10. Claim   of the '254 patent differs from these prior art patents in that it recites directing the light in specific directions to a specific target area. Generally, claims should be interpreted to preserve validity. *ACS Hosp. Sys., Inc. v. Montefiore Hosp.*, 732 F.2d 1572, 1577 (Fed.Cir.1984) ("claims should be so construed, if possible, as to sustain their validity"). Therefore, claim 1 should be interpreted to require the highest intensity light to be aimed in the recited direction to the recited target.

3.    *Downwardly*

Claim 1 recites that the first fixture directs the light downwardly. This term provides the direction for the highest intensity of the light. The ordinary meaning, decending from a source

Websters), can be used for this term. Downwardly means that the light is aimed below the first fixture. See Statement of Ian Lewin, p. 2

4.    *A Selected Reading Area*

The target area recited in claim 1 is "a selected reading area under said body." This term has no ordinary or customary meaning. Thus, according to the principles of claim interpretation, the specification must be used in determining the meaning of this term. The claim itself identifies the reading area as being under the body or the light fixture. The specification identifies the reading area by reference number 400 in Fig. 1. It further indicates an objective of the invention as providing a reading light for illumination over an area appropriate for a patient reading in bed. ('254 patent, col. 1, lines 42-47; col. 2, lines 3-6). Thus, the reading area is a defined area under the lighting system body used by a patient for reading. See Statement of Ian Lewin, pp. 2-3.

5.    *Second Light Fixture – Oriented to Direct Light*

The final element recited in Claim 1 is a second light fixture within the body oriented to direct light. The term "oriented to direct light" has the same meaning as discussed above with respect to the first light fixture. The second light fixture is arranged to aim the light in a given direction. As discussed above, the terms "to direct light" means that the majority of light or highest intensity light is aimed in the given direction.

6.    *Downwardly and outwardly*

Claim 1 recites the direction of the light from the second light fixture as "downwardly and outwardly." This differs from the direction of light from the first fixture which was just "downwardly." Downwardly refers to a direction below the fixture. Outwardly means toward the outside or in an outward direction. Websters, Exhibit 3. Downwardly and outwardly, when

used jointly, mean a direction which is below, yet outside the area of the body. This direction is consistent with the target area, the vertical wall surface, as discussed below. See Statement of Ian Lewin, pp. 3-4.

### 7.   *A Vertical Wall Surface Outwardly Adjacent From Said Body*

The target area for light from the second fixture is recited in the claim as "a vertical wall surface outwardly adjacent from said body." This term is interpreted in accordance with its ordinary meaning. The body is mounted horizontally on or in the ceiling. The target for the second light fixture is a vertical wall. The wall is one which is adjacent, i.e., next to or near, the body, which is mounted on the ceiling.

### 8   *Reflected Back To A Broad Area*

The target area for the light from the second fixture is further defined by an area to which light is reflected from the wall. Light from the second fixture is aimed at a wall so that it is reflected back off the wall. The light is reflected off the wall to a broad area under the body. As with the reading area, the broad area has not ordinary meaning. The specification identifies the "broad area" as a wide or large area around the patient's bed under the lighting system. ('254 patent, col. 1, lines 42-45; col. 2, lines 6-10).

### 9.   *Summary*

Claim 1, when properly interpreted, requires, among other things, two light fixtures oriented to direct light in two distinct manners. Directing light, in this context, means that the highest intensity light is pointed in a direction to a defined target area. The first fixture directs light in a downward direction to an area, under the body of the lighting system, useful for a patient in a bed under the fixture to read. The second fixture directs light in a downward and

outward direction to a vertical wall so that it is reflected back to an area around a patient bed under the fixture.

Furthermore, this interpretation of claim 1 is consistent with the invention as disclosed in the specification. Fig. 1 illustrates light from the fixtures. The light from the first fixture is shown as exiting the fixture at an angle so as to remain under the body of the lighting system. Fig. 1 further illustrates a reading area 400 as being a portion of the bed. Light from the second fixture is shown as proceeding at an angle away from the fixture to the wall and by the head of you bed.

B.    Claim 3

Independent claim 3 also recites a medical lighting system. It includes five elements. The first four elements are worded identically to the elements of claim 1. These elements should be interpreted in the same manner as discussed above with respect to claim 1. The fifth element recites: "a third light fixture within said body oriented to direct light downwardly under said body to a selected patient examination area." As with the elements of claim 1, the term "oriented to direct light" should be interpreted to mean that fixture has a structure which causes the highest intensity light to be aimed in a direction towards a target. With respect to the third light fixture, the direction is "downwardly" and should be interpreted in the same manner as the direction for the first light fixture discussed above. However, the target area is different for the third light fixture. Claim 3 recites the target area as a selected patient examination area. "Patient examination area" has no ordinary or customary meaning. The specification of the '254 patent, however, clearly identifies the patient examination area as "the entire area of the patient's bed." ('254 patent, col. 1, lines 47-49; col. 2, lines 10-17.) See statement of Ian Lewin, p. 5.

Thus, similar to claim 1, claim 3 should be interpreted to require three light fixtures, each of which cause the highest intensity of light from the fixture to be aimed in the recited direction to a recited target. For the first and third fixtures, the direction is downward below the body of the lighting system. The target area for the first fixture is a portion of the bed area of a patient bed under the lighting system. The target area for the third fixture is the entire patient bed. The second light fixture directs the highest intensity light in a direction downward and outward away from the lighting system to a vertical wall. The light is directed so that it reflects off the wall to a large area around the patient bed.

### C.    Dependent Claims

Genlyte has asserted infringement of all of the claims of the '254 patent. Claim 2 depends from claim 1. Claims 4-14 depend, directly or indirectly, from claim 3. The dependent claims recite additional features of the various light fixtures of claims 1 and 3. While most of the terms of these dependent claims are clear and receive their ordinary meaning. The parties believe that several terms in these claims require interpretation.

### 1.    *Reflector*

Claims 2 and 4 recite that the first and second light fixtures each include a reflector and a fluorescent bulb. A "reflector" is a known structure in a lighting fixture which causes light to be distributed or directed. Reflectors can have different shapes and surfaces. The reflectors, as recited in claims 2 and 4, are specular or semi-specular surfaces shaped and positioned to reflect light from the bulb in the direction recited in claims 1 and 3. Specular and semi-specular surfaces are a necessary part of claims 2 and 4 so that the light is directed toward the defined target. Diffuse surfaces, which can also be used as reflectors in light fixtures, provide a broad light distribution without providing a directionality of higher intensity light. See Statement of

11

Ian Lewin, p. 6. Thus, a diffuse surface fails to operate in accordance with the terms of the claims as is excluded from the meaning of the claims of the '254 patent.

2.    *Fluorescent Assembly*

Claim 4 recites that the third fixture includes a reflector and fluorescent assembly therein. A fluorescent assembly includes one or more bulbs within a single reflector. See Statement of Ian Lewin, p. 6. The '254 patent discloses two or four bulbs within a single reflector for the examination light. See Fig. 2, col. 2, line 66 – col. 3, line 4.

3.    *Light Distribution Pattern*

Claims 5 and 7, which depend from claim 4, recite that the bulbs in the fluorescent assembly have "a light distribution pattern oriented in a direction perpendicular to the ... fluorescent bulbs." A light distribution pattern is a term of art within the lighting industry which means the direction where the major intensity of the light from a bulb is directed. Claims 5 and 7 recite that the major intensity of light from a bulb must be perpendicular to the axis of the bulb.

4.    *Glare*

Claims 13 and 14, which depend from claim 3, recite that the fixtures set forth in claim 3 exclude glare from certain areas. Claim 13 recites that the first and second fixtures exclude glare from being directed to a forward area of a standard hospital bed. Claim 14 recites that the first and second fixtures exclude glare from areas adjacent to a standard hospital bed. Glare, under either its ordinary meaning or as understood within the art of the invention, means a level of luminance which causes annoyance, discomfort or loss of visual performance. Claim 3 recites that the fixtures direct light of the highest intensity to specific target areas. Claims 13 and 14 require the light outside the target area to have a sufficiently low intensity so as to not bother persons at those areas.

IV.    CONCLUSION

The claims of the '254 patent generally can be interpreted in accordance with the ordinary meaning of the language used in the claims. Such interpretation provides that each of the fixtures recited in the claims cause the highest intensity of light from the fixture to be directed in a defined direction to a defined target location. Furthermore, as recited in the claims, the first and second fixtures direct light in different directions to significantly different target areas.

                                           Respectfully submitted,


Dated:  May 17, 2006

                                           Brett N. Dorny,  BBO# 628,977
                                           Law Office of Brett N. Dorny
                                           386 West Main Street, Suite 12A
                                           Northborough, Massachusetts  01532
                                           508-709-0501
                                           bndorny@dornylaw.com

                                           Attorney for Defendant


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 18, 2006.


                                           Brett N. Dorny


13

**DEFENDANT'S MARKMAN STATEMENT**

**EXHIBIT 1**

# United States Patent [19]

## Fabbri et al.

[11] Patent Number: 5,038,254

[45] Date of Patent: Aug. 6, 1991

[54] **INTEGRATED MEDICAL LIGHT SYSTEM**

[75] Inventors: Wiliam C. Fabbri, Billerica; Roy Crane, Wilmington, both of Mass.

[73] Assignee: Keene Corporation, Union, N.J.

[21] Appl. No.: 629,436

[22] Filed: Dec. 18, 1990

[51] Int. Cl.⁵ ............................................. F21V 13/00

[52] U.S. Cl. ...................................... 362/33; 362/225; 362/147; 362/804

[58] Field of Search ................. 362/33, 225, 240, 364, 362/147, 804

[56] **References Cited**

### U.S. PATENT DOCUMENTS

3,928,757  12/1975  Nelson ............................. 362/804 X

4,204,274  5/1980  Lüderitz ......................... 362/225 X

Primary Examiner—Stephen F. Husar
Attorney, Agent, or Firm—Kane, Dalsimer, Sullivan, Kurucz, Levy, Eisele and Richard

[57] **ABSTRACT**

The apparatus is a medical lighting system which includes a ceiling-mount reading light, examination light and ambient light. The reading light is directed toward a selected reading area on a hospital bed directly below the medical lighting system. The examination light illuminates the entire top surface of the hospital bed. The ambient light directs light to a wall abutting the head of the hospital bed thereby providing reflected light to the vicinity of the hospital bed.

**14 Claims, 2 Drawing Sheets**





FIG.



FIG. 2

5,038,254

1

# INTEGRATED MEDICAL LIGHT SYSTEM

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

This invention pertains to a light system for use in hospitals and health facilities. The light system includes an examination light, an ambient light, and a reading light and is preferably mounted in the ceiling.

### 2. Description of the Prior Art

In hospitals and similar health or medical facilities, it is desirable to provide the bedridden patient with three types of lights—the first is an ambient light which provides background, preferably reflected, light to a large area surrounding the bed; the second is a reading light which provides direct light to a portion of the patient's bed; and the third is an examination light which directs a high intensity light to substantially the entire area of the patient's bed. The ambient light typically has an illumination value of approximately 50 foot-candles while the reading light typically has an illumination value of approximately 70 foot-candles and the examination light typically has an illumination value of approximately 100 foot-candles.

In the prior art, these lights were typically provided individually in a haphazard way. Different types of lamps and light fixtures were placed around the bed with numerous plugs competing with medical equipment for available outlet space. Moreover, such an arrangement was unsightly and could impede the mobility of the patient, the patient's bed, or the surrounding medical equipment.

Wall-mounted fixtures alleviated some of the above-identified deficiencies but still left much to be desired aesthetically and, more importantly, could impede access to the patient, and were easily damaged by motor driven bed headboards.

## OBJECTS AND SUMMARY OF THE INVENTION

It is therefore an object of this invention to provide an integrated medical lighting system which provides an ambient light with an illumination value of about 50 foot-candles over a wide area; a reading light with an illumination value of about 70 foot-candles over an area appropriate for a patient reading in bed; and an examination light with an illumination value of about 100 foot-candles over the entire area of the patient's bed.

It is therefore a further object of this invention to provide an integrated medical lighting system which requires no more than one or two electrical connections.

It is therefore a still further object of this invention to provide an integrated medical lighting system which does not impede access to the patient, the patient's bed, or surrounding medical equipment.

It is therefore a final object of this invention to provide an integrated medical lighting system which is aesthetically pleasing.

These and other objects are effectively attained by providing a ceiling-mounted medical lighting system which includes three individual dedicated light fixtures. The lighting system is rectangular and is designed to be placed so that one of the shorter ends of the rectangle is placed substantially on the ceiling-wall interface directly over the head of the patient's bed. The bed is

2

placed so that the longer sides of the bed are parallel to the longer sides of the rectangular light fixture.

A first light fixture includes a fluorescent bulb and a reflector designed to direct light toward the forward portion of the patient's bed so as to allow a patient to read comfortably. A second light fixture includes a fluorescent bulb and a reflector designed to direct light toward a vertical wall abutting the head of the patient's bed so as to provide a reflected light over a large area around the patient's bed. A third light fixture includes two to four fluorescent (preferably biax ® or other U-shaped) bulbs which are oriented perpendicularly to the bed. The fluorescent bulbs have a light distribution pattern which is substantially oriented in the direction perpendicular to the bulb. Therefore, the entire area of the bed is efficiently illuminated providing an examination light.

## BRIEF DESCRIPTION OF THE DRAWINGS

Further objects and advantages of the invention will become apparent from the following description and claims, and from the accompanying drawings, wherein:

FIG. 1 is a side plan view of the integrated medical light system of the present invention.

FIG. 2 is a bottom plan view of the integrated medical light system of the present invention.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

Referring now to the drawings in detail wherein like numerals indicate like elements throughout the several views, FIG. 1 is a side plan view of lighting fixture 10 shown installed in ceiling 100 directly over bed 200. FIG. 2 shows the rectangular shape of lighting fixture 10 formed by long sides 12, 14 and short sides 16, 18. Long sides 12, 14 are typically four feet in length while short sides 16, 18 are typically two feet in length. As shown in FIG. 1, short side 16 abuts the wall-ceiling (300, 100, respectively) interface directly over the head of bed 200. Long sides 12, 14 are parallel to the longer side of bed 200.

Reading light reflector 20 is along short side 16 of lighting fixture 10 proximate to wall 300 and includes a fluorescent bulb 22 positioned therewithin parallel to short sides 16, 18 of lighting fixture 10 so as to provide a direct light to reading area 400 of bed 200 as shown on FIG. 1. Reflector 20 and bulb 22 are chosen to provide an illumination of approximately 70 foot-candles to reading are 400.

Ambient light reflector 24 is inwardly adjacent to reading light reflector 20 and includes a fluorescent bulb 26 positioned therewithin parallel to short sides 16, 18 of lighting fixture 10 so as to reflect or bounce light from wall 300 thereby providing ambient light to bed 200. Reflector 24 and bulb 26 are chosen to provide approximately 50 foot-candles of illumination to the ambient area.

Reflectors 20, 24 and bulbs 22, 26 are configured so as not to direct glare toward the head of bed 200 where the patient's head is likely to be, whether in a supine or sitting position. Similarly, reflectors 20, 24 and bulbs 22, 26 are configured so as not to direct glare to areas adjacent to bed 200 so as to allow other beds (not shown) to be placed proximate thereto without undue disturbance of neighboring patients.

Examination light reflector 28 is outwardly adjacent to ambient light reflector 24, includes short side 18 and is opposite from reading light reflector 20. Examination

5,038,254

**3**

light reflector 28 includes two to four fluorescent bulbs 30, 32. Fluorescent bulbs 30, 32 (preferably biax ® or other U-shaped) are parallel to short sides 16, 18 of lighting fixture 10. As fluorescent bulbs 30, 32 have a characteristic directional light distribution pattern oriented in the direction perpendicular to the bulbs, the entire area of the bed 200 is efficiently illuminated. The bulbs 30, 32 and reflector 28 are chosen to provide 100 foot-candles of illumination to the bed 200. An important feature of the present invention resides in the orientation of the lamps within the lighting 1 fixture which permits the lighting fixture 10 to be packaged in a two foot by four foot configuration and thereby replace a conventional troffer.

Bulbs 22, 26, 30 and 32 are powered by a single electrical source, preferably supplied from wiring within ceiling 100 although the use of a single electric cord (not shown) engaging an electrical socket (not shown) may be used. A single switch module (not shown), either hand-held or built into wall 300, is used to control bulbs 22 and 26 and a wall switch to control bulbs 30 and 32.

To use this device, the patient operates the switch module (not shown) to operate selectively bulbs 22 and 26. Medical personnel control bulbs 30 and 32 of the examination lighting from a switch on the headwall, not easily accessible to the patient.

Thus the several aforementioned objects and advantages are most effectively attained. Although a single preferred embodiment of the invention has been disclosed and described in detail herein, it should be understood that this invention is in no sense limited thereby and its scope is to be determined by that of the appended claims.

What is claimed is:

1. A medical lighting system comprising:
a body;
means for ceiling-mounting said body;
a first light fixture within said body oriented to direct light downwardly to a selected reading area under said body;
a second light fixture within said body oriented to direct light downwardly and outwardly to a vertical wall surface outwardly adjacent from said body whereby light is reflected back to a broad area under said body.

2. The medical lighting system of claim 1 wherein said first light fixture includes a first reflector and a first fluorescent bulb therewithin; and said second light fixture includes a second reflector and a second fluorescent bulb therewithin.

3. A medical lighting system comprising:
a body;
means for ceiling-mounting said body;
a first light fixture within said body oriented to direct light downwardly to a selected reading area under said body;
a second light fixture within said body oriented to direct light downwardly and outwardly to a vertical wall surface outwardly adjacent from said body whereby light is reflected back to a broad area under said body;

**4**

a third light fixture within said body oriented to direct light downwardly under said body to a selected patient examination area.

4. The medical lighting system of claim 3 wherein said first light fixture includes a first reflector and a first fluorescent bulb therewithin; said second light fixture includes a second reflector and a second fluorescent bulb therewithin; and said third light fixture includes a third reflector and a fluorescent assembly therewithin.

5. The medical lighting system of claim 4 wherein said fluorescent assembly includes at least one fluorescent bulb with a light distribution pattern oriented in a direction perpendicular to said at least one fluorescent bulb.

6. The medical lighting system of claim 5 wherein said at least one fluorescent bulb is a "biax"-type bulb.

7. The medical lighting system of claim 5 wherein said fluorescent assembly includes at least two fluorescent bulbs with a light distribution pattern oriented in a direction perpendicular to said at least two fluorescent bulbs.

8. The medical lighting system of claim 7 wherein said at least two fluorescent bulbs are "biax"-type bulbs.

9. The medical lighting system of claim 5 wherein said body is rectangular and a first shorter end of said body is designed to abut the vertical wall surface; wherein said first fluorescent light fixture abuts said first snorter end and said first fluorescent light bulb is parallel to said first shorter end; wherein said second fluorescent light fixture is inwardly adjacent to said first fluorescent light fixture and said second fluorescent light fixture is parallel to first shorter end; and wherein said third fluorescent light fixture is outwardly adjacent from said second fluorescent light fixture and abuts a second shorter end of said body; and wherein said at least one fluorescent bulb is parallel to said first shorter end.

10. The medical lighting system of claim 9 wherein said first and second shorter ends are substantially two feet in length and said body includes first and second longer ends which are substantially four feet in length.

11. The medical lighting system of claim 9 wherein said first light fixture illuminates said selected reading area to substantially 70 foot-candles; wherein said second light fixture illuminates said broad area to substantially 50 foot-candles; and wherein said third light fixture illuminates said patient examination area to substantially 100 foot-candles.

12. The medical lighting system of claim 11 wherein said patient examination area is sufficient in size to include a standard hospital bed when said first light fixture is substantially directly over a head of the standard hospital bed, the head of the standard hospital bed substantially abutting the vertical wall surface.

13. The medical lighting system of claim 3 wherein a distribution of light from said first and second light fixtures excludes glare from being directed to a forward area of a standard hospital bed placed below the medical lighting system.

14. The medical lighting system of claim 3 wherein a distribution of light from said first and second light fixtures excludes glare from areas adjacent to a standard hospital bed placed below the medical lighting system.

* * * * *

**DEFENDANT'S MARKMAN STATEMENT**

**EXHIBIT 2**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GENLYTE THOMAS GROUP LLC,

Plaintiff/Counterclaim
Defendant,

v.

ARCHITECTURAL LIGHTING SYSTEMS, a
division of ARCH LIGHTING GROUP,

Defendant/Counterclaimant.

Civil Action No.  05-CV-10945
REK

STATEMENT OF IAN LEWIN

May 16, 2006

- **Background and Introduction**

I have been requested by the Law Offices of Brett N. Dorny on behalf of
Architectural Lighting Systems ("ALS") to evaluate certain aspects of Patent No.
5,038,254 ('254 patent), inventors Fabbri and Crane, which I understand to be
assigned to Genlyte Thomas Group, LLC ("Genlyte").

As background I hold a Ph.D. in Illuminating Engineering, and I have 38 years of
professional experience in matters related to the design and use of lighting
equipment.  I have served as Research Manager for a major lighting
manufacturer, and have operated independent lighting product development
facilities for a period of 33 years.  This has included development of lighting
devices for hospital use.  I hold 22 US patents for lighting products. I am past-
president of the Illuminating Engineering Society of North America, IESNA and
have served on numerous national and international standards committees
concerning light and lighting equipment.  My full Curriculum Vitae is attached as
Exhibit A.  My CV provides the titles and publication journals of 141 technical
papers authored by me on the subject of lighting, many of which have been
presented to meetings of scientific organizations and peer reviewed.

1

**Claim Construction**

I have reviewed the claims of the '254 patent, and in particular certain specific terms, to ensure that their meaning is clear. I have concentrated on the independent claims, namely claims 1 and 3. During this effort I have analyzed the claim terminology as I believe it would be understood by a person of ordinary skill in the art.

- **Claims 1 and 3. "… oriented to direct light downwardly to a selected reading area."**

*Term: "oriented"*

Meaning:  set and angled

Rationale:  In order to achieve emission of the light rays in the required direction, the lighting fixture must be set in a position to allow this to happen and must be angled appropriately for the purpose.

*Term: "to direct light"*

Meaning:  to aim the highest intensity of light

Rationale:  The term "direct" has a specific meaning, and refers to the *purposeful directing of the highest intensity of light towards a target*. For example, if a hiker directs his flashlight to a mile marker, he aims the flashlight to the target, which in this case is the mile marker, causing the flashlight's highest intensity to fall on the target. Thus the hiker achieves his purpose, which is to provide enough light for reading of the mile marker. If the hiker aims his light elsewhere, say 10 feet to the left of the mile marker, some light will still fall on the mile marker, but it cannot now be said that he is still directing his light to the mile marker. Thus the ordinary meaning of the verb "direct" in reference to lighting is that the highest or maximum intensity is aimed at a desired target to achieve a specific purpose.

*Term: "downwardly"*

Meaning:  in a direction below a horizontal plane through the fixture

Rationale:  The downward component of a lighting fixture is defined in the glossary of the handbook of the IESNA, 8th edition, as "The portion of luminous flux from a luminaire emitted below the horizontal." Exhibit B.

*Term: "to a selected reading area"*

Meaning:  to a reading area on or above the bed.

Rationale:  For the claim limitation to have meaning, there must be a target area to which the maximum intensity is aimed.  Without a target, the terminology "to direct light" is unclear.  This target area, both by claim language and as it will be understood from the specification, is the reading area.

The terminology "oriented to direct light downwardly to a selected reading area" therefore means "set and angled to aim the highest intensity of the light in a direction below a horizontal plane through the fixture to a reading area on or above the bed."

**Claims 1 and 3. "… oriented to direct light downwardly and outwardly to a vertical wall surface…"**

Term: "oriented to direct light"  See above definitions.

Term: "downwardly and outwardly to a vertical wall surface"

Meaning:  a single direction below and outwards from the fixture so as to illuminate a vertical wall surface.

Rationale:  The vertical wall is the target area for the second light, and therefore it is to this wall that the highest intensity of light is to be directed.  This is made clear in the specification: " … so as to reflect or bounce light from wall 300 thereby providing ambient light to bed 200."  Column 2, lines 53-55.  The specification further states that the fixture components "are configured so as not to direct glare toward the head of the bed 200 where the patient's head is likely to be …" Column 2, lines 58-60.

It is apparent to a person skilled in the art, therefore, that a fundamental concept of the invention is the inclusion of a light fixture that preferentially directs light to an end wall, and that the reason for doing so is to reduce brightness of the fixture as seen by the patient, thus eliminating glare.

Such a principle is not simply part of a preferred embodiment, but is rather a basic principle of the covered device.  This is clarified under the section "Objects and Summary of the Invention," wherein it is stated "A second light fixture includes a fluorescent bulb and a reflector designed to direct light toward a vertical wall abutting the head of the patient's bed so as to provide a reflected light over a large area around the patient's bed."  Column 2, lines 6-10.

A person of ordinary skill in the art will understand that for a light fixture to be effective in providing room ambient lighting through reflection from a wall, the intensity of light directed to the wall must be relatively high.  Similarly, such a skilled person will know that prevention of glare to a patient requires a relatively

3

low intensity of light being directed toward the patient's eyes, other factors being equal.

The basic concept of the second light fixture of the claimed invention, described earlier, necessitates higher intensity in directions toward an end wall than towards the bed, otherwise the second fixture will not be effective and efficient in fulfilling its function.   As will be known by a person of ordinary skill in the art, effectiveness and efficiency are essential for an invention as described in the '254 patent to be useful.

The terminology "…oriented to direct light downwardly and outwardly to a vertical wall surface therefore means "set or arranged to aim the highest intensity of the light in a direction below a horizontal plane through the fixture and outwards from the fixture so as to illuminate a vertical wall…"

- **Claims 1 and 3:  "… to a vertical wall surface outwardly adjacent from said body whereby light is reflected back to a broad area under said body."**

*Term: "outwardly adjacent from said body"*

Meaning:  that is close to a shorter end of the fixture and adjacent to the head of the patient's bed.

Rationale:  To properly comprehend the meaning of this phase, a person of ordinary skill in the art will consult the specification, which states "The light system is rectangular and is designed to be placed so that one of the shorter ends of the rectangle is placed substantially on the ceiling-wall interface directly over the head of the patient's bed."  Column 1, lines 65-68.

*Term: "reflected back to a broad area"*

Meaning: Reflected from the wall to provide illumination over a wide area beneath the body that houses the fixture."

Rationale: The purpose of directing light toward the end wall is so that reflected light from the wall provides the room ambient illumination, rather than such illumination being created directly by the fixture, where it might create glare to the patient.

Thus the terminology "to a vertical wall surface outwardly adjacent from said body whereby light is reflected back to a broad area under said body" means "to a vertical wall surface that is close to the shorter end of the fixture and adjacent to the head of the patient's bed, whereby light is reflected from the wall to provide illumination over a wide area beneath the body that houses the fixture."

**4**

- **Claim 3 "… oriented to direct light downwardly under said body to a selected patient examination area."**

*Term: oriented to direct light downwardly*

Meaning:  See above

*Term:  "… to a selected patient examination area"*

Meaning:  to an area on or above the bed

Rationale:  Just as the first and second lights have target areas to where the highest light intensity is directed, so must the third light, in order to give meaning to the limitation.  In this case the target area is the patient on the bed.

The terminology "… oriented to direct light downwardly under said body to a selected patient examination areas" means "… set and angled to aim the highest intensity of the light in a direction below a horizontal plane through the fixture to the area on or above the bed."

- **Additional Consideration Regarding the Second Light of Claims 1 and 3.**

The meaning of the terminology "… to direct light downwardly and outwardly to a vertical wall surface …" has been discussed and clarified above.  It should be recognized that any alternative understanding of this limitation, whereby "to direct light" is said to encompass the mere spilling of light onto and end wall, without the purposeful aiming of the highest intensity towards the wall, is incorrect.  Firstly, use of the verb "direct" in the lighting industry has been illustrated earlier by the analogy of the hiker and flashlight.  Secondly, it is my opinion that the language of claim 1 and 3 of the '254 patent that relates to the second light would be meaningless unless it is interpreted as requiring higher intensity of light being directed to an end wall versus elsewhere.  Unless interpreted in this sense, the claim language concerning the second light would be descriptive of virtually any ceiling mounted lighting fixture.  Hundreds of commercial lighting products are available for general lighting, or "ambient" lighting in the words of the patent, that provide light in both downward and outward directions towards a wall, but that have higher intensities straight down rather than to a wall.  Thus the claim language is meaningless unless it is applied with the understanding that more light, in terms of higher intensity, is directed towards an end wall than elsewhere.  As has been made clear in the specification, the inventors intended that "the second light includes a fluorescent bulb and a reflector designed to direct light to a vertical wall abutting the head of the patient's bed so as to provide a reflected light over a large area around the patient's bed."  Column 2, lines 6-10.

- **Claims 2 and 4 "…reflector…"**

*Term: "reflector"*

**Meaning:** a semi-specular or specular surface shaped and positioned to reflect light from a fluorescent bulb in a desired direction.

**Rationale:** When it is required to aim reflected light in a specific target direction, and such aiming cannot be created simply by a chosen orientation of the tubes, a semi-specular or specular reflecting surface is required to provide the desired directionality.

- **Claims 5 and 7. "…fluorescent assembly…"**

*Term: "fluorescent assembly"*

**Meaning:** One or more fluorescent bulbs within a single reflector.

**Rationale:** Each fluorescent assembly consists of one or more fluorescent bulbs that are grouped within a particular fixture and are optically controlled by a reflector.

- **Claims 5 and 7. "…with a light distribution pattern oriented in a direction…"**

*Term: "a light distribution pattern"*

**Meaning:** The direction(s) where the major intensity of light is projected.

**Rationale:** The claim is describing the main projection of light from a fluorescent bulb, which is perpendicular to the axis of the bulb, and which can be identified by the major intensity from the tube.

- **Claims 13 and 14. "…excludes glare from being directed…"**

*Term: "glare"*

**Meaning:** A sense of annoyance, discomfort or loss in visual performance or visibility created by excessive luminance.

**Rationale:** Definition of glare, Handbook of IESNA, 8th Edition, Glossary of terms. Exhibit H.

**Prior Art Issues Related to Invalidity**

I have been requested to locate and review materials that may be considered to be prior art to the '254 patent. I have secured and reviewed the following:

U.S. Patent no. 2,557,129 ('129 patent) Inventor: McDaid.  "Spotlighting Unit" Date of issue: June 1, 1948.  Exhibit C.

U.S. Patent no. 4,816,969 ('969 patent)  Inventor: Miller.  "Wall-mounted over Bed Lighting Fixture"  Date of issue: March 28, 1989.  Exhibit D.

I have further examined the 8th edition of the Handbook of the Illuminating Engineering Society of North America, specifically the section devoted to luminaires, (i.e. lighting fixtures).

• The '129 Patent.  Exhibit C.

The '129 patent discloses a spotlight that attaches to a ceiling lighting fixture.

The spotlight, and the ceiling fluorescent light to which it is attached, form a composite light device with multiple uses.  The spotlight can be employed to direct light to a specific area, and as such it can function as a reading light.  The ceiling fluorescent light is simply described as "a ceiling type fixture," which a person of ordinary skill in the art will understand can be used for the purpose of providing general or ambient room lighting by conventional means.

The two lights are electrically interconnected "in operative association therewith." (Column 1, lines 11-12).

It is apparent from the teaching of this patent that a ceiling mounted lighting fixture can serve multiple separate functions.  It may usefully be employed over a hospital bed.  In such an application, the spotlight can function as a reading light, with the fluorescent light providing ambient light.  Certain ceiling fluorescent lights such as those described in the '129 patent may direct their maximum intensity at or around nadir.  Such a fixture is illustrated in the Handbook of the Illuminating Engineering Society of North America, 8th edition, figure 9-34, "typical luminaire" no. 36.  Exhibit E.  It may be noted that if placed above a bed, and particularly if oriented parallel to an end wall, some light will fall on the end wall.

Other ceiling fluorescent lights are designed to cast their maximum intensity at higher angles from nadir, considering directions perpendicular to the lamp axis.  Such a typical fixture also is illustrated in the Illuminating Engineering Society of North America Handbook, figure 9-34, "typical luminaire" no. 35.  Exhibit E.  From the polar intensity diagram immediately right of the fixture diagram, the maximum intensity in a plane perpendicular to the lamps is at roughly 35° from nadir.  Such a light positioned reasonably close and parallel to an end wall will direct its maximum intensity onto the end wall.  It will thereby create ambient lighting by reflection from the wall.

The '129 patent specifies that the spotlight is contained in an "outer shell" which attaches to the end of a fluorescent fixture.  This is illustrated in figure 1 of the

7

patent as having a contour that in essence extends the fluorescent fixture by adding a matching compartment to house the spotlight. It will be obvious to a person of ordinary skill in the art that while the spotlight can be added as an extension of the fluorescent fixture in this way, the fluorescent fixture could alternatively simply be manufactured with this extension as part of its body, similarly providing the required space for the spotlight.

Specifically, the claim 1 of the '254 patent recites:

• "A medical lighting system

The '129 patent discloses a system of two lighting fixtures that can be usefully employed as a medical light.

• "A body ..

The '129 patent discloses the use of a body, which can house the spotlight only with a separate body for the fluorescent fixture, or through obviousness, a single body that houses the spotlight and the fluorescent fixture.

• "Means for ceiling-mounting said body."

The '129 patent discloses that it uses a "ceiling-type fixture"

• "a first light fixture within said body oriented to direct light downwardly to a selected reading area under said body ..."

The '129 patent provides a spotlight that can be directed to a selected reading area.

• "a second light fixture within said body oriented to direct light downwardly and outwardly to a vertical wall surface outwardly adjacent said body whereby light is reflected back to a broad area under said body."

If the limitation of claims 1 and 3 of the '254 patent concerning the second, or ambient, of this limitation is improperly construed to include any fixture that allows light to fall on an end wall, clearly the '129 patent allows such use.

Moreover, the '129 patent is not limited in terms of the type of fluorescent fixture or light distribution that it may produce. This is specifically stated: "However, it is to be noted that this invention is adaptable for use in association with any type of suspension or ceiling type fixture, the same being shown in the drawings by way of example only." Column 2, lines 10-13. It will be apparent to a person of ordinary skill in the art that the combination light can include a typical luminaire of the type 35 shown in the Illuminating Engineering Society of North America Handbook. Exhibit E. It will further be known by such a person that placing such

8

a luminaire near a wall will be an effective means of lighting that wall, as the maximum intensity will be aimed towards the wall.

It is apparent, therefore, that if the claim limitation regarding the second light is given its proper interpretation, whereby maximum light intensity is directed to an end wall, such an arrangement will be achieved by using a fixture constructed in accordance with the '129 patent, placed parallel and next to the wall, when the fluorescent portion of the fixture is of the conventional type 35 shown in the Illuminating Engineering Society of North America Handbook, or many others like it. The '129 patent therefore represents prior art to the '254 patent.

If the claim limitation regarding the second light is given a broader but improper limitation such that the light need not be directed towards an end wall but light merely falls upon the wall due to its proximity, then it is preceded by the '129 patent using virtually any available type of ambient light, such as the conventional type 36 shown in the referenced handbook.

- The '969 Patent. Exhibit D.

This patent discloses a wall-mounted version of an over-bed lighting fixture, for use over a patient's bed "and is used in hospitals, nursing homes and the like." Column 1, lines 42-43. It consists of a "single housing", column 1, line 40, within which are two forms of fluorescent lighting fixture. A third form of light optionally can be incorporated into the single housing.

One fluorescent fixture provides downward light through a conventional bottom mounted lens. The second fixture is adjustable and can be pivoted to illuminate different areas depending on its rotational orientation. The device can be rotated such that light is directed towards a patient's reading area, and "Thus, it may be directed to provide a patient reading lamp." Column 1, lines 52-53.

Although the '969 invention is described as wall-mounted, it will be apparent to a person of ordinary skill in the art that it can also be ceiling-mounted. All that is needed is a pair of L-shaped brackets to mount it to the ceiling while retaining its described orientation. The angular setting of the rotatable portion can readily be set while ceiling mounting the fixture so that the light is directed toward a reading area.

All claim elements of claim 1 of the '254 patent are either present or obvious in the '969 patent. It describes a medical lighting system that has a body. A means for ceiling mounting is obvious through the use of simple brackets. The first light fixture or reading light is provided by the rotatable light set to aim to the reading area, and it is included in the body. The second light fixture or ambient light for general illumination is provided and is also in the body.

The ambient light fixture is equipped with "a flat, horizontal, prismatic lens which directs illumination from one or more fluorescent tubes downward to illuminate the head of the bed." The Handbook of the Illuminating Engineering Society of North America, 8th edition, can be consulted to determine the light output from a fluorescent fixture that is equipped with a flat horizontal prismatic lens. Figure 9-34 of the handbook typical luminaire no. 45 shows a fluorescent fixture with a flat prismatic lens, as referred to in the '969 patent. Exhibit F. Observing the intensity polar diagram to the immediate right of the fixture sketch, it is apparent that this fixture has its maximum intensity (towards a parallel wall) that is roughly 40 degrees from nadir. Thus the highest intensity as such is aimed at an end wall.

If the teaching of the '969 patent is used with a different flat lens or diffuser, such as typical luminaire 41 in the Illuminating Engineering Society of North America handbook, maximum intensity is directed towards the bed beneath the fixture. Exhibit G.

My comments regarding invalidity regarding the second light are similar for the '969 patent as for the '129 patent above. The '254 patent, properly applied with regard to the second light is preceded by the '969 teaching using typical luminaire 45 of the Illuminating Engineering Society of North America handbook.

If the '254 claims 1 and 3 limitation regarding the second light is improperly interpreted as encompassing conventional fluorescent light distributions having maximum intensity at or near nadir, the '254 patent is clearly preceded by prior art, as evidenced by the '969 patent.


_____
Ian Lewin Ph.D., FIES, L.C.
May 16, 2006

**STATEMENT OF IAN LEWIN**

**EXHIBIT A**

# Ian Lewin Ph.D. Consulting, LLC

**11408 St. Andrew's Way
Scottsdale, Arizona 85254, USA
OFFICE / MOBILE: (480) 861-7076
LABORATORIES: (480) 991-9260
FAX: (480) 609-6623**

## Ian Lewin - Curriculum Vitae

**Qualifications:**

♦ B.S. Cum Laude, University of Newcastle, England 1964. Research thesis title: "A Study of the Glare Characteristics of Locomotive Headlights"

♦ Ph.D., Illuminating Engineering, University of Newcastle, England 1967. Thesis title: "A Study of the Factors Affecting Visual Performance under Industrial Lighting Conditions, with Particular Reference to Disability Glare and its Measurement"

♦ Lighting Certified, (LC), Qualified Professional

**Positions held:**

♦ 1998-present, President and CEO, Lighting Sciences, Inc., Scottsdale, Arizona

♦ 1979-98 President and Founder, Lighting Sciences Inc., Scottsdale, Arizona, USA, and Lighting Sciences Canada Ltd., Waterloo, Ontario, Canada

♦ 1984-92 Co-founder and Director. Lighting Sciences Australasia, Pty Ltd, Melbourne, Australia.

♦ 1973-79 Principal, Director and Co-founder, Environmental Research Laboratories, Scottsdale, Arizona

♦ 1967-73 Research Director, Holophane Co.

**Memberships:**

1. President, Illuminating Engineering Society of North America (IESNA). 1999-2000.
2. Member, Optical Society of America.
3. Member, American Institute of Physics.
4. Member, International Society for Optical Engineering, (SPIE).
5. Member of the U.S. National Committee of the International Commission on Illumination (CIE).
6. Member, Society of Automotive Engineers, (SAE), Lighting Standards Committee.
7. Chairman, Roadway Lighting Committee, Illuminating Engineering Society of North America (1994-96).
8. Chairman of the IESNA Board of Fellows, 1989-90.
9. Director, 1985-86, Illuminating Engineering Society.
10. Alternate Director for the United States, CIE Division 2, Measurement of Light and Radiation.

11. Member and past-chairman, Testing Procedures Committee of the IESNA.
12. Member of Standard Practice Subcommittee, Research Subcommittee, and Measurements and Calculations Subcommittee, Roadway Lighting Committee, IESNA.
13. Member and past-Chairman of the Lamp Spectral Effects Committee of IESNA.
14. Chairman of the Sign Lighting Subcommittee of the Roadway Lighting Committee of IESNA.
15. US representative to CIE Committee on "Photometry of Luminaires" Standard.
16. US representative to CIE Committee on "Lighting and Crime."

## Honors/Awards
♦ Recipient of the 1997 Medal of the Illuminating Engineering Society of North America. (The society's highest honor for technical contributions).
♦ Louis B. Marks award of the Illuminating Engineering Society of North America. (The society's highest honor for non-technical contributions).
♦ Fellow of the IESNA.
♦ Recipient of the Distinguished Service Award of the IESNA.
♦ Man of the Year, 2001. Aerospace Lighting Institute.
♦ Honorary Life Member, Institution of Lighting Engineers, UK
♦ Invited keynote speaker, 25th quadrennial session of the CIE, "Light, Dark Skies and Space." San Diego, 2003.

## Teaching Positions
♦ 1964-67 - Gateshead (UK) College of Technology. Instructor in Lighting Technology, intermediate and advanced courses.
♦ 1979-82 – Arizona State University. Faculty member, School of Architecture, Illuminating Engineering courses.
♦ 1967-present - Instructor in numerous courses sponsored by the Illuminating Engineering Society, the Electric League, and Edison Electric Institute.

## Past-projects (as Project Director); 50 Examples
## Research and Product Development.
1. Exterior lighting systems for NASA International Space Station: Development of multiple designs for outer space operation.
2. Development of FAA Advisory Circular for use of Light Emitting Diode (LED) devices on airport taxiways.
3. Research on the relationship between lamp color, safety and security
4. Modular Wallpack luminaire, refractor and mechanics. (Holophane Module 600)
5. High Intensity Discharge luminaire for highway signs. (Holophane Expresslight)
6. Light trespass research, (for Edison Electric Research Institute)
7. Space Shuttle Orbiter - optical systems for fluorescent and incandescent floodlights
8. Space Shuttle Orbiter – cockpit annunciator display control lenses
9. Development of a scene luminance photometer using digital photography
10. Dental lighting optical system for examination light
11. Roadway luminaire reflectors for cut-off luminaires. (Patented)

2

12. Parabolic louvers for interior lighting. (Patented)

13. Downlight lens and louvers for interior lighting. (Patented)

14. 3-E lens for high efficiency, widespread distribution interior lighting. (Patented)

15. Triumph I lens for discharge lamps, with high efficiency, widespread distribution. (Patented)

16. Wall mounted refractor/reflector optical system. (Patented)

17. Anti-reflection interference coatings for metal substrates. (Patented)

18. High reflection interference coatings for glass substrates. (Patented)

19. High efficiency aperture - type display signs.

20. High mast system reflector optics for highway interchange lighting

21. Indirect ambient lighting optical systems for offices. (3 Patents)

22. Underwater floodlighting systems for unmanned submarine surveillance, U.S. Navy.

23. Floodlight optics for sports lighting. (Hubbell Lighting)

24. Development of computerized mirror goniophotometer systems

25. Development of automated Spectroradiometer system for ultraviolet, visible and infrared measurements for Bureau of Radiological Health, US Food and Drug Administration

26. Variable reflector system for high intensity flashlights. ("Mag-lite")

27. Computerized design system for automotive headlights. (Sylvania)

28. Design of compression molding facility for lens prototypes

29. Hydroponic plant growth under artificial illumination. (General Mills)

30. Development of square distribution area lighting optics

31. Floodlight reflector design for 3 KW metal halide lamps for Open Pit Mining

32. Projection screen optics for large screen television

33. Sun tracking reflectors for reusable solar energy system

34. Aircraft lighting systems for Boeing 757 and 777 aircraft

35. Compliance testing program for automotive lighting devices. U.S. Dept. of Transportation, National Highway Safety Administration, 1985 - 1992

36. Optical system for surgical illumination. (American Sterilizer)

37. Research of traffic signal optical and electrical efficiency, Federal Highway Administration.

38. System of 480 moving mirrors under computer control for daylighting capture, Bank of Hong Kong and Shanghai

39. Development of traffic signals using Light Emitting Diodes (LED's)

40. Daylighting and building energy monitoring system for improved energy usage

41. Development of outdoor lighting optical controls for use in the vicinity of astronomical observatories

42. Design of tunnel lighting luminaire with asymmetric distribution

43. Research and development of a new navigational lighting system for ships, U.S. Navy

44. Development of airport lighting optics for runway delineation

45. Development of anti-collision warning system for aircraft

46. Development of computerized electrical test apparatus for luminaires and ballasts

3

47. Visibility research on battlefield decoys, U.S. Army, Fort Belvoir
48. Development of a self-leveling photometer for street lighting measurements
49. Design of landing and taxing lights for the F16 aircraft, U.S. Air Force
50. Research and development of a portable photometer to measure traffic signal performance, Federal Highway Administration.  (Patented)

## Technical Papers
Acronym list provided at end

1. *An Economic Study of Three Light Sources.*  Paper to the IESNA Roadway Lighting Committee.  Spring 2004.  To be published.
2. *A Long and Winding Road.  (The History of Street Lighting).* LD&A, December 2004.
3. *Roadway Lighting: An Investigation and Evaluation of Three Different Light Sources.*  Final report to the Arizona Department of Transportation.  May 2003.
4. *Lighting in Outer Space.*  Proceedings of the 25th quadrennial session of the CIE. San Diego, June 2003.
5. *Lights that Circle the Earth.*  LD&A Magazine, July 2003.
6. *Skylights as Luminaires: PIER Skylight Photometric Test Results.*  Paper to the IESNA Annual Conference, August 2002.
7. *Lamp Color Influences Energy Usage and Night Safety.*  Proceedings of the Intertech Conference on Energy Efficient Lighting, Tucson, Arizona 2002.  Leukos JIES, January 2005.
8. *Photometric Test System for Skylights and Luminaires.*  Leukos, JIES.  January 2005.
9. *Towards an Understanding of Lamp Spectral Effects at Night.*  Proceedings of the 2002 Conference of the IES of Australia and New Zealand, Sydney.
10. *White versus Sodium Light: The Newest Developments.*  Proceeding of the ILE Annual Conference, Cardiff, Wales, 2002.
11. *Lamp Color Affects Visibility.*  Luce magazine, Italy, 2001.
12. *Minimizing Light Trespass – Comparing Fixtures.*  Electrical Contractor, July 2001.
13. *Light Trespass – What Does It Mean for Electrical Contractors?*  Electrical Contractor, July 2000.
14. *Light Trespass – Research, Results and Recommendations.* Publication TM11 of the IESNA, New York, 2000.
15. *Light Trespass and Light Pollution – Practical Approaches to Dealing with the Problems.*  Proceeding of the IESNA Street and Area Lighting Conference, 2000.
16. *Aspects of Recent American Research in Lighting Technology.*  Proceedings of the Joint Conference of ILE and CIBSE, York, England, 2000.
17. *Lamp Color, Visibility, Safety and Security.*  Seminar proceedings, Lightfair, May 2001
18. *IESNA Approved Method for the Photometric Testing of Fiber Optics Lighting Systems.*  IESNA Publication no. LM-73-02.
19. *Lumen Effectiveness Multipliers for Outdoor Lighting Design.*  Journal of the IESNA, Summer 2001

4

20. *Light Trespass Research.*   Final Report to the Lighting Research Institute, 2000

21. *Metal Halide Lamps - A Technology Review.* Aerospace Lighting Institute Seminar, January 2000, Conference Proceedings

22. *Photometrics of Fiber Optic Systems.* Proceedings of Lightfair 2000, New York

23. *Should Vision Influence Roadway Lighting Design?* Better Roads Magazine, US Federal Highway Administration, October 1999

24. *Visibility Factors in Outdoor Lighting Design.* Institution of Lighting Engineers Conference Proceedings - Portsmouth, UK, 1999

25. *Accuracy of CCD (Digital Camera) Photometric Testing.* Council on Optical Radiation Measurement, 1999

26. *Development & Analysis of a Pedestrian Crossing Warning System.* Journal of the IESNA, Summer 2000

27. *Improved Luminaire Performance by Use of Reduced Envelope Metal Halide Lamps.* IESNA Conference, 1999

28. *Optical Component Relationships in the Design of Efficient Fiber Optic Illuminators.* Journal of the IESNA, Winter 2000.

29. *Road Scholar  (The influence of lamp type on driver visibility at night).* LD&A Magazine, March 1999

30. *Photometric & Optical Methods of Lamp Analysis.* Society of Automotive Engineers (SAE) 1998. SAE transaction

31. *Lamp Spectral Effects at Roadway Lighting Levels.* The Lighting Journal (UK-ILE), 1999

32. *Luminaire Photometry Using Video Camera Techniques.* JIES, Winter 1999

33. *Advanced Techniques in Lamp Characterization.* International Society for Optical Engineering, (SPIE), Conference Proceedings, 1997

34. *Backlighting for Direct View & Projection Displays.* Information Display Magazine, Vol. 13. No. 11, November 1997

35. *Lighting On Three Continents.* CIE/SANCI international conference proceedings, South Africa, 1997

36. *Accuracy Analysis of Video-based Light Measurement.* SAE 1997 Congress Proceedings

37. *On the Road Again (Visibility-based lighting design for improved road safety).* LD+A May 1996

38. *Advances in Measurement Technology for Vehicle Lighting Systems.* SAE Congress Proceedings, 1996

39. *The Design of Illumination Optics: Hardware and Software Aids.* Optical Society of America, 1995 annual conference proceedings

40. *The Design-Link for Aerospace Lighting.* Proceedings of the Aerospace Lighting Institute Conference, February 1995

41. *High Accuracy Photometry Using CCD Technology.* International Society for Optical Engineering, (SPIE), Conference Proceedings, 1995

42. *Optical Design Applications for Enhanced Illumination Performance.* International Society for Optical Engineering, (SPIE), Conference Proceedings, 1995

43. *The Application of Light Emitting Diodes to Traffic Signals.* JIES, Winter 1996

5

44. *Monte Carlo Techniques for the Design of Illumination Optics.*  Paper to the IESNA annual conference, 1995

45. *Requirements for Application of Light Emitting Diodes (LED's) to Traffic Control Signals.*  NCHRP Digest, (US Government), January 1995

46. *The Design-Link: Advances in Automotive Lighting Design, Measurement and Quality Assurance.*  Conference of the Lighting Committees, SAE. Santa Fe, November 1994

47. *The Development of a High Performance LCD Backlighting System.*  Conference transactions of the Society for Information Display, SID 1994, May 1994

48. *Design Technologies for Flat Panel Display Backlighting.*  Aerospace Lighting Institute, February 1994, Conference Proceedings

49. *Liquid Crystal Displays - Meeting the Lighting Challenge.*  LD&A, July 1994

50. *Understanding and Using Photometric Test Reports for Interior Lighting. Part 1. The Basics.*  Published by Lighting Sciences Inc. 1993

51. *Principles of Liquid Crystal Display Backlighting.*  SID seminar publication 1993

52. *Measurement of Small Target Visibility and Visibility Level and the Reasons for Possible Deviations.*  Proceedings of the Lighting Research Institute Symposium on STV. October 1993

53. *Backlighting Technology for Color Liquid Crystal Displays.*  Aerospace Lighting Institute, February 1993, Conference Proceedings

54. *Where No Luminaire Has Gone Before.*  (Exterior Lighting of the NASA International Space Station), LD&A, December 1993

55. *The Design of Metal Halide Lamps for Space Station Freedom.*  JIES, Summer 1993

56. *Exterior Lighting Systems for Space Station Freedom.*  Proceedings of the Aerospace Lighting Institute Conference, 1992

57. *Video Photometry for Quality Control.*  LD&A Magazine, January 1992

58. *Aviation Lighting Systems for the Space Station.*  Proceedings of the IESNA Aviation Lighting Conference, 1992

59. *Light Trespass: Problems and Directions.*  LD+A Magazine, June 1992

60. *Photometry of Traffic Signal Output Using a Portable Traffic Signal Photometer.*  National Research Council Symposium, Washington, DC, June 1992

61. *Development of a Portable Traffic Signal Photometer.*  (Federal Highway Administration sponsored,) JIES, Winter 1992

62. *Application of Video Camera Techniques to Photometry.*  LD+A, January 1992

63. *American Techniques in Outdoor Lighting Design.*  Lighting Journal, (UK), Sep. 1992

64. *Near Field Photometry: Part 2.*  Lighting Magazine, Canada, 1991

65. *New Directions in Automotive Lighting Photometry.*  SAE conference, San Antonio, Texas, April 1991

66. *Using Video Cameras in Photometry.*  Lighting Magazine, Canada 1991

67. *Photometry: How Near, How Far?*  Lighting Magazine, Canada, February 1991

68. *Further Developments in Tunnel Lighting Computations.*  JIES, Winter 1991

69. *Lamp and Ballast Effects on HID Luminaire Performance.*  Lighting Magazine, Canada, April 1990

6

70. *Development of New Photometer Concepts for Quality Control Applications.* Journal of the IES, April 1990

71. *Lens Development for Improved Performance of Daylighting Systems.* JIES 1990

72. *Improving Standards in Roadway Lighting Design.* Lighting Magazine, Canada, 1990

73. *Changing Standards in Outdoor Lighting Design.* Lighting Magazine, Canada. June 1988

74. *Integrating New Technologies into the Lighting Industry.* 1989 Joint Lighting Conference of the IES of New Zealand and Australia; Auckland, New Zealand, November 1989. Lighting in Australia Journal, April 1990

75. *Development of New Photometer Concepts for Quality Control Applications.* JIES, Summer 1990

76. *Optical and Energy Efficiency of Signal Lights.* LD & A, January 1989

77. *The Use of Microcomputers in Roadway Lighting Design.* Paper to the Edison Institute Street and Area Lighting Workshop, Boston, MA, September 1989

78. *Relating Candlepower and Lumens.* Lighting Magazine, Canada. August 1989

79. *Thermal Effects on Fluorescent Luminaires.* Lighting Magazine, Canada. June 1989

80. *How Valid are Luminaire Spacing Criteria?* Lighting Magazine, Canada. Vol. 3, No 1, February 1989

81. *Specifying Reflector Materials.* Lighting Magazine, Canada. Vol. 3, No 2, April 1989

82. *An Index of Lamp Hiding Power for Lensed Fluorescent Luminaires.* JIES, Winter 1989

83. *Taking the Mystery Out of Photometric Test Reports.* Lighting Magazine, August 1998

84. *Automated High Speed Photometry of Aviation Lights.* Transactions of the Aviation Lighting Conference, IESNA, October 1988

85. *Reading Photometric Test Reports: The Fundamental Four.* Lighting Magazine, Canada. Volume 2, Number 4, August 1988

86. *Reading Photometric Reports: Luminaire Efficiency.* Lighting Magazine, Canada. Volume 2, Number 5, October 1988

87. *Photometric Reports: The Absolute Truth or Just Relatively Speaking?* Lighting Magazine, Canada. December 1988

88. *Real World Use of Photometric Test Reports.* January 1988, Lighting Design and Application

89. *Luminaire Quality Control in the Microcomputer Age: Part 2. Lighting Design by Microcomputer.* Lighting Magazine, Canada. Volume 2, No. 2, April 1988

90. *Specification Methods for Reflector Materials.* 1988 IESNA Annual Conference

91. *Luminaire Quality Control in the Microcomputer Age: Part 1. Electrical Testing.* Lighting Magazine, Canada, February 1988

92. *Luminance Calculations for Tunnel Lighting Systems.* JIES, Winter 1988

93. *Photometric and Field Performance of Metal Halide Luminaires.* JIES, Winter 1988

94. *Optical Design of Airport Lighting.* Transactions of the Aviation Lighting Conference, IESNA, October 1987

95. *Setting the Standards for Visual Comfort.* Lighting Magazine, Canada, December 1987

96. *A Computer Standard for Lighting Designers.* Lighting Magazine, Canada, Volume 1, No. 2, September 1987

97. *Who Writes the Standards?* Lighting Magazine, Canada, Volume 1, no. 1, June 1987

98. *Variables in HID Luminaire Photometry.* Paper to the Commission Internationale de l'Eclairage, Venice, June 1987

99. *Photometric and Field Performance of High Pressure Sodium Luminaires.* JIES, Summer 1987

100. *Computer Simulation for Optical Design.* Transactions of the Aviation Lighting Conference, IESNA, October 1986

101. *Hong Kong Bank Scoops the Sun.* Lighting Design and Application, November 1986

102. *Control of Light Pollution – An Engineer's Viewpoint.* Proceedings of the International Conference on Identification, Optimization and Protection of Optical Telescope Sites, May 1986

103. *Using Microcomputers in the Lighting Industry.* LD&A, June 1986

104. *The Optical and Energy Efficiency of Traffic Signals.* Public Roads Magazine, (Federal Highway Administration). December 1985, Vol. 49, no. 3

105. *Performance Characteristics of Fluorescent Lamp and Ballast Combinations.* JIES, October 1983, Volume 13, No. 11

106. *Optimization Techniques for Outdoor Lighting Design.* LD&A, March 1983

107. *The Effect of Room Obstructions on the Calculation of Inter-reflected Components.* IESNA Annual Technical Conference. 1982

108. *Solar Lighting Using Sun Tracking Reflectors.* IESNA Annual Technical Conference, 1981

109. *Optical Radiation Emissions From Selected Sources.* Project final report to the Bureau of Radiological Health, US Food and Drug Administration, 1980

110. *Improved Techniques for Luminaire Photometry.* IESNA Annual Technical Conference, 1980

111. *A Designer's Guide to Illumination Optics.* Optical Spectra, November 1979

112. *Developments in High Speed Photometry and Spectroradiometry.* JIES, July 1979

113. *Theoretically Speaking.* LD&A, January 1977

114. *New Techniques for Reflector Design and Photometry.* JIES, July 1977

115. *Computer Design of Luminaires.* LD&A Magazine, August 1977

116. *An ESI Study for Different Tasks.* JIES, October 1976. IESNA Transaction

117. *ESI Computation Becomes More Versatile and More Useful.* LD&A, November 1976

118. *Computerized Methods for Outdoor Lighting Design.* LD&A, December 1975

119. *Computer Modeling of Illumination Systems.* Proceedings of the Lighting Energy Symposium, US Federal Energy Authority, October 1975

120. *Computerized Methods of Outdoor Lighting Design.* LD&A, April 1975

121. *Automating Point-by-Point Illumination and ESI Computations.* LD&A, August 1974

8

122. *A Proposal for ESI Ratings.*  JIES, April 1974. IESNA Transaction
123. *Advances in Luminaire Photometry.*  Optical Spectra, October 1974
124. *ESI and Polarized Photometry.*  LD&A, January 1974
125. *A Luminance Approach to Highway Sign Lighting.*  JIES, January 1974. IESNA Transaction
126. *The Application of ESI Predetermination Techniques.*  JIES, April 1973. IESNA Transaction
127. *RQQ Report No. 5 – Its Use and Meaning.*  LD&A, January 1973
128. *The Determination of Luminaire Projected Area.*  JIES, July 1973
129. *Visual Comfort Probability – For All Luminaires.*  LD&A, March 1973.
130. *Outdoor Lighting and Astronomy - A New Problem.*  LD&A, July 1973
131. *New Concepts in Direct Glare Control.*  JIES, April 1973. IESNA Transaction
132. *The Effect of Illumination Systems upon Visual Performance.*  US National Bureau of Standards Special Publication 361, vol. 1, March 1972
133. *Veiling Reflection Control.*  Electrical Consultant, November 1971
134. *Numerical Evaluation of Veiling Reflections.*  Proceedings of the Commission Internationale de l'Eclairage (CIE).  Barcelona, 1971
135. *Luminaire Design Related to Visibility.*  IEEE conference proceedings, October 1971
136. *Veiling Reflection Control by Candlepower Distribution.*  Illuminating Engineering, October 1970. IESNA Transaction
137. *Physical Factors Affecting Visual Performance.*  Optical Spectra, Nov/Dec 1969
138. *The Human Eye.*  Optical Spectra, 1969
139. *Photometric Units and Terms.*  Optical Spectra, 1968
140. *Luminance Measurements by Photographic Photometry.*  Illuminating Engineering, November 1968. IESNA Transaction
141. *A Basis of Luminance Design for the Lighting of Road Tunnels.*  Commission Internationale de l'Eclairage,  (CIE), Washington, D.C., 1967

References:

| | |
|---|---|
| CIE: | Commission Internationale de l'Eclairage (International Commission on Illumination) |
| IEEE: | Institution of Electrical and Electronics Engineers |
| IESNA: | Illuminating Engineering Society of North America |
| ILE: | Institution of Lighting Engineers (UK) |
| JIES: | Journal of the Illuminating Engineering Society of North America |
| LD&A: | Lighting Design and Application |
| NCHRP: | National Cooperative Highway Research Program |
| SAE: | Society of Automotive Engineers |
| SANCI: | South African National Conference on Illumination |
| SID: | Society for Information Display |
| SPIE: | International Society of Optical Engineering |

## List of Patents Held

1. Refractive Grid lens. Optical grid for concentration of light from a lighting fixture, removing glare  US patent no. 3,763,369

2. Fluorescent lens. Means of providing high efficiency control from fluorescent fixtures  US patent no. 3, 988,609

3. Indirect luminaire. Reflector system for providing work plane illumination by reflecting light from room surfaces  US patent no. 4,065,667

4. Optical coatings for illumination systems  US patent no. 4,173,778

5. Optical coatings for illumination systems  US patent no. 4,112,483

6. Optical coatings for illumination systems  US patent no. 4,310,876

7. Optical coatings for illumination systems. Four patents covering unique applications for control of visible and infra-red radiation in high efficiency optical systems  US Patent no. 4,081-667

8. High Intensity Discharge reflector system for ambient lighting  US patent no. 4,229,782

9. High Intensity Discharge reflector system for ambient lighting with cut off  US patent no. 4,344,111

10. Lens for control of High Intensity Discharge lamp  US patent no. 4,262,326

11. Fluorescent indirect luminaire  4,388,675

12. Forward throw optical system  US patent no. 4,383,289

13. Segmented luminaire. Refractor/reflector system for providing adjustable lighting patterns  US patent no. 4,575,788

14. Signal. Method for providing high efficiency signaling device  US patent no. 4,652,851

15. Wall mounted luminaire. High efficiency wall mounted area lighting system  US patent no. 4,559,587

16. Wall wash lighting system. Luminaire for even illumination of vertical surfaces  US patent no. 4,564,888

17. Glare reducing lens. An improved lens system for reducing glare and providing improved lamp hiding power  US patent no. 4,703,405

18. Lens/Louver combination for interior lighting  US patent no. 5,149,191

19. Portable traffic signal photometer  US patent no. 5,185,637

20. Wall and ceiling lighting unit  US patent no. 5,278,737

21. Improved floodlight reflector  US patent no. 4,709,312

22. High efficiency specular louver  US patent no. 4,059,754

## Expert Witness Services

25 years of experience working for plaintiff and defense, including numerous depositions. State and federal court testimony.

Consulting, visibility reconstruction, light measurement, standards interpretation. Prior art research and patent validity analysis. Scientific and technical matters related to light, vision and lighting equipment.

Casework includes:

Traffic accidents: pedestrians, bicycles, automobiles, tractor-trailers

Trip and fall accidents

Assault and murder

Photography and visibility representation

Patent infringement

Restriction of trade

Breach of contract


References and details of recent casework available on request.

**STATEMENT OF IAN LEWIN**

**EXHIBIT B**

# 8TH EDITION

# LIGHTING HANDBOOK

## REFERENCE & APPLICATION

## ILLUMINATING ENGINEERING SOCIETY OF NORTH AMERICA

directional-conical reflectance, $\rho(\theta_i, \phi_i; \omega_r)$   the ratio of reflected flux collected through a conical solid angle to essentially collimated incident flux.
Note   The direction of incidence must be specified, as must the direction and extent of the cone.

 

DIRECTIONAL INCIDENT          CONICAL COLLECTED

directional-conical transmittance, $\tau(\theta_i, \phi_i; \omega_r)$   the ratio of transmitted flux collected through a conical solid angle to essentially collimated incident flux.
Note   The direction of incidence must be specified, as must the direction and extent of the cone.



DIRECTIONAL INCIDENT

CONICAL COLLECTED

directional-hemispherical reflectance, $\rho(\theta_i, \phi_i; 2\pi)$   the ratio of reflected flux collected over the entire hemisphere to essentially collimated incident flux.
Note   The direction of incidence must be specified.

 

HEMISPHERICAL COLLECTED

directional-hemispherical transmittance, $\tau(\theta_i, \phi_i; 2\pi)$   the ratio of transmitted flux collected over the entire hemisphere to essentially collimated incident flux.
Note   The direction of incidence must be specified.



DIRECTIONAL INCIDENT

HEMISPHERICAL COLLECTED

directional lighting   lighting provided on the workplane or on an object predominantly from a preferred direction. See *accent lighting, key light* and *cross light*.

disability glare   the effect of stray light in the eye whereby visibility and visual performance are reduced. A direct glare source that produces discomfort may also produce disability glare by introducing a measurable amount of stray light in the eye.

disability glare factor (DGF)   a measure of the visibility of a task in a given lighting installation in comparison with its visibility under reference lighting conditions, expressed in terms of the ratio of luminance contrasts having an equivalent effect upon task visibility. The definition of the DGF takes account of the equivalent veiling luminance produced in the eye by the pattern of luminances in the task surround.

discomfort glare   glare producing discomfort. It does not necessarily interfere with visual performance or visibility.

discomfort glare factor   the numerical assessment of the capacity of a single source of brightness, such as a luminaire, in a given visual environment for producing discomfort (this term is obsolete and is retained only for reference and literature searches). See *glare* and *discomfort glare*.

discomfort glare rating (DGR)   a numerical assessment of the capacity of a number of sources of luminance, such as luminaires, in a given visual environment for producing discomfort. It is the net effect of the individual values of the index of sensation for all luminous areas in the field of view. See *discomfort glare factor*. See also chapter 9, Lighting Calculations.

distal stimuli   any of the points, lines and surfaces and three-dimensional arrays of scattering particles which one can identify in the physical space in front of the eye and which form optical images on the retina. Each element of a surface or volume to which an eye is exposed subtends a solid angle at the entrance pupil. Such elements of solid angle make up the field of view, and each has a specifiable luminance and chromaticity. Points and lines are specific cases which have to be dealt with in terms of total intensity and intensity per unit length.

distribution temperature (of a light source)   the absolute temperature of a blackbody whose relative spectral distribution is most nearly the same in the visible region of the spectrum as that of the light source.

dominant wavelength (of a light), $\lambda_d$   the wavelength of radiant energy of a single frequency that, when combined in suitable proportion with the radiant energy of a reference standard, matches the color of the light. See *complementary wavelength*.

downlight   a small direct lighting unit which directs the light downward and can be recessed, surface mounted or suspended.

downward component   that portion of the luminous flux from a luminaire emitted at angles below the horizontal. See *upward component*.

driving beam   See *upper (driving) beams*.

dual headlighting system   headlighting by means of two double units, one mounted on each side of the front end of a vehicle. Each unit consists of two sealed beam lamps mounted in a single housing. The upper or outer lamps may have two filaments supplying the lower beam and part of the upper beam, respectively. The lower or inner lamps have one filament providing the primary source of light for the upper beam.

solid angles. These concepts must be applied with care if the area of the transmitting element is not large compared to its thickness, in view of internal transmission across the boundary of the area. For many geometrically specified transmittance properties it is

GLOSSARY OF LIGHTING TERMINOLOGY

There are no sharp demarcations between these bands, the indicated effects usually being produced to a lesser extent by longer and shorter wavelengths. For engineering purposes, the "black light" region extends slightly into the visible portion of the spec

939

solid angles. These concepts must be applied with care if the area of the transmitting element is not large compared to its thickness, in view of internal transmission across the boundary of the area. For many geometrically specified transmittance properties it is assumed that the radiance (luminance) is isotropic over the specified solid angle of incidence. Otherwise, the property is a function of the directional distribution of incident radiance (luminance) as well as the beam geometry and the character of the transmitting surfaces or media. Most transmittance quantities are applicable only to the transmittance of thin films with negligible internal scattering, so that the transmitted radiation emerges from a point that is not significantly separated from the point of incidence of the incident ray that produces the transmitted ray or rays. The governing considerations are similar to those for application of the bidirectional reflectance distribution function (BRDF), rather than the bidirectional scattering-surface reflectance distribution function (BSSRDF).

transverse roadway line (TRL)   any line across a roadway that is perpendicular to the curb line.

tristimulus values of a light, $X, Y, Z$   the amounts of each of three specific primaries required to match the color of the light.

troffer   a recessed lighting unit, usually long and installed with the opening flush with the ceiling. The term is derived from "trough" and "coffer."

troland   a unit of retinal illuminance which is based upon the fact that retinal illuminance is proportional to the product of the luminance of the distal stimulus and the area of entrance pupil. One troland is the retinal illuminance produced when the luminance of the distal stimulus is $1 \text{ cd/m}^2$ and the area of the pupil is $1 \text{ mm}^2$.
   Note   The troland makes no allowance for interocular attenuation or for the Stiles-Crawford effect.

tube   See *lamp*.

tungsten-halogen lamp   a gas-filled tungsten incandescent lamp containing a certain proportion of halogens in an inert gas whose pressure exceeds 3 atm.
   Note   The tungsten-iodine lamp (U.K.) and quartz iodine lamp (U.S.) belong to this category.

turn signal operating unit   that part of a signal system by which the operator of a vehicle indicates the direction a turn will be made, usually by a flashing light.

## U

ultraviolet lamp   a lamp which radiates a significant portion of its radiative power in the ultraviolet (UV) part of the spectrum; the visible radiation is not of principal interest.

ultraviolet radiation   for practical purposes any radiant energy within the wavelength range 10–380 nm. See *regions of the electromagnetic spectrum*.
   Note   On the basis of practical applications and the effect obtained, the ultraviolet region often is divided into the following bands:

| | |
|---|---|
| Ozone-producing | 180–220 nm |
| Bactericidal (germicidal) | 220–300 nm |
| Erythemal | 280–320 nm |
| "Black light" | 320–400 nm |

There are no sharp demarcations between these bands, the indicated effects usually being produced to a lesser extent by longer and shorter wavelengths. For engineering purposes, the "black light" region extends slightly into the visible portion of the spectrum. Another division of the ultraviolet spectrum often used by photobiologists is given by the CIE:

| | |
|---|---|
| UV-A | 315–400 nm |
| UV-B | 280–315 nm |
| UV-C | 100–280 nm |

units of luminance[†]   the luminance of a surface in a specified direction may be expressed as luminous intensity per unit of projected area of surface or as luminous flux per unit of solid angle and per unit of projected surface area. Note   Typical units are the $\text{cd/m}^2$ [$\text{lm/(sr} \cdot \text{m}^2$)] and the $\text{cd/ft}^2$ [$\text{lm/(sr} \cdot \text{ft}^2$)]. The luminance of a surface in a specified direction is also expressed (incorrectly) in lambertian units as the number of lumens per unit area that would leave the surface *if the luminance in all directions within the hemisphere on the side of the surface being considered were the same as the luminance in the specified direction*. A typical unit in this system is the footlambert (fL), equal to $1 \text{ lm/ft}^2$. This method of specifying luminance is equivalent to stating the number of lumens that would leave the surface *if the surface were replaced by a perfectly diffusing surface with a luminance in all directions within the hemisphere equal to the luminance of the actual surface in the direction specified*. In practice no surface follows exactly the cosine formula of emission or reflection; hence the luminance is not uniform, but varies with the angle from which it is viewed. For this reason, this practice is denigrated.

unrecoverable light loss factors   See *nonrecoverable light loss factors*.

upper (driving) beams   one or more beams intended for distant illumination and for use on the open highway when not meeting other vehicles. Formerly "country beams." See *lower ( passing) beams*.

upward component   that portion of the luminous flux from a luminaire emitted at angles above the horizontal. See *downward component*.

utilance   See *room utilization factor*.

## V

vacuum lamp   an incandescent lamp in which the filament operates in an evacuated bulb.

valance   a longitudinal shielding member mounted across the top of a window or along a wall and usually parallel to the wall, to conceal light sources giving both upward and downward distributions.

valance lighting   lighting comprising light sources shielded by a panel parallel to the wall at the top of a window.

values of spectral luminous efficiency for photopic vision, V(l)   values for spectral luminous efficiency at 10-nm intervals (see chapter 1, Light and Optics) were provisionally adopted by the CIE in 1924 and were adopted in 1933 by the International Committee on Weights and Measures as a basis for the establishment of photometric standards of types of sources differing from the primary standard in

**STATEMENT OF IAN LEWIN**

**EXHIBIT C**

June 19, 1951

N. J. McDAID

2,557,129

SPOTLIGHTING UNIT

Filed June 1, 1948



Fig. 1.

Fig. 2.

Fig. 3.

Fig. 4.

Fig. 5.

Neil J. McDaid
INVENTOR.

BY *Clarence A. O'Brien*
*and Harvey B. Jacobson*
Attorneys

Patented June 19, 1951

2,557,129

# UNITED STATES PATENT OFFICE

2,557,129

## SPOT LIGHTING UNIT

Neil J. McDaid, Charleston, S. C., assignor of
ten per cent to Toole-Woodward Engineering
Company, Charleston, S. C.

Application June 1, 1948, Serial No. 30,492

1 Claim. (Cl. 240—78)

**1**

This invention relates generally to new and useful improvements in spotlighting fixtures and has for its primary object to provide a novel and compact spotlighting fixture, which is adapted for attachment to a suspension or ceiling type fixture.

Another important object of this invention is to provide a spotlighting fixture for use in association with a ceiling type fixture, the spotlighting fixture being easily and conveniently installed on the ceiling type fixture, in operative association therewith.

Another object of this invention is to provide a spotlight unit, which is adapted for attachment to a suspension or ceiling type fixture and which is pivotally installed thereon, so as to be adjustable and to project its beam in various selected directions.

A meritorious feature of this invention resides in the provision of a pivotally mounted spotlighting fixture, which is pivotally installed on a ceiling type fixture, so that the spotlight can be readily and easily focussed in any desired direction from the floor by any suitable long instrument.

Another meritorious feature of this invention resides in the provision of an outer shell, which is rigidly secured to one end of a fluorescent luminary or to any type of suspension type fixture and which is adapted to pivotally house an inner shell, the inner shell serving to support a lamp.

Another important feature of this invention resides in the provision of means for mounting the outer shell to the end of a fluorescent luminary or the like suspension type fixture, the securing or mounting means serving as a communicating means for wiring a spotlight in the main light or fixture circuit.

These and ancillary objects and other meritorious features are attained by this invention, a preferred embodiment of which is set forth in the following description and illustrated in the accompanying drawings, wherein:

Figure 1 is a view in perspective of a fluorescent luminary, showing this invention in operative attachment thereto;

Figure 2 is a side elevational view of one side of the outer shell;

Figure 3 is a vertical longitudinal sectional view of this invention as taken substantially along the plane of line 3—3 in Figure 4;

Figure 4 is a vertical transverse sectional view of this invention as taken substantially along the plane of line 4—4 in Figure 1, and

**2**

Figure 5 is an enlarged fragmentary view of the means provided for attaching a lamp supporting ring to the inner shell.

Referring now more particularly to the drawings, wherein similar characters of reference designate corresponding parts throughout, this invention, generally designated by the character reference 10, is shown in operative attachment with a conventional fluorescent luminary 12. However, it is to be noted that this invention is adaptable for use in association with any type of suspension or ceiling type fixture, the same being shown in the drawings by way of example only.

The fluorescent luminary 12 has a pair of opposed depending arcuate ends 14, to which this invention may be easily attached, either on one or both ends, as desired. The semi-circular end caps 14 of the fluorescent luminaries may be utilized, depending upon the spotlighting requirements of the establishment. In the case where only one unit is attached, the unsummetrical effect of the added unit will not be easily noticed, due to the small over-all length of the spotlighting unit 10, as compared to the large length of the fluorescent luminary.

This invention comprises an outer shell 14, having a rectangular top 16 and semi-circular or arcuate end caps 18 and 20, which depend therefrom. Opposed arcuately inturned end sections 22 and 24 terminate in upwardly extending baffles 26 and 28. Pivotally mounted within the outer shell 14 is an inner shell 30. The inner shell 30 is of a substantially similar shape, having opposed arcuate sides 32 and 34. The sides 32 and 34 are riveted to the sides 18 and 20 of the outer shell, as at 36. However, it is to be apparent that similar or other pivotal attaching means may be employed for securing the two shells together, so that the inner shell is capable of defining an arcuate path of travel within the outer shell, the outer shell being rigidly attached to the fluorescent luminary or ceiling fixture. Suitable means may be provided for securing the spotlighting unit 10 to the end cap 14 of the fluorescent luminary and comprises a nipple 38, which rigidly secures the end cap 20 to the end of the luminary, the nipple being inserted in a knockout area 40. However, an arcuate slot or guide-way 68 is formed in the side 34 of the inner shell, the projected end of the nipple travelling within the slot or guide-way 68.

Means is provided for mounting a conventional lamp 42 within the inner shell, the lamp 42 being wired in the circuit of the fluorescent luminary through the medium of a lead wire 44. The

2,557,129

**3**

conducting or lead wire 44 extends through the nipple 38, as shown in Figure 4 of the drawings. The means preferred for mounting the lamp comprises the formation of a circular opening in the substantially flat bottom portion of the inner shell 30, the opening defining an inwardly directed flange 46 on the bottom of the inner shell. A lamp supporting ring 48 is suitably secured to the flange 46 of the inner shell by any suitable securing or attachment means. By way of example, an angle clip 50 has one side 52 welded to the ring 48, the opposite side of the angle clip having an attaching aperture 54. Metal screws are employed in association with the attaching apertures 54 and suitable apertures formed in the flange 46 to secure the clip to the inner shell.

A plurality of nested louvres 56 are carried by the supporting ring 48 and disposed in vertical alignment with the seated lens face of the lamp 42. The outer louvre 58 has an attaching flange 60, which is seated on the inwardly directed flanged end of the lamp supporting ring 48. Suitable securing means 62 is provided to attach the circular inner nested louvres 66 and 64 to the outer supporting louvre 58, as shown more particularly in Figures 3 and 4 of the drawings.

Thus, it can be seen that the inner shell 30 is free to turn forty-five degrees, right or left, on a horizontal axis. Suitable control means for accomplishing the adjustment of the beam direction may be employed and preferably, would be employed by a person from a floor supported position. A stick or pole or similar instrument may be employed to exert pressure on one side of the inner shell, until the desired angle is obtained. No mechanical stop or locking device is required to hold the lamp at the desired angle, as the center of gravity pivot of the inner shell enables the entire inner shell assembly to be swung back and forth very easily and conveniently, the construction requiring but a bare minimum of tension in order to remain in the position it is placed.

In order to allow the heat emanating from the lamp to be exhausted into the outer shell, an opening 70 is formed in the top portion of the inner shell defining a communicating passage between the inner and outer shell.

Thus, it can be appreciated that there has been

**4**

provided a compact and efficient attachment for a suspension type fixture, of fluorescent or other structure, which can be easily and conveniently adjusted from a floor position and which, in such adjustment, will remain fixed in the adjusted position.

However, since many other purposes and objects of this invention will become apparent to those skilled in the art, upon a perusal of the foregoing description, in view of the accompanying drawings, it is to be understood that certain changes may be effected thereon, as coming within the spirit of the invention and the scope of the appended claim.

Having described the invention what is claimed as new is:

A spotlight fixture adapted for attachment to a ceiling light fixture comprising an outer shell, said outer shell including a rectangular top plate, extending opposed arcuate sides and arcuately inturned ends, an inner shell, of similar shape pivotally mounted on the sides of the outer shell, baffles formed on the ends of the outer shell and projecting upwardly between the shells, a circular ring secured to the open end of the inner shell, a lamp disposed within the inner shell and having a lens face seated on the ring, nested louvres suspended from the ring in vertical alignment with the lens face of the lamp, aligned openings in one of the sides of the shells, means disposed in the openings for attaching the shells to a ceiling light fixture, said inner shell being movable about the attaching means and an opening in the inner shell for exhausting heat into the outer shell.

NEIL J. McDAID.

**REFERENCES CITED**

The following references are of record in the file of this patent:

UNITED STATES PATENTS

| Number | Name | Date |
|---|---|---|
| 1,498,580 | Rule | June 24, 1924 |
| 2,022,222 | Sullivan | Nov. 26, 1935 |
| 2,063,744 | Kramer | Dec. 8, 1936 |
| 2,152,197 | Levy | Mar. 28, 1939 |
| 2,300,523 | Reichert | Nov. 3, 1942 |
| 2,313,131 | Elias | Mar. 9, 1943 |

**STATEMENT OF IAN LEWIN**

**EXHIBIT D**

# United States Patent [19]

## Miller

[11]  Patent Number: **4,816,969**

[45]  Date of Patent:  **Mar. 28, 1989**

[54]  **WALL-MOUNTED OVER-BED LIGHTING FIXTURE**

[75]  Inventor:  **David H. Miller**, Walnut Creek, Calif.

[73]  Assignee:  **Hospital Systems Inc.**, Oakland, Calif.

[21]  Appl. No.:  **149,473**

[22]  Filed:  **Feb. 5, 1988**

[51]  Int. Cl.⁴ ............................................. A47B 23/06
[52]  U.S. Cl. ...................................... 362/130; 362/801;
       362/282; 362/287; 362/394
[58]  Field of Search ............... 362/130, 147, 223, 224,
       362/225, 217, 234, 244, 245, 260, 277, 282, 283,
       319, 322, 285, 287, 801, 35, 455, 394, 269, 275;
       128/23

[56]  **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1,298,362 | 3/1919 | Lewry . | 362/130 |
| 1,739,337 | 12/1929 | Von Canon et al. | 362/130 |
| 1,906,626 | 5/1933 | Kramer . | 362/130 |
| 3,022,416 | 2/1962 | Roberts . | 362/245 |
| 4,149,222 | 4/1979 | Linde .. | 362/394 |
| 4,680,684 | 7/1987 | Wolber | 362/130 |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 110770 | 12/1939 | Australia | 362/130 |
| 2395460 | 2/1979 | France | 362/225 |

*Primary Examiner*—Michael Koczo
*Assistant Examiner*—D. M. Cox
*Attorney, Agent, or Firm*—Julian Caplan

[57]  **ABSTRACT**

The housing for the fixture is mounted on a wall over the patient's bed. The housing accommodates a first non-rotatable fixture which directs light from fluorescent tubes downward through a conventional flat prismatic lens. There is also a longitudinally extending lens mounted within the outline of the housing and rotatable by means of handles at either end so that light from a second set of fluorescent tubes may be adjusted to function as a reading lamp for the patient, as an examining light at different locations of the patient's body and as a room illumination source, the intensity of room illumination being adjustable. A safety switch is moved to "off" position when the housing is struck by an object such as an IV rod fixed to an adjustable bed to stop the motor which moves the bed.

**11 Claims, 3 Drawing Sheets**





Fig. 1

Fig. 2

Fig. 4

Fig. 3



Fig.6

Fig.7

Fig.8



Fig.5



Fig.9



Fig.10

4,816,969

**1**

## WALL-MOUNTED OVER-BED LIGHTING FIXTURE

### BACKGROUND OF THE INVENTION

1. Field of the Invention

This invention relates to a wall-mounted over-bed hospital lighting fixture of the type which provides illumination of the head of the bed and is characterized by the provision of a rotatable lamp incorporated in the housing of the device which may be used as a patient reading lamp, as a physician's examining lamp and also as a variable room illumination lamp.

2. Description of Related Art

Wall-mounted bed lighting fixtures are well known in the art. Such fixtures generally have a horizontal flat prismatic lens through which illumination from the interior of the housing is directed to the head of the bed which is mounted immediately therebeneath. The provision of patient examining lights and reading lamps which are mounted on the wall is also well known.

The present invention differs from prior fixtures in that both lighting fixtures are totally enclosed within a wall-mounted housing.

U.S. Pat. No. 3,919,540 discloses a safety light with a switch responsive to interfering movement of an IV rod, or the like, which interrupts power to a bed-elevating motor. U.S. Pat. No. 4,149,222 shows a pivotal wall mounting for a bed light wherein the fixture is hinged to a mounting plate with a leaf hinge. The present invention provides an improved pivotal mounting which does not require a leaf hinge and is more easily installed than prior fixtures of this type. A room may be completely finished and painted before the fixture is set into place, preventing damage to the paint or to the fixture. The bracket then serves as an integral part of the safety interlock.

### SUMMARY OF THE INVENTION

A single housing preferably formed of interfitting extrusions is provided which is mounted extending longitudinally horizontally on the wall above a bed and is used in hospitals, nursing homes and the like. On the bottom of the housing is a flat, horizontal, prismatic lens which directs illumination from one or more fluorescent tubes downward to illuminate the head of the bed.

Also mounted on the upper portion of the housing is a rotatable two-part cylinder, one part being transparent and the other opaque and within the cylinder are one or more additional fluorescent lamps. By turning a handle at either end of the housing, the cylindrical member may be directed in various positions. Thus, it may be directed to provide a patient reading lamp. It may also be adjusted so that it illuminates any portion of the bed and may be used by a physician or nurse as an examining lamp. Additionally, the transparent portion of the lamp may be directed toward the ceiling or any portion of the room to provide room illumination. Particularly in connection with the latter function, the amount of illumination may be controlled by exposing or concealing within the housing varying portions of the transparent part of the rotatable member.

The housing may also contain a night light which shines through louvers in the end cap of the housing.

Another feature of the invention is the fact that all of the rotatable elements including the handles which turn the rotatable member are at all times within the outline of the housing so that in none of its various positions of

**2**

adjustment does the lamp extend outside the outline of the housing.

An advantage of the invention is the fact that, regardless of the position of adjustment of the rotatable lamp, it is always within the confines of the housing, thereby differing from those overhead reading lamps which are hinged or pivotted to the housing and in down position extend outside the housing.

Another advantage of the invention is that all wires for all lamps are contained within the housing and do not extend exteriorly thereof.

A still further feature of the invention is the provision of a safety interface comprising a switch which cuts off power to an adjustable bed or the like in the event that the bed or an upward-extending member attached to a bed comes in contact with the lighting fixture This safety feature prevents the hospital bed from being torn off the wall if it is wall-mounted and prevents damage to the housing of the fixture The mounting of the fixture to a plate attached to the wall is an improved feature of this invention.

### FIGURES IN THE DRAWINGS

FIG. 1 is a perspective view of a fixture in accordance with the present invention.

FIG. 2 is a sectional view taken substantially along the line 2—2 of FIG. 1.

FIG. 3 is a sectional view taken substantially along the line 3—3 of FIG. 2.

FIG. 4 is a fragmentary enlarged end elevation as vised from the right of FIG. 3.

FIG. 5 is a fragmentary plan view showing the fixture mounted on a wall.

FIG. 6 is a perspective view of a portion of the device.

FIG. 7 is a fragmentary sectional view taken substantially along the line 7—7 of FIG. 6.

FIG. 8 is a sectional view along line 8—8 of FIG. 7.

FIG. 9 is a schematic wiring layout of electrical portions of the invention. FIG. 10 is a schematic wiring diagram of the same.

### DESCRIPTION OF PREFERRED EMBODIMENT

Housing 11 has end caps 12 at either end, each end cap 12 having an inward projecting relatively narrow rim 13. A circular hole 14 is formed in each end cap as are louvers 16. Sockets 17 may be recessed into the end caps for attachment of various appliances as desired.

Mounted within the housing 11 and within the confines of the end caps 12 is a longitudinally extending mounting bracket 21 which is fixed to a wall so that the housing 11 extends horizontally longitudinally above the bed. Wall 86 has a conventional junction box 87 recessed therein and extending outward therefrom is a first snap connector member 88. Bracket 21 has a knock-out hole 89 formed therein fitting over junction box 87. Bracket 21 is attached to wall 86 by screws 91. Along the top edge bracket 21 is a top interlock receptor 22 and along the bottom edge is a bottom interlock lug 23. Interfitting with bracket 21 is a longitudinally extending rear member 26 which has a top lug 27 received in receptor 22 and a bottom receptor 28 which receives bottom lug 23 in such manner that when an object such as an IV rod attached to a hospital bed strikes housing 11, rear member 21 pivots upward. Along the bottom of member 26 is an external flange 29 and along the top is a top flange 31 which is formed at

4,816,969

3

its outer end with an internally offset lug 32. Screws 30 recessed in the lower part of the fixture are tightened to an extent to allow pivoting of top lug 27 on receptor 22 but still contain relative movement to prevent housing 11 from coming away from wall 86. Second snap connector member 92 mates with connector 88 when the members are assembled to supply power to the fixture.

Top member 36 has a top receptor 37 which receives lug 32 so that the members 31 and 26 comprise essentially a unit. Preferably top member 36 extends at an obtuse angle relative to member 21 and at its forward end is formed in an arcuate portion 38. The lower end of arcuate portion 38 comprises a bottom receptor 39. Mounted on the bottom of the housing is a flat prismatic lens 41 which is disposed approximately parallel to the top member 36. The upper end or outer edge of lens 41 is received in receptor 39 and its lower or inner edge is held by an edge clamp 42 connected to external flange 29 of rear member 26. The lens 41 may be removed by release of clamp 42. Above lens 41 is a reflector 43 the edges of which are received in receptors 44 and 46 in rear member 26 and arcuate portion 38, respectively. Fluorescent tubes 47 are held in place by inward extensions 4 end caps 12, the sockets 49 for the tubes 47 in threaded engagement with the hollow extensions 48. It will be understood that the shape of reflector 43 is such as to direct the illumination from the tubes 47 outward through the lens 41. Ballast 51 for tubes 47, shown schematically in FIG. 2, is mounted in the space above the reflectors 43. Various lengths of housing 11 may be used and the proper length tube 47 is chosen for a particular length housing.

Concentric with the center of curvature of arcuate portion 38 is a bearing hub 56 which is integral with end cap 12 and is connected to the end portion thereof by a web 58 and to the upper rim portion 13 thereof by web 59. Within the hub 56 is sleeve bearing 57. It will be noted that the webs 58 and 59 are recessed and fitting within the recess is a rotation handle or knob 61 formed with depressions 62 so that it may be conveniently gripped by a physician, nurse or other attendant to turn the handle 61. Fitting through sleeve bearing 57 is a hollow stem 63 which is an inward extension of handle 61. The inner end of stem 63 is formed non-circular with a flat 69 (see FIG. 4) and is received within an appropriate hole in mounting disk 64. A retaining ring 66 secures the stem 63 and disk 64 together. Attached to disk 64 are one or more sockets 67 to receive fluorescent tubes 68, preferably of the same length as tubes 47. A slot 70 here shown to be arcuate is formed in disk 64 for passage of wiring from the ballast 52 to the sockets 67. Ballast 52 is likewise within housing 11.

A transparent substantially semi-cylindrical rotatable lens 71 is provided having receptors 72 at either edge. Interfitting with lens 71 is a rotatable lens mounting 73 having at either edge lugs 74 which fit into the receptors 72. The members 71 and 73 comprise a cylindrical longitudinally extending member and attachment ears 76 are used to secure the mounting 73 to the disks 64. Arcuate portion 38, handle 61, stem 63, disk 64, lens 71, 60 and lens mounting 73 all have a common center of curvature.

Stops 77 are inserted in wall 79 of opening 14 in cap 12. Handle 61 has a projection 65 which intersects stops 77 and limit the oscillatory movement of lens 71 to less 65 than 360°.

One feature of the invention is the fact that the parts may largely be formed of aluminum alloy extrusions,

4

thereby making the cost of construction relatively inexpensive.

A safety feature of the invention is the provision of a switch which may be opened if a hospital bed or the orthopedic frame above such a bed or an IV rod attached to the bed comes in contact with the fixture. Thus a mounting plate 81 is installed in a suitable socket in the rear member 26. A switch button 83 bears against the mounting bracket 21. If, due to distortion of the housing 11 by reason of contact with a bed or frame above a bed, the button 83 is pressed inward to open the circuit. Switch 82 may be used to discontinue power to the bed operating motor, to sound an alarm or for other purposes.

The fluorescent tubes 47 which provide illumination through the lens 41 illuminate the head of the bed in normal fashion. However, by rotating the handle 61, the transparent rotatable lens 71 may be adjusted in position so that it shines down to provide a reading lamp for the patient or may be turned so that it illuminates any portion of the patient's body for purpose of examination. The lens 71 may be turned upward so that indirect illumination of the room is provided and the degree of such illumination may be adjusted by the relative proportions of the transparent lens 71 and opaque mounting 73 which are exposed outside the arcuate portion 38.

For night-light purposes, a sub housing 78 is formed in end cap 12 adjacent louvers 16. A mounting plate 96 carries socket 97 for lamp 88. Plate 96 is attached to the inner open end of sub-housing 78 by screws 99. Light from lamp 98 shines out through louvers 16.

As previously stated, all wiring is confined within the housing 11. The wiring diagram for the fluorescent lamps 47 and 68 and for switch 82 is shown in FIG. 10. FIG. 9 shows schematically how the wiring and ballasts 51, 52 are disposed within the housing. A four-position switch 101 controls current entering the system from connector 92 to ballasts 51 and 52 for lamps 47 and 68, respectively, so that either set of lamps or both or neither may be illuminated by adjustment of switch 101, which is accessible from the exterior through an opening (not shown) in one of end caps 12. A toggle switch 100, also accessible from the exterior, controls night lamp 98.

What is claimed is:

1. An over-bed hospital lighting fixture comprising a longitudinally disposed housing having mounting means for mounting said housing on a wall,

end caps on either end of said housing formed with aligned circular openings,

a cylindrically arcuate member positioned in said housing outward of said mounting means and transverse to said end caps having its center of curvature substantially co-extensive with the center of curvature of said circular openings and disposed longitudinally of said housing,

a substantially semi-cylindrical, substantially opaque lens mounting rotatable about an axis concentric with said center of curvature and having first connecting means along its longitudinal edges,

a substantially semi-cylindrical, transparent lens with its axis substantially co-extensive with said center of curvature and having second connecting means along its longitudinal edges cooperable with said first connecting means to combine said lens mounting and said lens as a cylindrical unit,

a pair of mounting disks connected adjacent either end of said housing for rotation with said cylindri-

4,816,969

5

cal unit and having light sockets to receive light bulbs,

a handle at at least one end of said housing having a shaft passing through said circular opening and connected for rotation with said lens mounting, said lens and said mounting disk,

whereby by turning said handle the relative amount of light passing out of said housing through said lens may be adjusted.

2. A fixture according to claim 1 which further comprises a flat transparent bottom wall for said housing interposed between said mounting means and said arcuate member, a reflector inward of said bottom wall, lighting means between said reflector and said bottom wall and means for mounting said bottom wall, said reflector and said lighting means in said housing.

3. A fixture according to claim 2 in which said bottom wall comprises a substantially rectangular prismatic lens.

4. A fixture according to claim 3 in which said lighting means comprises longitudinally disposed fluorescent tubes.

5. A fixture according to claim 1 which further comprises a fluorescent tube longitudinally disposed in said housing having its opposite ends received in said sockets of said disks.

6. A fixture according to claim 1 in which each said end cap is formed with an indented annular web having a bearing housing concentric with said axis, said handle being recessed in said annular web, said handle having a stem passing through said web and connected inside said web to one said disk and to said lens mounting and said lens.

7. A fixture according to claim 1 which further comprises a rear member within said housing normally disposed substantially parallel to said mounting means,

a safety limit switch carried by said rear member having a button resiliently biased outward toward

6

a first position, said button being moved to a second position by said button engaging said mounting means when said rear member is disposed substantially parallel to said mounting means whereby force applied to said housing by an external object striking said housing causes said rear member to pivot outward away from said mounting means said button to move to first position, when said force is sufficient to damage said fixture or said external object.

8. A fixture according to claim 7 in which said mounting means is formed with a horizontal longitudinally extending interlock receptor along its top edge and said rear member is formed with a top lug fitting into said receptor so that said housing hangs from said receptor and may pivot upward relative to said mounting means.

9. A fixture according to claim 8 which further comprises adjustment screws in said housing engaging the bottom edge of said mounting means, said screws controlling the extent of pivotal movement of said rear member relative to said mounting means.

10. A fixture according to claim 8 in which said mounting means is formed with an opening for protrusion of a first electrical connector for power for said fixture, said housing having a second electrical connector mating with said first connector, whereby said fixture may be placed on a wall by first attaching said mounting means to said wall, then hanging said top lug on said receptor and engaging said first and second connectors and then pivoting said housing down so that said rear member is substantially flush with said mounting means.

11. A fixture according to claim 1 in which said arcuate member, opaque lens mounting, lens, and mounting disks are at all times confined within said housing regardless of the position of adjustment of said lens.

* * * * *

**STATEMENT OF IAN LEWIN**

**EXHIBIT E**

436 LIGHTING CALCULATIONS

**Fig. 9-34.** *Continued*



| Typical Luminaire | Maint. Cat. | SC | RCR ↓ | pcc→ 80 pw→ 50 | 30 | 10 | pcc→ 70 pw→ 50 | 30 | 10 | pcc→ 50 pw→ 50 | 30 | 10 | pcc→ 30 pw→ 50 | 30 | 10 | pcc→ 10 pw→ 50 | 30 | 10 | pcc→ 0 pw→ 0 | WDRC | pcc→ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **31** 150 mm × 150 mm (6 × 6") cell parabolic wedge louver—multiply by 1.1 for 250 × 250 mm (10 × 10") cells (0%↑ 58%↓) | IV | 1.5/1.2 | 0 | .69 | .69 | .69 | .67 | .67 | .67 | .64 | .64 | .64 | .62 | .62 | .62 | .59 | .59 | .59 | .58 | | |
| | | | 1 | .62 | .61 | .59 | .61 | .59 | .58 | .59 | .57 | .56 | .57 | .55 | .54 | .55 | .54 | .53 | .52 | .159 | 1 |
| | | | 2 | .56 | .53 | .50 | .55 | .52 | .50 | .53 | .50 | .48 | .51 | .49 | .47 | .49 | .48 | .46 | .45 | .160 | 2 |
| | | | 3 | .50 | .46 | .43 | .49 | .46 | .43 | .48 | .45 | .42 | .46 | .43 | .41 | .45 | .42 | .41 | .39 | .155 | 3 |
| | | | 4 | .45 | .41 | .37 | .44 | .40 | .37 | .43 | .39 | .36 | .42 | .38 | .36 | .40 | .38 | .36 | .34 | .147 | 4 |
| | | | 5 | .40 | .36 | .32 | .40 | .36 | .32 | .39 | .35 | .32 | .38 | .34 | .32 | .37 | .34 | .31 | .30 | .139 | 5 |
| | | | 6 | .37 | .32 | .29 | .36 | .32 | .28 | .35 | .31 | .28 | .34 | .31 | .28 | .33 | .30 | .28 | .27 | .131 | 6 |
| | | | 7 | .33 | .29 | .25 | .33 | .28 | .25 | .32 | .28 | .25 | .31 | .28 | .25 | .30 | .27 | .25 | .24 | .123 | 7 |
| | | | 8 | .30 | .26 | .23 | .30 | .26 | .22 | .29 | .25 | .22 | .29 | .25 | .22 | .28 | .25 | .22 | .21 | .115 | 8 |
| | | | 9 | .28 | .23 | .20 | .27 | .23 | .20 | .27 | .23 | .20 | .26 | .23 | .20 | .26 | .22 | .20 | .19 | .109 | 9 |
| | | | 10 | .26 | .21 | .18 | .25 | .21 | .18 | .25 | .21 | .18 | .25 | .21 | .18 | .24 | .20 | .18 | .17 | .102 | 10 |
| **32** 2-lamp, surface mounted, bare lamp unit—photometry with 460 mm (18") wide panel above luminaire—lamps on 150 mm (6") centers (9½↑ 78%↓) | I | 1.3 | 0 | 1.02 | 1.02 | 1.02 | .99 | .99 | .99 | .92 | .92 | .92 | .86 | .86 | .86 | .81 | .81 | .81 | .78 | | |
| | | | 1 | .85 | .80 | .76 | .82 | .78 | .74 | .76 | .73 | .70 | .71 | .68 | .66 | .67 | .64 | .62 | .60 | .467 | 1 |
| | | | 2 | .72 | .65 | .59 | .70 | .63 | .58 | .65 | .60 | .55 | .61 | .56 | .52 | .57 | .53 | .50 | .47 | .387 | 2 |
| | | | 3 | .63 | .55 | .48 | .60 | .53 | .47 | .56 | .50 | .45 | .53 | .47 | .43 | .49 | .45 | .41 | .38 | .331 | 3 |
| | | | 4 | .55 | .46 | .40 | .53 | .45 | .39 | .50 | .43 | .37 | .46 | .41 | .36 | .43 | .38 | .34 | .32 | .289 | 4 |
| | | | 5 | .49 | .40 | .34 | .47 | .39 | .33 | .44 | .37 | .32 | .41 | .35 | .31 | .39 | .34 | .29 | .27 | .255 | 5 |
| | | | 6 | .43 | .35 | .29 | .42 | .34 | .29 | .40 | .33 | .28 | .37 | .31 | .27 | .35 | .30 | .26 | .23 | .228 | 6 |
| | | | 7 | .39 | .31 | .25 | .38 | .30 | .25 | .36 | .29 | .24 | .34 | .28 | .23 | .32 | .26 | .22 | .20 | .206 | 7 |
| | | | 8 | .36 | .28 | .22 | .35 | .27 | .22 | .33 | .26 | .21 | .31 | .25 | .21 | .29 | .24 | .20 | .18 | .188 | 8 |
| | | | 9 | .33 | .25 | .20 | .32 | .25 | .20 | .30 | .24 | .19 | .28 | .23 | .19 | .27 | .22 | .18 | .16 | .172 | 9 |
| | | | 10 | .30 | .23 | .18 | .29 | .22 | .18 | .28 | .21 | .17 | .26 | .21 | .17 | .25 | .20 | .16 | .14 | .159 | 10 |
| **33** Luminous bottom suspended unit with extra-high output lamp (66%↑ 12%↓) | VI | N.A. | 0 | .77 | .77 | .77 | .68 | .68 | .68 | .50 | .50 | .50 | .34 | .34 | .34 | .19 | .19 | .19 | | | |
| | | | 1 | .67 | .64 | .61 | .59 | .56 | .54 | .43 | .42 | .41 | .29 | .29 | .28 | .17 | .16 | .16 | | | |
| | | | 2 | .58 | .54 | .50 | .51 | .48 | .44 | .38 | .36 | .34 | .26 | .24 | .23 | .14 | .14 | .13 | | | |
| | | | 3 | .51 | .46 | .42 | .45 | .41 | .37 | .33 | .30 | .28 | .23 | .21 | .19 | .13 | .12 | .11 | | | |
| | | | 4 | .45 | .39 | .35 | .40 | .35 | .31 | .30 | .26 | .24 | .20 | .18 | .17 | .11 | .10 | .10 | | | |
| | | | 5 | .40 | .34 | .30 | .35 | .30 | .26 | .26 | .23 | .20 | .18 | .16 | .14 | .10 | .09 | .08 | | | |
| | | | 6 | .36 | .30 | .25 | .31 | .26 | .23 | .24 | .20 | .17 | .16 | .14 | .12 | .09 | .08 | .07 | | | |
| | | | 7 | .32 | .26 | .22 | .28 | .23 | .20 | .21 | .18 | .15 | .15 | .12 | .11 | .08 | .07 | .06 | | | |
| | | | 8 | .29 | .23 | .19 | .26 | .21 | .17 | .19 | .15 | .13 | .13 | .11 | .09 | .08 | .06 | .06 | | | |
| | | | 9 | .26 | .21 | .17 | .23 | .18 | .15 | .17 | .14 | .11 | .12 | .10 | .08 | .07 | .06 | .05 | | | |
| | | | 10 | .24 | .19 | .15 | .21 | .17 | .13 | .16 | .13 | .10 | .11 | .09 | .07 | .06 | .05 | .04 | | | |
| **34** Prismatic bottom and sides, open top, lamp suspended unit—see note 7 (33%↑ 50%↓) | VI | 1.4/1.2 | 0 | .91 | .91 | .91 | .85 | .85 | .85 | .74 | .74 | .74 | .64 | .64 | .64 | .54 | .54 | .54 | .50 | | |
| | | | 1 | .80 | .77 | .74 | .75 | .72 | .70 | .65 | .63 | .61 | .57 | .55 | .54 | .49 | .47 | .47 | .43 | .179 | 1 |
| | | | 2 | .70 | .65 | .61 | .66 | .62 | .58 | .58 | .54 | .52 | .50 | .48 | .46 | .43 | .42 | .40 | .37 | .166 | 2 |
| | | | 3 | .62 | .56 | .51 | .58 | .53 | .49 | .51 | .47 | .44 | .45 | .42 | .39 | .39 | .37 | .35 | .32 | .153 | 3 |
| | | | 4 | .55 | .49 | .44 | .52 | .46 | .42 | .46 | .41 | .38 | .40 | .37 | .34 | .35 | .32 | .30 | .27 | .140 | 4 |
| | | | 5 | .49 | .43 | .38 | .47 | .41 | .36 | .41 | .37 | .33 | .36 | .33 | .30 | .32 | .29 | .26 | .24 | .129 | 5 |
| | | | 6 | .45 | .38 | .33 | .42 | .36 | .32 | .37 | .33 | .29 | .33 | .29 | .26 | .29 | .26 | .23 | .21 | .119 | 6 |
| | | | 7 | .40 | .34 | .29 | .38 | .32 | .28 | .34 | .29 | .26 | .30 | .26 | .23 | .26 | .23 | .21 | .19 | .111 | 7 |
| | | | 8 | .37 | .30 | .26 | .35 | .29 | .25 | .31 | .26 | .23 | .27 | .24 | .21 | .24 | .21 | .19 | .17 | .103 | 8 |
| | | | 9 | .34 | .27 | .23 | .32 | .26 | .22 | .29 | .24 | .21 | .25 | .22 | .19 | .22 | .19 | .17 | .15 | .096 | 9 |
| | | | 10 | .31 | .25 | .21 | .29 | .24 | .20 | .27 | .22 | .19 | .23 | .20 | .17 | .21 | .18 | .15 | .14 | .090 | 10 |
| **35** (11½↑ 58½↓) | V | 1.5/1.2 | 0 | .81 | .81 | .81 | .78 | .78 | .78 | .72 | .72 | .72 | .66 | .66 | .66 | .61 | .61 | .61 | .59 | | |
| | | | 1 | .71 | .68 | .66 | .68 | .66 | .63 | .63 | .61 | .59 | .58 | .57 | .56 | .54 | .53 | .52 | .50 | .223 | 1 |
| | | | 2 | .63 | .58 | .55 | .60 | .56 | .53 | .56 | .53 | .50 | .52 | .50 | .47 | .48 | .46 | .45 | .43 | .201 | 2 |
| | | | 3 | .56 | .50 | .46 | .54 | .49 | .45 | .50 | .46 | .43 | .47 | .43 | .41 | .43 | .41 | .39 | .37 | .183 | 3 |
| | | | 4 | .49 | .44 | .40 | .48 | .43 | .39 | .45 | .40 | .37 | .42 | .38 | .35 | .39 | .36 | .34 | .32 | .167 | 4 |
| | | | 5 | .45 | .39 | .34 | .43 | .38 | .34 | .40 | .36 | .32 | .38 | .34 | .31 | .35 | .32 | .30 | .28 | .153 | 5 |
| | | | 6 | .40 | .34 | .30 | .39 | .34 | .29 | .36 | .32 | .28 | .34 | .30 | .27 | .32 | .29 | .26 | .25 | .142 | 6 |
| | | | 7 | .37 | .31 | .27 | .35 | .30 | .26 | .33 | .29 | .25 | .31 | .27 | .24 | .30 | .26 | .23 | .22 | .131 | 7 |
| | | | 8 | .33 | .28 | .24 | .32 | .27 | .23 | .30 | .26 | .23 | .29 | .25 | .22 | .27 | .24 | .21 | .20 | .122 | 8 |
| | | | 9 | .31 | .25 | .21 | .30 | .25 | .21 | .28 | .24 | .20 | .26 | .23 | .20 | .25 | .22 | .19 | .18 | .114 | 9 |
| | | | 10 | .28 | .23 | .19 | .27 | .22 | .19 | .26 | .22 | .18 | .24 | .21 | .18 | .23 | .20 | .17 | .16 | .107 | 10 |
| **36** 2-lamp prismatic wraparound—see note 7 (24%↑ 50%↓) | V | 1.2 | 0 | .82 | .82 | .82 | .77 | .77 | .77 | .69 | .69 | .69 | .61 | .61 | .61 | .53 | .53 | .53 | .50 | | |
| | | | 1 | .71 | .67 | .65 | .67 | .64 | .61 | .59 | .57 | .55 | .52 | .51 | .49 | .46 | .45 | .44 | .42 | .234 | 1 |
| | | | 2 | .62 | .57 | .53 | .59 | .54 | .51 | .52 | .49 | .46 | .46 | .44 | .41 | .41 | .39 | .37 | .34 | .194 | 2 |
| | | | 3 | .55 | .49 | .45 | .52 | .47 | .43 | .47 | .42 | .39 | .41 | .38 | .35 | .37 | .34 | .32 | .30 | .168 | 3 |
| | | | 4 | .49 | .43 | .39 | .47 | .41 | .37 | .42 | .37 | .34 | .37 | .33 | .30 | .33 | .30 | .28 | .26 | .150 | 4 |
| | | | 5 | .44 | .38 | .34 | .42 | .36 | .32 | .38 | .33 | .30 | .34 | .30 | .27 | .30 | .27 | .25 | .23 | .135 | 5 |
| | | | 6 | .40 | .34 | .29 | .38 | .32 | .28 | .35 | .30 | .26 | .31 | .27 | .24 | .28 | .25 | .22 | .20 | .123 | 6 |
| | | | 7 | .36 | .30 | .26 | .35 | .29 | .25 | .31 | .26 | .23 | .28 | .24 | .21 | .26 | .22 | .20 | .18 | .112 | 7 |
| | | | 8 | .33 | .27 | .23 | .32 | .26 | .22 | .29 | .24 | .20 | .26 | .22 | .19 | .24 | .20 | .18 | .16 | .103 | 8 |
| | | | 9 | .30 | .25 | .21 | .29 | .24 | .20 | .27 | .22 | .18 | .24 | .20 | .17 | .22 | .19 | .16 | .15 | .097 | 9 |
| | | | 10 | .28 | .23 | .19 | .27 | .22 | .18 | .25 | .20 | .17 | .22 | .19 | .16 | .20 | .17 | .15 | .14 | .090 | 10 |

Coefficients of Utilization for 20 Per Cent Effective Floor Cavity Reflectance ($pfc = 20$)

**STATEMENT OF IAN LEWIN**

**EXHIBIT F**

**Fig. 9-34.** *Continued*

| Typical Luminaire | Maint. Cat. | SC | RCR | 80-50 | 80-30 | 80-10 | 70-50 | 70-30 | 70-10 | 50-50 | 50-30 | 50-10 | 30-50 | 30-30 | 30-10 | 10-50 | 10-30 | 10-10 | 0 | WDRC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 43 — 4-lamp, 610 mm (2') wide unit with sharp cutoff (high angle—low luminance) flat prismatic lens—see note 7 | V | 1.4/1.3 | 0 | .78 | .78 | .78 | .76 | .76 | .76 | .73 | .73 | .73 | .70 | .70 | .70 | .67 | .67 | .67 | .66 | |
| | | | 1 | .71 | .68 | .66 | .69 | .67 | .65 | .66 | .65 | .63 | .64 | .63 | .61 | .62 | .61 | .60 | .58 | .181 |
| | | | 2 | .63 | .60 | .57 | .62 | .59 | .58 | .60 | .57 | .55 | .58 | .56 | .54 | .56 | .54 | .52 | .51 | .180 |
| | | | 3 | .57 | .52 | .49 | .56 | .52 | .48 | .54 | .51 | .48 | .52 | .49 | .47 | .51 | .48 | .46 | .45 | .173 |
| | | | 4 | .51 | .46 | .43 | .50 | .46 | .43 | .49 | .45 | .42 | .47 | .44 | .41 | .46 | .43 | .41 | .39 | .164 |
| | | | 5 | .46 | .41 | .37 | .46 | .41 | .37 | .44 | .40 | .37 | .43 | .39 | .36 | .42 | .39 | .36 | .35 | .154 |
| | | | 6 | .42 | .37 | .33 | .41 | .37 | .33 | .40 | .36 | .33 | .39 | .35 | .32 | .38 | .35 | .32 | .31 | .145 |
| | | | 7 | .38 | .33 | .29 | .38 | .33 | .29 | .37 | .32 | .29 | .36 | .32 | .29 | .36 | .32 | .29 | .28 | .136 |
| | | | 8 | .35 | .30 | .26 | .35 | .30 | .26 | .34 | .29 | .26 | .33 | .29 | .26 | .32 | .29 | .26 | .25 | .127 |
| | | | 9 | .32 | .27 | .24 | .32 | .27 | .24 | .31 | .27 | .24 | .31 | .27 | .24 | .30 | .26 | .24 | .22 | .120 |
| | | | 10 | .30 | .25 | .22 | .30 | .25 | .22 | .30 | .25 | .22 | .28 | .24 | .22 | .28 | .24 | .21 | .20 | .113 |
| 44 — Bilateral batwing distribution—louvered fluorescent unit | IV | N.A. | 0 | .71 | .71 | .71 | .70 | .70 | .70 | .66 | .66 | .66 | .64 | .64 | .64 | .61 | .61 | .61 | .60 | |
| | | | 1 | .64 | .62 | .60 | .63 | .61 | .60 | .60 | .59 | .58 | .58 | .57 | .56 | .56 | .55 | .54 | .53 | .167 |
| | | | 2 | .57 | .54 | .51 | .56 | .53 | .51 | .54 | .52 | .50 | .52 | .50 | .48 | .51 | .49 | .47 | .46 | .170 |
| | | | 3 | .51 | .47 | .44 | .50 | .46 | .43 | .49 | .45 | .43 | .47 | .44 | .42 | .46 | .43 | .41 | .40 | .165 |
| | | | 4 | .46 | .41 | .38 | .45 | .41 | .37 | .44 | .40 | .37 | .42 | .39 | .36 | .41 | .38 | .36 | .35 | .157 |
| | | | 5 | .41 | .36 | .33 | .40 | .36 | .32 | .39 | .35 | .32 | .38 | .35 | .32 | .37 | .34 | .31 | .30 | .148 |
| | | | 6 | .37 | .32 | .28 | .36 | .32 | .28 | .35 | .31 | .28 | .34 | .31 | .28 | .34 | .30 | .28 | .27 | .139 |
| | | | 7 | .33 | .29 | .25 | .33 | .28 | .25 | .32 | .28 | .25 | .31 | .27 | .25 | .30 | .27 | .24 | .23 | .130 |
| | | | 8 | .30 | .26 | .22 | .30 | .25 | .22 | .29 | .25 | .22 | .28 | .25 | .22 | .28 | .24 | .22 | .21 | .122 |
| | | | 9 | .28 | .23 | .20 | .27 | .23 | .20 | .27 | .23 | .20 | .26 | .22 | .20 | .25 | .22 | .19 | .18 | .115 |
| | | | 10 | .25 | .21 | .18 | .25 | .21 | .18 | .24 | .21 | .18 | .24 | .20 | .18 | .23 | .20 | .18 | .17 | .108 |
| 45 — Bilateral batwing distribution—4-lamp, 610 mm (2') wide fluorescent unit with flat prismatic lens and overlay—see note 7 | V | N.A. | 0 | .57 | .57 | .57 | .56 | .56 | .56 | .53 | .53 | .53 | .51 | .51 | .51 | .49 | .49 | .49 | .48 | |
| | | | 1 | .50 | .48 | .46 | .49 | .47 | .45 | .47 | .45 | .44 | .45 | .43 | .42 | .43 | .42 | .41 | .40 | .204 |
| | | | 2 | .43 | .40 | .37 | .42 | .39 | .36 | .40 | .38 | .35 | .39 | .37 | .35 | .37 | .36 | .34 | .33 | .192 |
| | | | 3 | .37 | .33 | .30 | .37 | .33 | .30 | .35 | .32 | .29 | .34 | .31 | .29 | .33 | .30 | .28 | .27 | .175 |
| | | | 4 | .33 | .28 | .25 | .32 | .28 | .25 | .31 | .27 | .24 | .30 | .27 | .24 | .29 | .26 | .24 | .23 | .159 |
| | | | 5 | .29 | .24 | .21 | .28 | .24 | .21 | .27 | .24 | .21 | .26 | .23 | .20 | .25 | .23 | .20 | .19 | .145 |
| | | | 6 | .26 | .21 | .18 | .25 | .21 | .18 | .25 | .21 | .18 | .24 | .20 | .18 | .23 | .20 | .17 | .16 | .132 |
| | | | 7 | .23 | .19 | .16 | .23 | .18 | .15 | .22 | .18 | .15 | .21 | .18 | .15 | .21 | .17 | .15 | .14 | .122 |
| | | | 8 | .21 | .17 | .14 | .21 | .16 | .14 | .20 | .16 | .13 | .19 | .16 | .13 | .19 | .16 | .13 | .12 | .112 |
| | | | 9 | .19 | .15 | .12 | .19 | .15 | .12 | .18 | .14 | .12 | .18 | .14 | .12 | .17 | .14 | .11 | .11 | .104 |
| | | | 10 | .17 | .13 | .11 | .17 | .13 | .11 | .17 | .13 | .11 | .16 | .13 | .11 | .16 | .13 | .10 | .10 | .096 |
| 46 — Bilateral batwing distribution—one-lamp, surface mounted fluorescent with prismatic wraparound lens | V | N.A. | 0 | .87 | .87 | .87 | .84 | .84 | .84 | .77 | .77 | .77 | .72 | .72 | .72 | .66 | .66 | .66 | .64 | |
| | | | 1 | .75 | .72 | .69 | .72 | .69 | .66 | .67 | .64 | .62 | .62 | .60 | .58 | .57 | .56 | .54 | .52 | .296 |
| | | | 2 | .65 | .60 | .56 | .63 | .58 | .54 | .58 | .54 | .51 | .54 | .51 | .48 | .50 | .47 | .45 | .43 | .261 |
| | | | 3 | .57 | .51 | .46 | .55 | .49 | .45 | .51 | .46 | .42 | .47 | .43 | .40 | .44 | .41 | .38 | .36 | .232 |
| | | | 4 | .50 | .44 | .39 | .48 | .42 | .38 | .45 | .40 | .36 | .42 | .38 | .34 | .39 | .35 | .32 | .30 | .209 |
| | | | 5 | .45 | .38 | .33 | .43 | .37 | .32 | .40 | .35 | .31 | .38 | .33 | .29 | .35 | .31 | .28 | .26 | .189 |
| | | | 6 | .40 | .33 | .28 | .39 | .32 | .28 | .36 | .31 | .27 | .34 | .29 | .25 | .32 | .28 | .24 | .22 | .172 |
| | | | 7 | .36 | .29 | .25 | .35 | .29 | .24 | .32 | .27 | .23 | .30 | .26 | .22 | .28 | .24 | .21 | .19 | .158 |
| | | | 8 | .33 | .26 | .22 | .32 | .26 | .21 | .29 | .24 | .20 | .28 | .23 | .19 | .26 | .22 | .19 | .17 | .146 |
| | | | 9 | .30 | .23 | .19 | .29 | .23 | .19 | .27 | .22 | .18 | .25 | .21 | .17 | .24 | .20 | .17 | .15 | .135 |
| | | | 10 | .27 | .21 | .17 | .26 | .21 | .17 | .25 | .20 | .16 | .23 | .19 | .16 | .22 | .18 | .15 | .13 | .126 |
| 47 — Radial batwing distribution—4-lamp, 610 mm (2') wide fluorescent unit with flat prismatic lens—see note 7 | V | 1.7 | 0 | .71 | .71 | .71 | .69 | .69 | .69 | .66 | .66 | .66 | .63 | .63 | .63 | .61 | .61 | .61 | .60 | |
| | | | 1 | .62 | .59 | .57 | .60 | .58 | .56 | .58 | .56 | .54 | .55 | .54 | .52 | .53 | .52 | .51 | .50 | .251 |
| | | | 2 | .53 | .49 | .46 | .52 | .48 | .45 | .50 | .47 | .44 | .48 | .45 | .43 | .46 | .44 | .42 | .41 | .237 |
| | | | 3 | .46 | .41 | .37 | .45 | .41 | .37 | .44 | .40 | .36 | .42 | .39 | .35 | .40 | .38 | .35 | .34 | .216 |
| | | | 4 | .41 | .35 | .31 | .40 | .35 | .31 | .39 | .34 | .31 | .37 | .33 | .30 | .36 | .32 | .30 | .28 | .196 |
| | | | 5 | .36 | .30 | .26 | .35 | .30 | .26 | .34 | .29 | .26 | .33 | .29 | .25 | .32 | .28 | .25 | .24 | .178 |
| | | | 6 | .32 | .27 | .22 | .32 | .26 | .23 | .31 | .26 | .22 | .29 | .25 | .22 | .29 | .25 | .22 | .21 | .162 |
| | | | 7 | .29 | .24 | .20 | .28 | .23 | .20 | .28 | .23 | .19 | .27 | .22 | .19 | .26 | .22 | .19 | .18 | .149 |
| | | | 8 | .26 | .21 | .17 | .26 | .21 | .17 | .25 | .20 | .17 | .24 | .20 | .17 | .24 | .20 | .17 | .16 | .137 |
| | | | 9 | .24 | .19 | .15 | .24 | .18 | .15 | .23 | .18 | .15 | .22 | .18 | .15 | .22 | .18 | .15 | .14 | .127 |
| | | | 10 | .22 | .17 | .14 | .22 | .17 | .14 | .21 | .16 | .14 | .20 | .16 | .14 | .20 | .16 | .14 | .12 | .118 |
| 48 — 2-lamp fluorescent strip unit | I | 1.6/1.2 | 0 | 1.01 | 1.01 | 1.01 | .96 | .96 | .96 | .87 | .87 | .87 | .79 | .79 | .79 | .72 | .72 | .72 | .68 | |
| | | | 1 | .84 | .79 | .75 | .80 | .76 | .72 | .72 | .69 | .66 | .65 | .63 | .60 | .59 | .57 | .55 | .52 | .414 |
| | | | 2 | .72 | .65 | .59 | .68 | .62 | .57 | .62 | .57 | .52 | .56 | .52 | .48 | .50 | .47 | .44 | .41 | .343 |
| | | | 3 | .62 | .54 | .48 | .59 | .52 | .46 | .53 | .47 | .42 | .48 | .43 | .39 | .43 | .39 | .36 | .33 | .293 |
| | | | 4 | .54 | .46 | .39 | .52 | .44 | .38 | .47 | .40 | .35 | .43 | .37 | .33 | .38 | .34 | .30 | .27 | .255 |
| | | | 5 | .48 | .40 | .33 | .46 | .38 | .32 | .41 | .35 | .30 | .38 | .32 | .28 | .34 | .29 | .26 | .23 | .225 |
| | | | 6 | .43 | .35 | .29 | .41 | .33 | .28 | .37 | .31 | .26 | .34 | .28 | .24 | .30 | .26 | .22 | .20 | .202 |
| | | | 7 | .38 | .30 | .25 | .37 | .29 | .24 | .34 | .27 | .22 | .31 | .25 | .21 | .28 | .23 | .19 | .17 | .182 |
| | | | 8 | .35 | .27 | .22 | .33 | .26 | .21 | .30 | .25 | .20 | .28 | .23 | .19 | .25 | .21 | .17 | .15 | .166 |
| | | | 9 | .32 | .24 | .19 | .30 | .24 | .19 | .28 | .22 | .18 | .26 | .20 | .16 | .23 | .19 | .15 | .13 | .152 |
| | | | 10 | .29 | .22 | .17 | .28 | .21 | .17 | .26 | .20 | .16 | .24 | .18 | .15 | .22 | .17 | .14 | .12 | .140 |

*Coefficients of Utilization for 20 Per Cent Effective Floor Cavity Reflectance ($\rho_{FC} = 20$)*

**STATEMENT OF IAN LEWIN**

**EXHIBIT G**

438          LIGHTING CALCULATIONS

**Fig. 9-34.** Continued

Coefficients of Utilization for 20 Per Cent Effective Floor Cavity Reflectance ($\rho_{FC} = 20$)

**37 — 2-lamp diffuse wraparound—see note 7.** Maint. Cat. V, SC 1.3

| RCR | ρCC 80 / ρW 50 | 30 | 10 | ρCC 70 / 50 | 30 | 10 | ρCC 50 / 50 | 30 | 10 | ρCC 30 / 50 | 30 | 10 | ρCC 10 / 50 | 30 | 10 | ρCC 0 | WDRC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | .52 | .52 | .52 | .50 | .50 | .50 | .46 | .46 | .46 | .43 | .43 | .43 | .39 | .39 | .39 | .38 | |
| 1 | .44 | .42 | .40 | .42 | .40 | .39 | .39 | .37 | .36 | .36 | .35 | .33 | .33 | .32 | .31 | .30 | .201 |
| 2 | .38 | .35 | .32 | .37 | .33 | .31 | .34 | .31 | .29 | .31 | .29 | .27 | .28 | .27 | .25 | .20 | .171 |
| 3 | .33 | .29 | .26 | .32 | .28 | .25 | .29 | .26 | .24 | .27 | .25 | .22 | .25 | .23 | .21 | .20 | .149 |
| 4 | .28 | .24 | .21 | .28 | .24 | .21 | .26 | .23 | .20 | .24 | .21 | .19 | .22 | .20 | .18 | .17 | .132 |
| 5 | .26 | .22 | .19 | .25 | .21 | .18 | .23 | .20 | .17 | .21 | .18 | .16 | .20 | .17 | .15 | .14 | .117 |
| 6 | .23 | .19 | .16 | .22 | .18 | .16 | .21 | .17 | .15 | .19 | .16 | .14 | .18 | .15 | .13 | .12 | .106 |
| 7 | .21 | .17 | .14 | .20 | .16 | .14 | .19 | .15 | .13 | .17 | .15 | .12 | .16 | .14 | .12 | .11 | .096 |
| 8 | .19 | .15 | .12 | .18 | .15 | .12 | .17 | .14 | .11 | .15 | .13 | .11 | .15 | .12 | .10 | .10 | .088 |
| 9 | .17 | .14 | .11 | .17 | .13 | .11 | .16 | .13 | .10 | .15 | .12 | .10 | .14 | .11 | .09 | .09 | .081 |
| 10 | .16 | .12 | .10 | .15 | .12 | .10 | .14 | .11 | .09 | .14 | .11 | .09 | .13 | .10 | .08 | .08 | .075 |

**38 — 4-lamp, 610 mm (2') wide troffer with 45° plastic louver—see note 7.** Maint. Cat. IV, SC 1.0

| RCR | 80/50 | 30 | 10 | 70/50 | 30 | 10 | 50/50 | 30 | 10 | 30/50 | 30 | 10 | 10/50 | 30 | 10 | 0 | WDRC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | .60 | .60 | .60 | .58 | .58 | .58 | .56 | .56 | .56 | .53 | .53 | .53 | .51 | .51 | .51 | .50 | |
| 1 | .53 | .51 | .49 | .52 | .50 | .49 | .50 | .48 | .47 | .48 | .47 | .46 | .46 | .45 | .44 | .43 | .168 |
| 2 | .47 | .44 | .42 | .46 | .43 | .41 | .44 | .42 | .40 | .43 | .41 | .39 | .41 | .40 | .38 | .37 | .159 |
| 3 | .42 | .38 | .36 | .41 | .38 | .35 | .40 | .37 | .35 | .39 | .36 | .34 | .37 | .35 | .34 | .32 | .148 |
| 4 | .38 | .34 | .31 | .37 | .34 | .31 | .36 | .33 | .31 | .35 | .32 | .30 | .34 | .32 | .30 | .29 | .135 |
| 5 | .34 | .30 | .27 | .34 | .30 | .27 | .33 | .29 | .27 | .32 | .29 | .26 | .31 | .28 | .26 | .25 | .124 |
| 6 | .31 | .27 | .24 | .31 | .27 | .24 | .30 | .27 | .24 | .29 | .26 | .24 | .28 | .26 | .23 | .23 | .114 |
| 7 | .29 | .25 | .22 | .28 | .24 | .22 | .28 | .24 | .22 | .27 | .24 | .21 | .26 | .23 | .21 | .20 | .106 |
| 8 | .26 | .22 | .20 | .26 | .22 | .20 | .25 | .22 | .20 | .25 | .22 | .20 | .24 | .21 | .19 | .19 | .099 |
| 9 | .24 | .21 | .18 | .24 | .21 | .18 | .24 | .20 | .18 | .23 | .20 | .18 | .23 | .20 | .18 | .17 | .092 |
| 10 | .23 | .19 | .17 | .22 | .19 | .17 | .22 | .19 | .16 | .22 | .19 | .16 | .21 | .18 | .16 | .16 | .086 |

**39 — 4-lamp, 610 mm (2') wide troffer with 45° white metal louver—see note 7.** Maint. Cat. IV, SC 0.9

| RCR | 80/50 | 30 | 10 | 70/50 | 30 | 10 | 50/50 | 30 | 10 | 30/50 | 30 | 10 | 10/50 | 30 | 10 | 0 | WDRC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | .55 | .55 | .55 | .54 | .54 | .54 | .51 | .51 | .51 | .49 | .49 | .49 | .47 | .47 | .47 | .46 | |
| 1 | .49 | .48 | .46 | .48 | .47 | .46 | .46 | .45 | .44 | .43 | .42 | .42 | .43 | .42 | .41 | .40 | .137 |
| 2 | .44 | .42 | .40 | .43 | .41 | .39 | .42 | .40 | .38 | .40 | .39 | .37 | .39 | .38 | .36 | .33 | .131 |
| 3 | .40 | .37 | .34 | .39 | .36 | .34 | .38 | .36 | .33 | .37 | .35 | .33 | .36 | .34 | .32 | .32 | .122 |
| 4 | .36 | .33 | .30 | .36 | .33 | .30 | .35 | .32 | .30 | .34 | .32 | .30 | .33 | .31 | .29 | .28 | .113 |
| 5 | .33 | .30 | .27 | .33 | .30 | .27 | .32 | .29 | .27 | .31 | .28 | .26 | .30 | .28 | .26 | .25 | .104 |
| 6 | .30 | .27 | .24 | .30 | .27 | .24 | .29 | .26 | .24 | .28 | .26 | .24 | .28 | .25 | .23 | .23 | .097 |
| 7 | .28 | .25 | .22 | .28 | .24 | .22 | .27 | .24 | .22 | .26 | .24 | .22 | .26 | .24 | .21 | .21 | .090 |
| 8 | .26 | .23 | .20 | .26 | .22 | .20 | .25 | .22 | .20 | .25 | .22 | .20 | .24 | .22 | .20 | .19 | .085 |
| 9 | .24 | .21 | .19 | .24 | .21 | .19 | .24 | .21 | .18 | .23 | .21 | .18 | .23 | .20 | .18 | .18 | .079 |
| 10 | .23 | .19 | .17 | .22 | .19 | .17 | .22 | .19 | .17 | .22 | .19 | .17 | .21 | .18 | .16 | .16 | .075 |

**40 — Fluorescent unit dropped diffuser, 4-lamp 610 mm (2') wide—see note 7.** Maint. Cat. V, SC 1.2

| RCR | 80/50 | 30 | 10 | 70/50 | 30 | 10 | 50/50 | 30 | 10 | 30/50 | 30 | 10 | 10/50 | 30 | 10 | 0 | WDRC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | .73 | .73 | .73 | .71 | .71 | .71 | .68 | .68 | .68 | .65 | .65 | .65 | .62 | .62 | .62 | .60 | |
| 1 | .63 | .60 | .58 | .62 | .59 | .57 | .59 | .57 | .55 | .56 | .55 | .53 | .54 | .53 | .51 | .50 | .259 |
| 2 | .55 | .51 | .47 | .54 | .50 | .46 | .51 | .48 | .45 | .49 | .46 | .44 | .47 | .45 | .43 | .42 | .236 |
| 3 | .48 | .43 | .39 | .47 | .42 | .39 | .45 | .41 | .38 | .43 | .40 | .37 | .42 | .39 | .36 | .35 | .212 |
| 4 | .43 | .37 | .33 | .42 | .37 | .33 | .40 | .36 | .32 | .39 | .35 | .32 | .37 | .34 | .31 | .30 | .191 |
| 5 | .38 | .33 | .29 | .37 | .32 | .28 | .36 | .31 | .28 | .35 | .31 | .28 | .33 | .30 | .27 | .26 | .173 |
| 6 | .34 | .29 | .25 | .34 | .29 | .25 | .33 | .28 | .24 | .31 | .27 | .24 | .30 | .27 | .24 | .23 | .158 |
| 7 | .31 | .26 | .22 | .31 | .26 | .22 | .30 | .25 | .22 | .29 | .25 | .21 | .28 | .24 | .21 | .20 | .144 |
| 8 | .28 | .23 | .20 | .28 | .23 | .20 | .27 | .23 | .19 | .26 | .22 | .19 | .25 | .22 | .19 | .18 | .133 |
| 9 | .26 | .21 | .18 | .26 | .21 | .18 | .25 | .21 | .17 | .24 | .20 | .17 | .24 | .20 | .17 | .16 | .123 |
| 10 | .24 | .19 | .16 | .24 | .19 | .16 | .23 | .19 | .16 | .23 | .19 | .16 | .22 | .18 | .15 | .15 | .115 |

**41 — Fluorescent unit with flat bottom diffuser, 4-lamp 610 mm (2') wide—see note 7.** Maint. Cat. V, SC 1.2

| RCR | 80/50 | 30 | 10 | 70/50 | 30 | 10 | 50/50 | 30 | 10 | 30/50 | 30 | 10 | 10/50 | 30 | 10 | 0 | WDRC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | .69 | .69 | .69 | .67 | .67 | .67 | .64 | .64 | .64 | .61 | .61 | .61 | .59 | .59 | .59 | .58 | |
| 1 | .60 | .58 | .55 | .59 | .57 | .55 | .56 | .55 | .53 | .54 | .53 | .51 | .52 | .51 | .50 | .49 | .227 |
| 2 | .52 | .49 | .45 | .51 | .48 | .45 | .49 | .46 | .44 | .47 | .45 | .43 | .46 | .44 | .42 | .40 | .214 |
| 3 | .46 | .41 | .38 | .45 | .41 | .37 | .44 | .40 | .37 | .42 | .39 | .36 | .40 | .38 | .35 | .34 | .196 |
| 4 | .41 | .36 | .32 | .40 | .35 | .32 | .39 | .35 | .32 | .37 | .34 | .31 | .36 | .33 | .30 | .29 | .178 |
| 5 | .36 | .31 | .28 | .36 | .31 | .27 | .35 | .30 | .27 | .33 | .29 | .27 | .32 | .29 | .26 | .25 | .162 |
| 6 | .33 | .28 | .24 | .32 | .27 | .24 | .31 | .27 | .24 | .30 | .26 | .23 | .29 | .26 | .23 | .22 | .148 |
| 7 | .30 | .25 | .21 | .29 | .25 | .21 | .28 | .24 | .21 | .27 | .23 | .21 | .27 | .23 | .20 | .19 | .136 |
| 8 | .27 | .22 | .19 | .27 | .22 | .19 | .26 | .22 | .19 | .25 | .21 | .19 | .25 | .21 | .18 | .18 | .126 |
| 9 | .25 | .20 | .17 | .24 | .20 | .17 | .24 | .20 | .17 | .23 | .20 | .17 | .23 | .19 | .16 | .16 | .116 |
| 10 | .23 | .18 | .15 | .23 | .18 | .15 | .22 | .18 | .15 | .22 | .18 | .15 | .21 | .18 | .14 | .14 | .108 |

**42 — Fluorescent unit with flat prismatic lens, 4-lamp 610 mm (2') wide—see note 7.** Maint. Cat. V, SC 1.4/1.2

| RCR | 80/50 | 30 | 10 | 70/50 | 30 | 10 | 50/50 | 30 | 10 | 30/50 | 30 | 10 | 10/50 | 30 | 10 | 0 | WDRC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | .75 | .75 | .75 | .73 | .73 | .73 | .70 | .70 | .70 | .67 | .67 | .67 | .64 | .64 | .64 | .63 | |
| 1 | .67 | .64 | .62 | .65 | .63 | .61 | .63 | .61 | .59 | .60 | .59 | .58 | .58 | .57 | .56 | .55 | .208 |
| 2 | .59 | .56 | .52 | .58 | .55 | .52 | .56 | .53 | .51 | .54 | .52 | .50 | .52 | .50 | .48 | .47 | .199 |
| 3 | .53 | .48 | .45 | .52 | .48 | .44 | .50 | .46 | .43 | .49 | .45 | .43 | .47 | .44 | .42 | .41 | .186 |
| 4 | .47 | .42 | .38 | .46 | .42 | .38 | .45 | .41 | .38 | .44 | .40 | .37 | .42 | .39 | .37 | .35 | .172 |
| 5 | .42 | .37 | .34 | .42 | .37 | .33 | .41 | .36 | .33 | .39 | .36 | .33 | .38 | .35 | .31 | .30 | .160 |
| 6 | .38 | .33 | .30 | .38 | .33 | .30 | .37 | .32 | .29 | .36 | .32 | .29 | .35 | .31 | .29 | .27 | .148 |
| 7 | .35 | .30 | .26 | .35 | .30 | .26 | .34 | .29 | .26 | .33 | .29 | .26 | .32 | .28 | .26 | .24 | .138 |
| 8 | .32 | .27 | .24 | .32 | .27 | .23 | .31 | .26 | .23 | .30 | .26 | .23 | .29 | .26 | .23 | .22 | .128 |
| 9 | .30 | .25 | .21 | .29 | .25 | .21 | .28 | .24 | .21 | .28 | .24 | .21 | .27 | .24 | .20 | .20 | .120 |
| 10 | .27 | .22 | .19 | .27 | .22 | .19 | .26 | .22 | .19 | .26 | .22 | .19 | .25 | .22 | .19 | .18 | .113 |

**STATEMENT OF IAN LEWIN**

**EXHIBIT H**

constructed that the housing forms the reflecting surface. The assembly is enclosed by a cover glass.

**germicidal effectiveness†**  See *bactericidal (germicidal) effectiveness.*

**germicidal efficiency of radiant flux†**  See *bactericidal (germicidal) efficiency of radiant flux.*

**germicidal exposure†**  See *bactericidal (germicidal) exposure.*

**germicidal flux and flux density†**  See *bactericidal (germicidal) flux* and *bactericidal (germicidal) flux density.*

**germicidal lamp**  a low-pressure mercury lamp in which the envelope has high transmittance for 254-nm radiation. See *bactericidal lamp.*

**glare**  the sensation produced by luminances within the visual field that are sufficiently greater than the luminance to which the eyes are adapted, which causes annoyance, discomfort, or loss in visual performance and visibility. See *blinding glare, direct glare, disability glare,* and *discomfort glare.*
Note  The magnitude of the sensation of glare depends on such factors as the size, position, and luminance of a source; the number of sources; and the luminance to which the eyes are adapted.

**globe**  a transparent or diffusing enclosure intended to protect a lamp, to diffuse and redirect its light, or to change the color of the light.

**glossometer**  an instrument for measuring gloss as a function of the directionally selective reflecting properties of a material in angles near to and including the direction giving specular reflection.

**glow discharge**  an electric discharge characterized by a low, approximately constant current density at the cathode (on the order of $10 \, \mu A/mm^2$) at low cathode temperature and a high voltage drop (typically 50 V or more). Secondary emission from the cathode is much greater than the thermionic emission.
Note  A distinction is made between the normal cathode drop (potential difference due to space charge near the cathode) that occurs when the glow does not cover the cathode completely (with constant current density) and that is independent of the discharge current, and the abnormal cathode drop that occurs when the glow covers the cathode completely (with increased current density) and that depends on the discharge current.

**glow factor**  a measure of the visible light response of a fluorescent material to black light. It is equal to $\pi$ times the luminance in $cd/m^2$ produced on the material divided by the incident black-light flux density in $mW/m^2$. It can be measured in lm/mW.

**glow lamp**  an electric-discharge lamp whose mode of operation is that of a glow discharge and in which light is generated in the space close to the electrodes.

**goniophotometer**  a photometer for measuring the directional light distribution characteristics of sources, luminaires, media, and surfaces.

**graybody**  a temperature radiator whose spectral emissivity is less than unity and the same at all wavelengths.

**ground-area open floodlight (O)**  a unit providing a weatherproof enclosure for the lamp socket and housing. No cover glass is required.

**ground-area open floodlight with reflector insert (OI)**  a weatherproof unit so constructed that the housing forms only part of the reflecting surface. An auxiliary reflector is used to modify the distribution of light. No cover glass is required.

**ground light**  visible radiation from the sun and sky reflected by surfaces below the plane of the horizon.

**group flashing light**  a flashing light in which the flashes are combined in groups, each including the same number of flashes, and in which the groups are repeated at regular intervals. The duration of each flash is clearly less than the duration of the dark periods between flashes, and the duration of the dark periods between flashes is clearly less than the duration of the dark periods between groups.

# H

**hard light**  light that causes an object to cast a sharply defined shadow.

**hazard or obstruction beacon**  an aeronautical beacon used to designate a danger to air navigation.

**hazardous location**  an area where ignitable vapors or dust can cause a fire or explosion created by energy emitted from lighting or other electrical equipment or by electrostatic generation.

**headlamp**  a major lighting device mounted on a vehicle and used to provide illumination ahead of it. Also called a *headlight.* See *multiple-beam headlamp* and *sealed-beam headlamp.*

**headlight†**  an alternative term for headlamp.

**heat extraction thermal factor**  the fractional lumen loss or gain due to passage of room air being returned to the plenum through the lamp compartment of the luminaire.

**heavy-duty floodlight (HD)**  a weatherproof unit having a substantially constructed metal housing into which is placed a separate and removable reflector. A weatherproof hinged door with cover glass encloses the assembly but provides an unobstructed light opening at least equal to the effective diameter of the reflector.

**hemispherical-conical reflectance, $\rho(2\pi; \omega_r)$**  the ratio of reflected flux collected over a conical solid angle to the incident flux from the entire hemisphere.
Note  The direction and extent of the cone must be specified.



Hemispherical          Conical
Incident               Collected

**DEFENDANT'S MARKMAN STATEMENT**

**EXHIBIT 3**

# Webster's
# Third
# New International
# Dictionary

## OF THE ENGLISH LANGUAGE
## UNABRIDGED

*A Merriam Webster*

*Utilizing all the xperience and esou    of mor   han
one hund ed y ars of Merriam Wei ter® di   onaries*

H L:   A COCK GOV    D



M  RR  AM W  B T  R  NC  P  l h

IN



**A GENUINE MERRIAM-WEBSTER**

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*A Merriam-Webster®* is the registered trademark you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

COPYRIGHT © 1986 BY MERRIAM-WEBSTER INC.

PHILIPPINES COPYRIGHT 1986 BY MERRIAM-WEBSTER INC.

WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY
PRINCIPAL COPYRIGHT 1961

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's third new international dictionary of
the English language, unabridged.

Includes index.
1. English language—Dictionaries. I. Gove,
Philip Babcock, 1902–1972. II. Merriam-Webster Inc.
PE1625.W36    1986    423    85-31018
ISBN 0-87779-201-1 (blue Sturdite)
ISBN 0-87779-206-2 (imperial buckram)

*All rights reserved. No part of this work covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, recording, taping, or information storage and retrieval systems—without written permission of the publisher.*

MADE IN THE UNITED STATES OF AMERICA
44AG/KP91

beard on the human face ⟨a slender lad with just a trace of ~ on his cheeks⟩; *also* : fine soft hair elsewhere on the body ⟨tanned arms lightly covered with a silvery ~⟩ **b** : the pubescence of a plant ⟨wipe the ~ off the peaches⟩; *also* : a soft tuft (as a coma or pappus) on some plant part **c** : soft fur fiber usu. from the undercoat of an animal **d** : a fine powdery coating or surface ⟨a ~ of crystals⟩ — **in the down** *of a young bird* : covered with down

**⁴down** \"\ *vt* -ED/-ING/-S : to cover, ornament, line, or stuff with down : make downy ⟨a mouse ~*ed* in its winter coat —Herbert Gold⟩

**⁵down** \"\ *adj, usu cap* [fr. *Down*, county of Northern Ireland] : of or from County Down, Northern Ireland : of the kind or style prevalent in County Down

**dow·na** \'daùnə\ [¹dow + na] *chiefly Scot* : CANNOT

**down-along** \'=,=\ *adv, dial* : down the length of something (as a coast or road) : to or at a point in the distance

**¹down-and-out** \'=,=\ *adj* [⁴down + and + out, adj.] **1** : so weakened, disabled, or incapacitated as to be ineffective : broken in health **2** : suffering irrecoverably from financial losses or deficiencies **3** *of a boxer* : so broken down by past beatings as to be incompetent as a pugilist

**²down-and-out** \"\ *n* -S [¹down-and-out] **1** *also* **down-and-out·er** \-ə(r)\ [down-and-outer fr. ¹down-and-out + -er] : a person who is down-and-out **2** : the play or discard in bridge of a high card of a nontrump suit followed by a lower card of the same suit to indicate ability to trump if a third round of the suit is led

**down-at-heel** \'=,=\ *or* **down-at-the-heel** \'=,=\ *also* **down-at-heels** \'=,=\ *or* **down-at-the-heels** \'=,=\ *adj* : marked by a slovenly slipshod condition or having a threadbare faded appearance : SHABBY ⟨loneliness gnawed at the lives of all the guests in . . . a *down-at-the-heel* private hotel in an English seaside town —Pamela Taylor⟩ ⟨occurred to him that he was *down-at-heel*, dingy —Martha Gellhorn⟩ ⟨should have to pass the hat round or try (dressed like a *down-at-heels* corner boy) to get some sort of job —Nicholas Monsarrat⟩

**downbear** \(')=;=\ *vt* [ME *dounberen*, fr. *doun* down + *beren* to bear, carry — more at DOWN, BEAR] *archaic* : to bear down : DEPRESS : press upon

**¹downbeat** \'=,=\ *n* **1** : the downstroke of the conductor indicating the first stressed beat of a musical composition; *also* : any first beat : THESIS **2** : an ictus or arsis : STRESS **3** : a decline in activity or prosperity : depressed condition

**²downbeat** \"\ *adj* : PESSIMISTIC, GLOOMY, UNHAPPY ⟨a movie with a ~ ending⟩

**down-beater** \'=,==\ *n* [⁴down + beater] : a rotating device used on a combine to beat down the moving grain and help to feed it uniformly to the cylinder

**downbend** \'=,=\ *n* : a depression (as in the bed of the sea) due to downward bending of the earth's crust

**downbent** \'=,=\ *adj* : bowed or drawn downward ⟨~ trees marked the path of the storm⟩ ⟨a tired ~ old man⟩

**downbound** \'=,=\ *adj* : heading or leading in any direction that is conventionally down ⟨a ~ channel⟩ ⟨~ traffic⟩

**down-bow** \'=,bō\ *n* : a stroke in playing a bowed instrument (as a violin) from the heel toward the point of the bow — contrasted with *up-bow*; symbol ∧ or ⊓

**downbuckle** \'=,==\ *n* : a generally long and relatively narrow portion of the earth's crust that has been bent sharply downward — **downbuckling** \'=,==\ *n*

**down-budding** \'=,==\ *n* : a method of budding in which the scion is inserted in an inverted position

**downbye** *also* **downby** \(')dün'bī\ *adv* [⁴down + by, adv.] *Scot* : down that way : down below

**down calver** *n* [⁴down + calve + -er] *Brit* : a down-calving cow

**down-calving** \'=,==\ *adj* [⁴down + calving, fr. pres. part. of *calve*] *Brit* : nearly ready to calve

**down card** \'=,=\ *n* **1** : a card dealt face down in any card game in which certain other cards are dealt face up **2** : a card that is part of a player's hand but is left face down on the table while other of his cards are exposed **3** : HOLE CARD

**¹downcast** \(')=;=\ *vt* [ME *douncasten*, fr. *doun* down + *casten* to cast — more at DOWN, CAST] *archaic* : OVERTHROW, DEMOLISH; *also* : DEJECT

**²downcast** \'=,=\ *n* [ME *douncast*, fr. *douncasten*, v.] **1** : a casting down : OVERTHROW **2** : a downcast or melancholy glance or appearance **3** : a ventilating shaft down which fresh air passes in circulating (as through a mine or the hold of a ship); *also* : the current of air through the shaft

**³downcast** \'=,=\ *adj* [fr. past part. of ¹downcast] **1** : low in spirit : DEPRESSED, DISPIRITED, DEJECTED **2** *of looks* : cast downward : directed to the ground (as from bashfulness, modesty, dejection, or guilt) **3** : having a downward draft ⟨a ~ mine shaft⟩

**syn** DISPIRITED, DEJECTED, DEPRESSED, DISCONSOLATE, WOEBEGONE: DOWNCAST suggests utter lack of cheer, confidence, and hope, perhaps accompanied by shame, chagrin, or bashfulness ⟨their smiling faces became *downcast*, their eyes held a look of furtiveness and uneasiness —Francis Birtles⟩ DISPIRITED indicates low-spiritedness and discouragement, usu. after failure or disappointment ⟨they could make no impression, and fell back at daybreak beaten and *dispirited* —J.A.Froude⟩ ⟨a fragile, *dispirited* gentlewoman who appeared to find everything in the world immeasurably sad and who spoke mostly in the past tense —Jean Stafford⟩ DEJECTED may imply more utter lowering of spirits and remarkable loss of hope, courage, and strength ⟨timorous and *dejected*, apprehending themselves to be haunted and possessed with vengeful spirits —William Bartram⟩ DEPRESSED implies a sinking under heavy burdens, often economic ones; it may describe chronic underprivilege or indicate psychological incapacity for hope, gladness, or even purposive activity ⟨the *depressed* populations of the ghettos of the Middle East and North Africa —John Hersey⟩ ⟨*depressed* by his failures and contemplating suicide⟩ ⟨*depressed* and stolid after the manic phase⟩ DISCONSOLATE describes one so utterly dispirited that he cannot be consoled, comforted, or encouraged ⟨the Jews sat *disconsolate* on the poop; they complained much of the cold they had suffered —George Borrow⟩ ⟨the *disconsolate* frown of a hunter who has seen nothing but warblers all day —James Thurber⟩ WOEBEGONE describes the appearance of dejection and defeat, sometimes lugubrious ⟨officers, seamen, and prisoners alike, we were as gaunt and *woebegone* a crowd as had ever been cast ashore from a shipwrecked vessel —C.B.Nordhoff & J.N.Hall⟩

**down-cast-ness** *n* -ES : the quality or state of being downcast

**down-come** \'daùn,kəm\ *n* -S [ME (Sc) *downcome*, fr. ME *doun* down + *come* action of coming, alter. (influenced by *comen* to come) of *kime*, fr. OE *cyme*, fr. *cuman* to come — more at DOWN, COME] **1** *archaic* : a coming down : DESCENT : sudden fall : DOWNFALL : OVERTHROW **2** : DOWNCOMER a

**downcomer** \'=,==\ *n* [⁴down + comer] : a pipe to conduct something downward: as **a** : a pipe for leading the hot gases from the top of a blast furnace downward to the dust collectors and flue system — see BLAST FURNACE illustration **b** : a tube larger in diameter than the water tubes in some watertube boilers to conduct water from each top drum to a bottom drum under the influence of thermal circulation

**downcountry** \'=;==\ *adv (or adj)* [⁴down + country] : in, toward, or of the seaboard or peripheral regions of an area

**downcourt** \'=;=\ *adv (or adj)* : in or into the direction of the goal (as in basketball)

**downcry** \(')=;=\ *vt* : to cry down : DISPARAGE

**downcurved** \'=,=\ *adj* : curved downward esp. at the end — used of projecting parts ⟨the long ~ bill of the curlew⟩

**downcut** \(')=;=\ *vb* : to cut down or downward by or as if by erosion — used chiefly as a present participle and esp. in distinguishing between downward and lateral stream erosion

**downdale** \'=;=\ *adv* : DOWNHILL

**downdraft** \'=,=\ *n* -S *often attrib* : a downward current of air or other gas (as in a mine shaft, kiln, or carburetor or during a thunderstorm)

**down east** \(')=;=\ *adv (or adj), often cap D&E* : in or into the northeast coastal section of the U.S. and parts of the Maritime Provinces of Canada; *specif* : in or into coastal Maine

**down east·er** \daù'nēstə(r)\ *n, often cap D&E* **1** : one born or living down east **2** : a ship built down east; *esp* : a sailing ship from Maine

**downed** *past of* DOWN

**down·er** \'daùnə(r)\ *n* -S [⁴down & ⁴down + -er] : one that downs or that takes, brings, gets, or puts down; *esp* : a weak, sick, or crippled animal in a shipping load that is down and unable to rise

**downface** \(')=;=\ *vt* [⁴down + face, v.] : CONTRADICT

**down-faced** \'=;=\ *adj* : having a continuous slope from forehead top to end of muzzle or bill with little or no stop — used of domestic mammals and birds; compare DISH-FACED

**downfall** \'=,=\ *n* -S [ME *dounfal*, fr. *doun* down + *fal* fall — more at DOWN, FALL (noun)] **1 a** : a sudden fall from high estate, power, reputation, or happiness : DESTRUCTION, RUIN ⟨the ~ of the government⟩ **b** : a fall (as of snow or rain) esp. when sudden or heavy : DESCENT **2 a** *archaic* : a precipitous descent : ABYSS **b** : a trap having some device that falls and imprisons or injures the prey when the trap is sprung — compare DEADFALL **c** : something that causes a downfall (as of a person) ⟨drink was his ~⟩

**downfallen** \'=;==\ *adj* [⁴down + fallen] : FALLEN, RUINED

**downfalling** \'=,==\ *adj* [⁴down + falling, adj.] *archaic* : falling down : DECAYING

**downfaulted** \'=,==\ *adj* [⁴down + faulted, fr. past part. of *fault*] *of a geological formation* : lowered by faulting

**downfield** \'=;=\ *adv (or adj)* [⁴down + field] : in or into the part of a football field beyond the line of scrimmage toward the opposing team's goal ⟨a play should be planned to allow the ends to get ~ if needed⟩ ⟨effective ~ blocking⟩

**downflow** \'=,=\ *n* : a downward flow or something that flows down; *esp* : a downward flowing current of air

**downflowing** \'=,==\ *adj* : running or cascading down

**downfold** \'=,=\ *n* : SYNCLINE — **downfolded** \'=;==\ *adj*

**down-gone** \'daùn,gón *also* -gän\ *adj* [prob. alter. (influenced by ¹down and gone, past part. of go) of ¹doggone] *dial* : in poor condition : DISTRESSED; *often* : DARNED, DOGGONE

**¹downgrade** \'=,=\ *n* [⁴down + grade, n.] **1** : a downward grade (as of a road) **2** : a descent toward an inferior state : DETERIORATION — used esp. in the phrase *on the downgrade*

**²downgrade** \'=;=\ *adv (or adj)* : DOWNHILL ⟨the road dips ~⟩ ⟨the crossing where the ~ freights hit so many buggies and teams —Wright Morris⟩

**³downgrade** \(')=;=\ *vt* [⁴down + grade, v.] **1** : to minimize or depreciate in grade ⟨the folly of *downgrading* Soviet technology⟩ ⟨those countries preparing to ~ their commitments to NATO⟩ **2 a** : to lower the market class of (as grain or produce) esp. because of impurities or defects ⟨several carlots of wheat were *downgraded* for excessive cockle⟩ **b** : to alter the status of (a workman or his job) so as to lower the rate of pay ⟨older workers may often be kept employed by *downgrading* them to jobs that they are still able to handle⟩ ⟨any major shift in production or methods is likely to require extensive *downgrading* of jobs⟩ **3** : to assign (as a document) to a less restricted classification of security

**downgrowth** \'=,=\ *n* : the growing downward of a structure; *also* : the product of such growth

**down-gyved** *adj* [⁴down + gyved, fr. past part. of *gyve*] *obs* : hanging down like gyves

**downhand** \'=,=\ *adj* [prob. fr. ⁴down + hand, n.] *of welding* : performed from the upper side of the joint with the face of the weld approximately horizontal

**downhaul** \'=,=\ *n* [⁴down + haul, v.] : a rope or line for hauling down or holding down a sail or spar ⟨a staysail ~⟩

**downhearted** \'=;==\ *adj* : DEJECTED — **down·heart·ed·ly** \(')=;===\ *adv*

**down·heart·ed·ness** *n* -ES : the quality or state of being downhearted

**¹downhill** \'=,=\ *n* [⁴down + hill] **1 a** *archaic* : the slope toward the bottom of a hill : DECLIVITY, DESCENT **b** : a descending gradient (as in circumstances or human existence) ⟨the tragic ~s that bring many promising careers to an end⟩ **2** [³downhill] : a competitive ski event consisting of skiing down a trail against time

**²downhill** \'=;=\ *adv* [⁴down + hill] **1** : toward the bottom of a hill ⟨traveling ~ we really got up speed⟩ **2** : toward a lower, poorer, or inferior state or level — used esp. in the phrase *go downhill* ⟨the town has gone ~ since the mill closed⟩ ⟨after he retired he went ~ very rapidly⟩

**³downhill** \'=,=\ *adj* [²downhill] **1** : sloping downhill **2** [¹downhill 2] : of, relating to, or designed for use in skiing downhill ⟨a leading ~ contestant⟩ ⟨attractive ~ trousers⟩

**downhill turn** *n* : any skiing turn down the slope from a traverse run

**downhold** \'=,=\ *n* : an act of minimizing (as of expenses) ⟨a stringent ~ on cable tolls⟩

**down-house** \'=;=\ *adv* [⁴down + house] *dial Brit* : DOWNSTAIRS

**downier** *comparative of* DOWNY

**downiest** *superlative of* DOWNY

**down·i·ly** \'daùn³lē, -nəlē\ *adv* : in a downy manner : ARTFULLY

**down·i·ness** \'daùnēnəs, -ünin-\ *n* -ES : the quality or state of being downy

**downing** *pres part of* DOWN

**dow·nin·gia** \daù'nin(g)ēə\ *n, cap* [NL, fr. Andrew J. *Downing* †1852 Am. horticulturist + NL -*ia*] : a small genus of annual dwarf American herbs (family Lobeliaceae) with alternate leaves and showy sessile flowers having an unsplit corolla tube

**down-in-the-mouth** \'===;=\ *adj* : DEPRESSED, DOLOROUS

**down-land** \'=,land\ *n* : ¹DOWN 2

**down-lead** \'=,lēd\ *n* : a radio lead-in

**down-less** \'=lės\ *adj* : having or growing no down ⟨a ~ chick⟩

**downlight** \'=,=\ *n* : a small spotlight set in the ceiling and directed downward

**downline** \'=;=\ *adv* [⁴down + line, n.] : down the railway line

**down lock** *n* : a device in an airplane that locks the landing gear in the down position after it has been lowered

**down-looked** \'=,lükt\ *adj* [⁴down + look, n. + -ed] *archaic* : downcast in countenance as or as if from guilt : SHEEPISH

**downlying** \'=,==\ *n* -S [⁴down + lying, fr. gerund of *lie*] **1** *now dial Eng* : the time or act of going to bed : time of repose **2** *also* **down-lig·ging** \'=,ligin, -gin\ [*downligging* fr. ⁴down + *ligging*, fr. gerund of *lig*] *chiefly Scot* : LYING-IN

**down milling** *n* [⁴down + milling] : CLIMB MILLING

**down-most** \'=,mōst, *sometimes chiefly Brit* -,məst\ *adv (or adj)* : farthest down

**down-ness** \'daùnnəs\ *n* -ES : the state or condition of being down

**downpipe** \'=,=\ *n, Brit* : DOWNSPOUT

**downpour** \'=,=\ *n* : a pouring or streaming downward (as of sunlight); *esp* : a heavy drenching

**¹downright** \'=,=\ *adv (or adj)* [ME *dounright*, fr. *doun* down + *right*, adv. — more at DOWN] **1** *archaic* : straight down : in a perpendicular course **2** : OUT-AND-OUT, PLAIN, OUTRIGHT ⟨I was ~ ashamed of our party⟩ ⟨a ~ liar⟩; *sometimes* : VERY : to the utmost degree ⟨the sunset was ~ lovely⟩ **3** : without ceremony : with plain blunt honesty : FORTHRIGHT ⟨a ~ answer⟩ ⟨so ~ a moralist⟩ ⟨he was kind but ~⟩ ⟨went ~ to his task⟩ — **down-right-ness** \'=;=nəs\ *n*

**²downright** \"\ *n* : an inferior short-staple wool — usu. used in pl.

**down-right-ly** \'=,rīt-lē, -li\ *adv* [¹downright + -ly] : in a straightforward or forthright manner : without hesitation

**downriver** \'=;==\ *adv (or adj)* [⁴down + river] : from, toward, or at a point near the mouth of a river ⟨drifted ~ on a raft⟩ ⟨important ~ markets⟩

**downs** *pl of* DOWN, *pres 3d sing of* DOWN

**down-set** \'dün,set\ *n* [⁴down + set, v.] *Scot* : a provision of money or an establishment; *specif* : MARRIAGE SETTLEMENT

**down-sexed** \'daùn,sekst\ *adj* [⁴down + sexed] : having sex appeal minimized ⟨*down-sexed* illustrations⟩

**¹downshift** \'=,=\ *vi* [⁴down + shift, v.] : to shift an automotive vehicle into a lower gear ⟨~ into low or second gear⟩

**²downshift** \"\ *n* : a shift into a lower automotive gear

**downside** \'=,=\ *n* **1** : the under or lower side ⟨a gaily tilted hat with a decorative clasp on the ~⟩ **2** : a trend downward (as of prices) — used chiefly in the phrase *on the downside*

**downside up** *adv* : TOPSY-TURVY

**downsitting** \'=,==, *Scot* 'dün-\ *n* [⁴down + sitting, fr. gerund of *sit*] **1** : the action of sitting down : REPOSE **2** *Scot* : DOWNSET

**downslide** \'=,=\ *n* : a decline to a lower level (as of prices or business)

**¹downslope** \'=;=\ *adv* [⁴down + slope] : in a downward direction : DOWNHILL ⟨khaki-clad figures . . . sliding ~ toward him —Walt Sheldon⟩

**²downslope** \"\ *adj* : DOWNHILL, DESCENDING ⟨~ winds⟩ ⟨~ movement of ice⟩

**³downslope** \'=,=\ *n* [⁴down + slope] : DOWNHILL ⟨he had only to remember to keep the ~ on his right —W.V.T.Clark⟩

**downs·man** \'daùnzmən\ *n, pl* **downsmen** [*downs* (pl. of ¹down) + man] : a dweller on the downs

**down·some** \'daùn(t)səm\ *adj* : DISPIRITED, DEPRESSED

**down south** \'=;=\ *adv, often cap S* : in or into a more southerly location ⟨learned about the ways of fish in Canadian waters before he came *down south* —*Sydney (Australia) Bull.*⟩; *esp* : in or into the southeastern part of the U.S.

**downspout** \'=,=\ *n* : a pipe leading downward; *esp* : a pipe to carry off rain water from a roof

**down's syndrome** \'daùnz-\ *n, cap D* [after J.L.H. *Down* †1896 Eng. physician, who first described it] : MONGOLISM

**¹downstage** \'=;=\ *adv (or adj)* [⁴down + stage, n.] : toward or at the front of a theatrical stage ⟨swept her train ~⟩ ⟨bent the ~ knee⟩ — compare UPSTAGE

**²downstage** \'=,=\ *n* : the front of a stage immediately behind the footlights

**¹downstairs** \(')=;=\ *adv* [⁴down + stairs, pl. of stair] **1** : down the stairs : on or to a lower floor **2** *aeronautics* : on, near, or to the ground

**²downstairs** *also* **downstair** \'=,=\ *adj* **1** : situated on the main, lower, or ground floor of a building **2** : placed at or occupying a lower level ⟨the ~ television channels⟩

**³downstairs** \(')=;=\ *n pl but sing or pl in constr* **1** : the part of the house belowstairs : the lower floor or floors **2** : persons occupying the lower part of a building; *often* : the servants of a household ⟨~ were shocked at such goings on⟩

**downstart** \'=,=\ *n* [⁴down + -start (as in *upstart*)] : an Irishman of good birth and upbringing but with little fortune; *often* : a younger son of good family

**¹downstate** \'=;=\ *adv (or adj)* [⁴down + state, n.] **1** : into or in a part of a state designated as downstate ⟨the voting was light ~⟩ **2** : characteristic of a part of a state designated as downstate ⟨peculiarities of ~ pronunciation⟩

**²downstate** \"\ *n* : the more southerly part of a state of the U.S. as distinguished from a northerly part conventionally designated as *upstate* — **down·stat·er** \'=,stād·ə(r)\ *n* -S

**downstream** \'=;=\ *adv (or adj)* [⁴down + stream, n.] : down a stream : in the direction of flow of a stream

**downstreet** \'=;=\ *adv* [⁴down + street, n.] : to, toward, or in the main retail business section of a town ⟨going ~ after supper⟩

**downstroke** \'=,=\ *n* **1** : a stroke (as of a piston in a cylinder or of a conductor's baton) made in a downward direction **2 a** : a stroke (as of a handwritten cursive letter) commonly written in a downward direction and in some styles heavier than an upstroke **b** : a corresponding stroke of a printed letter

**downsun** \'=;=\ *adv (or adj)* [⁴down + sun, n.] : in a direction from or out of the sun ⟨a ~ attack by an aircraft⟩

**downswing** \'=,=\ *n* **1** : a swing downward; *esp* : the forward and downward sweep of a golf club following the backswing **2** : a downward or depressed trend ⟨the ~ in interest in politics⟩ ⟨in the ~ of a cyclic mania⟩; *esp* : the contraction phase of a business cycle

**downtake** \'=,tāk\ *n* [⁴down + -take (as in *intake*)] : a pipe, duct, or flue (as for air, gas, or water) that leads downward

**down-the-line** \'==;=\ *adv (or adj)* : all the way : to the end ⟨supporting the party ticket right *down-the-line*⟩ ⟨a *down-the-line* union man⟩

**down the river** *n, often cap D&R* : SEVEN-CARD STUD

**downthrow** \'=,=\ *n* **1** : the act or process of throwing down : state of being overthrown : OVERTHROW ⟨the sudden ~ of a reputation⟩ **2** : the side of a geologic fault that moved downward relative to the other side — compare THROW

**downthrown** \'=,=\ *adj* [⁴down + thrown, fr. past part. of *throw*] : thrown down : DEPRESSED

**downthrust** \'=,=\ *n* : downward movement of an object under impact or steady pressure; *also* : an impact or pressure tending to cause downthrust

**downtime** \'=,=\ *n* [⁴down + time] **1** : time during which a machine, department, or factory is inactive during normal operating hours (as for repairs or setting up or from lack of materials) **2 a** : a period during which an incentive worker is unable to produce because of plant factors beyond his control and therefore receives payment at an agreed base rate **b** : money paid a worker for downtime

**down-to-date** \'==;=\ *adj* : UP-TO-DATE

**down-to-earth** \'===;=\ *adj* : practical and straightforward : having no frills or foibles : REALISTIC

**down-to-ni·an** \(')daùn-'tōnēən\ *adj, usu cap* [*Downton*, town in Wiltshire, England + E -*ian*] : of, relating to, or constituting a subdivision of the European Silurian — see GEOLOGIC TIME table

**¹downtown** \'=;=\ *adv (or adj)* [⁴down + town] **1** : to, toward, or in the lower part or business center of a city ⟨this bus goes ~⟩ ⟨delinquents roaming the ~ streets⟩ **2** : relating to or characteristic of the business center of a city ⟨always patronizes the ~ stores⟩

**²downtown** \"\ *n* : the business center of a city ⟨the ~s of a hundred cities dressed and lighted for Christmas⟩ — **down·town·er** \'='taùnə(r)\ *n* -S

**down tree** *n* [¹down + tree; fr. the thick cottony fibers surrounding the seeds] : BALSA 1

**downtrend** \'=,=\ *n* : a tendency downward esp. in economic matters ⟨a persistent ~ in sales⟩

**downtrod** *obs var of* DOWNTRODDEN

**down-trod·den** \(')=;träd³n\ *adj* [⁴down + trodden, fr. past part. of *tread*] : abused by superior power — **down-trod·den·ness** \-³n(n)əs\ *n* -ES

**downturn** \'=,=\ *n* **1** : an act or instance of turning down ⟨the ~ of an anticlinal fold —W.Y.Westervelt⟩; *also* : the state of being turned down ⟨the ~ of her mouth became a habit —Dorothy Parker⟩ **2** : DECLINE, DECREASE ⟨a sharp ~ in new construction⟩; *usu* : a downward trend in economic matters ⟨the ~ of prices⟩ ⟨business began to show a ~⟩

**down-twister** \'=,==\ *n* : a textile manufacturing machine with downward feeds for plying yarn while adding some twist — compare UP-TWISTER

**¹down under** *adv* [⁴down + under, adv.; fr. the conception of the antipodes as being located beneath one's feet] : into or in Australia or New Zealand

**²down under** *n, sometimes cap D&U* : ANTIPODE 2

**¹down·ward** \'daùnwə(r)d\ *also* **down·wards** \-dz\ *adv* [*downward* fr. ME *dounward*, fr. *doun* down + -*ward*; *downwards* fr. ME *dounwardes*, fr. *dounward* + -*es* (adverbial functioning gen. sing. ending of nouns) — more at DOWN, -s] **1** : from a higher place to a lower : in a descending course ⟨looking ~ to the grass⟩ ⟨the streams roll ~ to the sea⟩ **2** : from a higher to a lower condition ⟨revised his estimate ~⟩ : toward misery, humility, disgrace, or ruin ⟨fell from grace and went ~ in life⟩ **3** : from a remote or earlier time : from an ancestor or predecessor : from one to another in a descending line ⟨prophets from Elijah ~ who preached repentance⟩

**²downward** \"\ *adj* [ME *dounward*, fr. *dounward*, adv.] **1** : moving or extending from a higher to a lower place : tending toward the earth or its center or toward a lower level ⟨the ~ pull of gravity⟩ **2** : descending from a head, origin, or source ⟨a ~ line of descent⟩ ⟨the ~ course of a stream⟩ **3 a** *archaic* : tending to a lower state : DEJECTED **b** : directed toward or leading to ruin, destruction, or damnation ⟨a man on the ~ path⟩ ⟨took her ~ way⟩ **c** : DEBASING ⟨the scripture contains many ~ comparisons of man and his ways⟩ **4** *archaic* : being below : LOWER — **down·ward·ly** *adv* — **down·ward·ness** *n* -ES

**¹downwarp** \(')=;=\ *vb* [⁴down + warp, v.] *vt* : to cause or produce a downwarp in ~ *vi* : to undergo downwarping

**²downwarp** \'=,=\ *n* : a broad generally shallow geological downfold

**downwash** \'=,=\ *n* **1** : material washed downward (as from a mountainside) **2** *aeronautics* : the airstream which is

