5. The medical lighting system of Claim 3 wherein said fluorescent assembly includes at least two fluorescent bulbs with a light distribution pattern oriented in a direction perpendicular to said at least two fluorescent bulbs.

6. The medical lighting system of Claim 5 wherein said at least two fluorescent bulbs are "biax"-type bulbs.

7. The medical lighting system of Claim 3 wherein said body is rectangular and a first shorter end of said body is designed to abut the vertical wall surface; wherein said first fluorescent light fixture abuts said first shorter end and said first fluorescent light bulb is parallel to said first shorter end; wherein said second fluorescent light fixture is inwardly adjacent to said first fluorescent light fixture and said second fluorescent light fixture is parallel to first shorter end; and wherein said third fluorescent light fixture is outwardly adjacent from said second fluorescent light fixture and abuts a second shorter end of said body; and wherein said at least one fluorescent bulb is parallel to said first shorter end.

8. The medical lighting system of Claim 7 wherein said first and second shorter ends are substantially two feet in length and said body includes first and second longer ends which are substantially four feet in length.

9. The medical lighting system of Claim 7 wherein said first light fixture illuminates said selected reading area to substantially 70 foot-candles; wherein said second light fixture illuminates said broad area to substantially 50 foot-candles; and wherein said third light fixture illuminates said patient examination area to substantially 100 foot-candles.

10. The medical lighting system of Claim 9 wherein said patient examination area is sufficient in size to include a standard hospital bed when said first light fixture is substantially directly over a head of the standard hospital bed, the head of the standard hospital bed substantially abutting the vertical wall surface.

11. The medical lighting system of Claim 1 wherein a distribution of light from said first and second light fixtures excludes glare from being directed to a forward area of a standard hospital bed placed below the medical lighting system.

12. The medical lighting system of Claim 1 wherein a distribution of light from said first and second light fixtures excludes glare from areas adjacent to a standard hospital bed placed below the medical lighting system.

13. A medical lighting system comprising:

a body;

means for ceiling-mounting said body;

a first light fixture within said body oriented to direct light downwardly to a selected reading area under said body;

a second light fixture within said body oriented to direct light downwardly and outwardly to a vertical wall surface outwardly adjacent from said body whereby light is reflected back to a broad area under said body.

14. The medical lighting system of Claim 13 wherein said first light fixture includes a first reflector and a first fluorescent bulb therewithin; and said second light fixture includes a second reflector and a second fluorescent bulb therewithin.

10

| DECLARATION AND POWER OF ATTORNEY – ORIGINAL APPLICATION | ATTORNEY'S DOCKET NO. 1801-M-47 |
|---|---|

As a below named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name,

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled

INTEGRATED MEDICAL LIGHT SYSTEM

the specification of which

(check one)  ☒ is attached hereto.

☐ was filed on _____ as

Application Serial No. _____

and was amended on _____ (if applicable)

I hereby state that I have reviewed and understand the contents of the above identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, Code of Federal Regulations, §1.56(a).

I hereby claim foreign priority benefits under Title 35, United States Code, §119 of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application on which priority is claimed:

Prior Foreign Application(s)

| COUNTRY | APPLICATION NUMBER | DATE OF FILING (day, month, year) | PRIORITY CLAIMED | |
|---|---|---|---|---|
| | | | ☐ YES | ☐ NO |
| | | | ☐ YES | ☐ NO |
| | | | ☐ YES | ☐ NO |

I hereby claim the benefit under Title 35, United States Code §120 of any United States application(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code, §112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulations, §1.56(a) which occurred between the filing date of the prior application and the national or PCT international filing date of this application:

| APPLICATION NUMBER | DATE OF FILING (day, month, year) | STATUS (patented, pending, abandoned) |
|---|---|---|
| | | |
| | | |

POWER OF ATTORNEY: As a named inventor, I hereby appoint the following attorney(s) to prosecute this application and transact all business in the Patent and Trademark Office connected therewith. Joseph C. Sullivan, Registration No. 18,720; John Kurucz, Registration No. 18,688; Gerald Levy, Registration No. 24,419; Joseph T. Eisele, Registration No. 25,331; Ronald R. Santucci, Registration No. 28,988; William H. Dippert, Registration No. 25,723; Tiberiu Weisz, Registration No. 29,876; Ronald E. Brown, Registration No. 32,200; John Gulbin, Registration No. 33,180 and Richard Hoffman, Registration No. XXXXXXX and Raymond A. Martin, Registration No. XXXXX.

| SEND CORRESPONDENCE TO: Gerald Levy, Esq.<br>KANE, DALSIMER, SULLIVAN, KURUCZ,<br>LEVY, EISELE and RICHARD<br>711 Third Avenue<br>New York, New York 10017-4059 | DIRECT TELEPHONE CALLS TO:<br>(name and telephone number)<br>Gerald Levy, Esq.<br>212 687-6000 |
|---|---|

| | | FAMILY NAME | FIRST GIVEN NAME | SECOND GIVEN NAME |
|---|---|---|---|---|
| 201 | FULL NAME OF INVENTOR | FABBRI | WILLIAM | C |
| | RESIDENCE & CITIZENSHIP | CITY Billerica | STATE OR FOREIGN COUNTRY Massachusetts | COUNTRY OF CITIZENSHIP U.S.A. |
| | POST OFFICE ADDRESS | POST OFFICE ADDRESS 18 Putney Circle, Billerica, Massachusetts MA | | |
| 202 | FULL NAME OF INVENTOR | FAMILY NAME CRANE | FIRST GIVEN NAME ROY | SECOND GIVEN NAME |
| | RESIDENCE & CITIZENSHIP | CITY Wilmington | STATE OR FOREIGN COUNTRY Massachusetts | COUNTRY OF CITIZENSHIP U.S.A. |
| | POST OFFICE ADDRESS | POST OFFICE ADDRESS 30 McDonald Road | MA | |
| 203 | FULL NAME OF INVENTOR | FAMILY NAME | FIRST GIVEN NAME | SECOND GIVEN NAME |
| | RESIDENCE & CITIZENSHIP | CITY | STATE OR FOREIGN COUNTRY | COUNTRY OF CITIZENSHIP |
| | POST OFFICE ADDRESS | POST OFFICE ADDRESS | | |

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application or any patent issuing thereon.

| SIGNATURE OF INVENTOR 201 | SIGNATURE OF INVENTOR 202 | SIGNATURE OF INVENTOR 203 |
|---|---|---|
| *William C. Fabbri* | *Roy Blum* | |
| DATE 12/5/90 | DATE 12/5/90 | DATE |

PTO Form 3.16(a)

07 629436

PATENT

Docket No. 1801-M-47 _____

**Commissioner of Patents and Trademarks**
**Washington, D.C. 20231**

## NEW APPLICATION TRANSMITTAL

Transmitted herewith for filing is the patent application of

Inventor(s):    William C. Fabbri and Roy Crane

**WARNING:** *Patent must be applied for in the name(s) of all of the actual inventor(s). 37 CFR 1.41(a) and 1.53(b).*

For (title):    INTEGRATED MEDICAL LIGHT SYSTEM

### 1. Type of Application

This new application is for a(n) *(check one applicable item below )*:

[X] Original

[ ] Design

[ ] Plant

**WARNING:** *Do not use this transmittal for a completion in the U.S. of an International Application under 35 U.S.C. 371(c)(4) unless the International Application is being filed as a divisional, continuation or continuation-in-part application.*

**NOTE:** *If one of the following 3 items apply then complete and attach ADDED PAGES FOR NEW APPLICATION TRANSMITTAL WHERE BENEFIT OF A PRIOR U.S. APPLICATION CLAIMED.*

[ ] Divisional

[ ] Continuation

[ ] Continuation-in-part (CIP)

---

#### CERTIFICATION UNDER 37 CFR 1.10

I hereby certify that this New Application Transmittal and the documents referred to as enclosed therein are being deposited with the United States Postal Service on this date December 18, 1990 in an envelope as "Express Mail Post Office to Addressee" Mailing Label Number NB197 300 521 addressed to the: Commissioner of Patents and Trademarks, Washington, D.C. 20231.

Barbara Vodola
(Type or print name of person mailing paper)

*Barbara Vodola*
(Signature of person mailing paper)

**NOTE:** *Each paper or fee referred to as enclosed herein has the number of the "Express Mail" mailing label placed thereon prior to mailing. 37 CFR 1.10(b).*

(Application Transmittal [4-1]—page 1 of 7)

**2. Benefit of Prior U.S. Application(s) (35 USC 120)**

NOTE:  If the new application being transmitted is a divisional, continuation or a continuation-in-part of a parent case, or where the parent case is an International Application which designated the U.S., then check the following item and complete and attach ADDED PAGES FOR NEW APPLICATION TRANSMITTAL WHERE BENEFIT OF PRIOR U.S. APPLICATION(S) CLAIMED.

☐ The new application being transmitted claims the benefit of prior U.S. application(s) and enclosed are ADDED PAGES FOR NEW APPLICATION TRANSMITTAL WHERE BENEFIT OF PRIOR U.S. APPLICATION(S) CLAIMED.

**3. Papers Enclosed Which Are Required For Filing Date Under 37 CFR 1.53(b) (Regular) or 37 CFR 1.153 (Design) Application**

_6_ Pages of specification

_4_ Pages of claims

_1_ Pages of Abstract

_2_ Sheets of drawing

☐ formal

☒ informal

WARNING:  DO NOT submit original drawings. A high quality copy of the drawings should be supplied when filing a patent application. The drawings that are submitted to the Office must be on strong, white, smooth, and non-shiny paper and meet the standards according to § 1.84. If corrections to the drawings are necessary, they should be made to the original drawing and a high-quality copy of the corrected original drawing then submitted to the Office. Only one copy is required or desired. Comments on proposed new 37 CFR 1.84. Notice of March 9, 1988 (1990 O.G. 57-62).

NOTE:  "Identifying indicia such as the serial number, group and unit, title of the invention, attorney's docket number, inventor's name, number of sheets, etc., not to exceed 2¾ inches (7.0 cm.) in width may be placed in a centered location between the side edges within three fourths inch (19.1 mm.) of the top edge. Either this marking technique on the front of the drawing or the placement, although not preferred, of this information and the title of the invention on the back of the drawings is acceptable." Proposed 37 CFR 1.84(1). Notice of March 9, 1988 (1090 O.G. 57-62).

**4. Additional papers enclosed**

☐ Preliminary Amendment

☐ Information Disclosure Statement

☐ Form PTO-1449

☐ Citations

☐ Declaration of Biological Deposit

☐ Authorization of Attorney(s) to Accept and Follow Instructions from Representative

☐ Special Comments

☐ Other

**5.  Declaration or oath**

☒ **Enclosed**

executed by *(check all applicable boxes)*

☑ inventor(s).

☐ legal representative of inventor(s). 37 CFR 1.42 or 1.43

☐ joint inventor or person showing a proprietary interest on behalf of inventor who refused to sign or cannot be reached.

   ☐ this is the petition required by 37 CFR 1.47 and the statement required by 37 CFR 1.47 is also attached. *See item 13 below for fee.*

☐ **Not Enclosed.**

*WARNING: Where the filing is a completion in the U.S. of an International Application but where a declaration is not available or where the completion of the U.S. application contains subject matter in addition to the International Application the application may be treated as a continuation or continuation-in-part, as the case may be, utilizing ADDED PAGE FOR NEW APPLICATION TRANSMITTAL WHERE BENEFIT OF PRIOR U.S. APPLICATION CLAIMED.*

   ☐ Application is made by a person authorized under 37 CFR 1.41(c) on behalf of *all* the above named inventor(s). The declaration or oath, along with the surcharge required by 37 CFR 1.16(e) can be filed subsequently.

*Note: It is important that all the correct inventor(s) are named for filing under 37 CFR 1.41(c) and 1.53(b).*

   ☐ Showing that the filing is authorized. (*Not required unless called into question. 37 CFR 1.41(d).*

**6.  Inventorship Statement**

*WARNING: If the named inventors are each not the inventors of all the claims an explanation, including the ownership of the various claims at the time the last claimed invention was made, should be submitted.*

The inventorship for all the claims in this application are:

☒ The same

**or**

☐ Are not the same. An explanation, including the ownership of the various claims at the time the last claimed invention was made,

   ☐ is submitted.

   ☐ will be submitted.

**7.  Language**

*NOTE: An application including a signed oath or declaration may be filed in a language other than English. A verified English translation of the non-English language application and the processing fee of $30.00 required by 37 CFR 1.17(k) is required to be filed with the application or within such time as may be set by the Office. 37 CFR 1.52(d).*

*NOTE: A non-English oath or declaration in the form provided or approved by the PTO need not be translated. 37 CFR 1.69(b).*

☒ English

☐ non-English

   ☐ the attached translation is a verified translation. 37 CFR 1.52(d).

**8. Assignment**

☑ An assignment of the invention to ___KEENE CORPORATION___

☒ is attached.

☐ will follow.

**9. Certified Copy**

Certified copy(ies) of application(s)

| (country) | (appln. no.) | (filed) |
|---|---|---|
| (country) | (appln. no.) | (filed) |
| (country) | (appln. no.) | (filed) |

from which priority is claimed

☐ is(are) attached.

☐ will follow.

Note: The foreign application forming the basis for the claim for priority must be referred to in the oath or declaration. 37 CFR 1.55(a) and 1.63.

NOTE: This item is for any foreign priority for which the application being filed directly relates. If any parent U.S. application or International Applic ntion from which this application claims benefit under 35 U.S.C. 120 is itself entitled to priority from a prior foreign application then complete item 18 on the ADDED PAGES FOR NEW APPLICATION TRANSMITTAL WHERE BENEFIT OF PRIOR U.S. APPLICATION(S) CLAIMED.

**10. Fee Calculation (37 CFR 1.16)**

A. ☒ Regular application

| CLAIMS AS FILED | | | |
|---|---|---|---|
| Number filed | Number Extra | Rate | Basic Fee $630.00 |
| Total Claims       14       −20= | 0 | X       $ 20.00 | |
| Independent Claims (37 CFR 1.16(b))   2   −3= | 0 | X       $ 60.00 | |
| Multiple dependent claim(s), if any (37 CFR 1.16(d)) | | $ 200.00 | |

☐ Amendment cancelling extra claims enclosed.

☐ Amendment deleting multiple dependencies enclosed.

☐ Fee for extra claims is not being paid at this time.

NOTE: If the fees for extra claims are not paid on filing they must be paid or the claims cancelled by amendment, prior to the expiration of the time period set for response by the Patent and Trademark Office in any notice of fee deficiency. 37 CFR 1.16(d).

Filing Fee Calculation          $ _630.00_

**B.** ☐ **Design application**
(\$150.00—37 CFR 1.16(f))

Filing Fee Calculation            $ _____

**C.** ☐ **Plant application**
(\$250.00—37 CFR 1.16(g))

Filing fee calculation            $ _____

**11. Small Entity Statement(s)**

☐ Verified Statement(s) that this is a filing by a small entity under 37 CFR 1.9 and 1.27 is(are) attached.

Filing Fee Calculation (50% of **A, B** or **C** above)     $ _____

NOTE: Any excess of the full fee paid will be refunded if a verified statement and a refund request are filed within 2 months of the date of timely payment of a full fee. 37 CFR 1.28(a).

**12. Request for International-Type Search (37 CFR 1.104(d))** (complete, if applicable)

☐ Please prepare an international-type search report for this application at the time when national examination on the merits takes place.

**13. Fee Payment Being Made At This Time**

☐ Not Enclosed

☐ No filing fee is to be paid at this time. (*This and the surcharge required by 37 CFR 1.16(e) can be paid subsequently.*)

☒ Enclosed

☒ basic filing fee                    $ __630.00_____

☒ recording assignment
(\$8.00; 37 CFR 1.21(h))            $ __8.00_____

☐ petition fee for filing by other
than all the inventors or person
on behalf of the inventor where
inventor refused to sign or cannot
be reached. (\$120.00; 37 CFR
1.47 and 1.17(h))                   $ _____

☐ for processing an application with
a specification in a non-English
language. (\$30.00; 37 CFR 1.52(d) and
1.17(k)                              $ _____

☐ processing and retention fee
(\$120.00; 37 CFR 1.53(d) and 1.21(l))

☐ fee for international-type search report (\$30.00;
37 CFR 1.21(e)).                     $ _____

NOTE: 37 CFR 1.21(l) establishes a fee for processing and retaining any application which is abandoned for failing to complete the application pursuant to 37 CFR 1.53(d) and this, as well as the changes to 37 CFR 1.53 and 1.78, indicate that in order to obtain the benefit of a prior U.S. application, either the basic filing fee must be paid or the processing and retention fee of § 1.21(l) must be paid within 1 year from notification under § 53(d).

Total fees enclosed            $ __638.00_____

**14. Method of Payment of Fees**

☒ Check in the amount of $ 638.00

☐ Charge Account No. _____ in the amount of $_____ A
duplicate of this transmittal is attached.

NOTE: *Fees should be itemized in such a manner that it is clear for which purpose the fees are paid. 37 CFR 1.22(b).*

**15. Authorization to Charge Additional Fees**

WARNING: *If no fees are to be paid on filing the following items should not be completed.*

WARNING: *Accurately count claims, especially multiple dependent claims, to avoid unexpected high charges, if extra claim charges are authorized.*

☒ The Commissioner is hereby authorized to charge the following additional fees by this paper and during the entire pendency of this application to Account No. 11-215 .

☒ 37 CFR 1.16(a), (f) or (g) (filing fees)

☒ 37 CFR 1.16(b), (c) and (d) (presentation of extra claims)

NOTE: *Because additional fees for excess or multiple dependent claims not paid on filing or on later presentation must only be paid or these claims cancelled by amendment prior to the expiration of the time period set for response by the PTO in any notice of fee deficiency (37 CFR 1.16(d)), it might be best not to authorize the PTO to charge additional claim fees, except possibly when dealing with amendments after final action.*

☒ 37 CFR 1.16(e) (surcharge for filing the basic filing fee and/or declaration on a date later than the filing date of the application)

☒ 37 CFR 1.17 (application processing fees)

WARNING: *While 37 CFR 1.17(a), (b), (c) and (d) deal with extensions of time under § 1.136(a) this authorization should be made only with the knowledge that: "Submission of the appropriate extension fee under 37 C.F.R. 1.136(a) is to no avail unless a request or petition for extension is filed." (Emphasis added). Notice of November 5, 1985 (1060 O.G. 27).*

☐ 37 CFR 1.18 (issue fee at or before mailing of Notice of Allowance, pursuant to 37 CFR 1.311(b))

NOTE: *Where an authorization to charge the issue fee to a deposit account has been filed before the mailing of a Notice of Allowance, the issue fee will be automatically charged to the deposit account at the time of mailing the notice of allowance. 37 CFR 1.311(b).*

NOTE: *37 CFR 1.28(b) requires "Notification of any change in loss of entitlement to small entity status must be filed in the application . . . prior to paying, or at the time of paying, . . . issue fee". From the wording of 37 CFR 1.28(b): (a) notification of change of status must be made even if the fee is paid as "other than a small entity" and (b) no notification is required if the change is to another small entity.*

**16. Instructions As To Overpayment**

☐ credit Account No. _____

☒ refund

Reg. No. · 24,419

Tel. No. (212) 687-6000

SIGNATURE OF ATTORNEY
Gerald Levy

Type or print name of attorney
711 Third Avenue

P.O. Address
New York, New York 10017

(Application Transmittal [4-1]—page 6 of 7)

☐ **Incorporation by reference of added pages**

*Check the following item if the application in this transmittal claims the benefit of prior U.S. application(s) (including an international application entering the U.S. stage as a continuation, divisional or C-I-P application) and complete and attach the ADDED PAGES FOR NEW APPLICATION TRANSMITTAL WHERE BENEFIT OF PRIOR U.S. APPLICATION(S) CLAIMED*

☐ Plus Added Pages For New Application Transmittal Where Benefit Of Prior U.S. Application(s) Claimed

Number of pages added ————————————

☐ Plus Added Pages For Papers Referred To In Item 4 Above

Number of pages added ————————————

☒ **Statement Where No Further Pages Added**

*(If no further pages form a part of this Transmittal then end this Transmittal with this page and check the following item)*

☒ This transmittal ends with this page.

(Application Transmittal [4-1]—page 7 of 7)

Print Of Drawings
As Originally Filed

07  629436



FIG. 1

07 629436

FIG. 2



**Notes:** _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Notes:** _____

**2**



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 07/629,436 | 12/18/90 | FABBRI | W   1801-M-47 |

| EXAMINER |
|---|
| HUSAR, S |

GERALD LEVY
KANE, DALSIMER, SULLIVAN, KURUCZ
LEVY, EISELE AND RICHARD
711 THIRD AVE.
NEW YORK, NY  10017-4059

| ART UNIT | PAPER NUMBER |
|---|---|
| 346 | #2 |

DATE MAILED:   03/20/91

# NOTICE OF ALLOWABILITY

**PART I.**

1. ☐ This communication is responsive to —————————————

2. ☒ All the claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice Of Allowance And Issue Fee Due or other appropriate communication will be sent in due course.

3. ☒ The allowed claims are _1—14_

4. ☐ The drawings filed on ——————————————— are acceptable.

5. ☐ Acknowledgment is made of the claim for priority under 35 U.S.C. 119. The certified copy has [_] been received. [_] not been received. [_] been filed in parent application Serial No. ——————————, filed on ——————————.

6. ☐ Note the attached Examiner's Amendment.

7. ☐ Note the attached Examiner Interview Summary Record, PTOL-413.

8. ☐ Note the attached Examiner's Statement of Reasons for Allowance.

9. ☒ Note the attached NOTICE OF REFERENCES CITED, PTO-892.

10. ☐ Note the attached INFORMATION DISCLOSURE CITATION, PTO-1449.

**PART II.**

A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE THREE MONTHS FROM THE "DATE MAILED" indicated on this form. Failure to timely comply will result in the ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

1. ☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

2. ☒ APPLICANT MUST MAKE THE DRAWING CHANGES INDICATED BELOW IN THE MANNER SET FORTH ON THE REVERSE SIDE OF THIS PAPER.

   a. ☒ Drawing informalities are indicated on the NOTICE RE PATENT DRAWINGS, PTO-948, attached hereto or to Paper No. —————. CORRECTION IS REQUIRED.

   b. ☐ The proposed drawing correction filed on ——————————— has been approved by the examiner. CORRECTION IS REQUIRED.

   c. ☐ Approved drawing corrections are described by the examiner in the attached EXAMINER'S AMENDMENT. CORRECTION IS REQUIRED.

   d. ☒ Formal drawings are now REQUIRED.

-----------------------------------------------------------------

Any response to this letter should include in the upper right hand corner, the following information from the NOTICE OF ALLOWANCE AND ISSUE FEE DUE: ISSUE BATCH NUMBER, DATE OF THE NOTICE OF ALLOWANCE, AND SERIAL NUMBER.

**Attachments:**
_ Examiner's Amendment
_ Examiner Interview Summary Record, PTOL- 413
_ Reasons for Allowance
✓ Notice of References Cited, PTO-892
_ Information Disclosure Citation, PTO-1449

_ Notice of Informal Application, PTO-152
✓ Notice re Patent Drawings, PTO-948
_ Listing of Bonded Draftsmen
_ Other

STEPHEN F. HUSAR
PRIMARY EXAMINER
ART UNIT 346

USCOMM-DC 89-3615

PTOL-37 (REV. 11-88)



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**

Address:  Box  ISSUE FEE
COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

GERALD LEVY
KANE, DALSIMER, SULLIVAN, KURUCZ
LEVY, EISELE AND RICHARD
711 THIRD AVE.
NEW YORK, NY  10017-4059

# NOTICE OF ALLOWANCE
# AND ISSUE FEE DUE

☒ Note attached communication from the Examiner

☐ This notice is issued in view of applicant's communication filed _____

| SERIES CODE/SERIAL NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 07/629,436 | 12/18/90 | 014 | HUSAR, S | 346 | 03/20/91 |

First Named Applicant  FABBRI,                    WILLIAM C.

TITLE OF INVENTION  INTEGRATED MEDICAL LIGHT SYSTEM

| | ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|---|
| 2 | 1801-M-47 | 362-033.000 | N96 | UTILITY | NO | $1050.00 | 06/20/91 |

*THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT.*
*PROSECUTION ON THE MERITS IS CLOSED.*

*THE ISSUE FEE MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS*
*APPLICATION SHALL BE REGARDED AS ABANDONED.  THIS STATUTORY PERIOD CANNOT BE EXTENDED.*

## HOW TO RESPOND TO THIS NOTICE:

I. Review the SMALL ENTITY Status shown above.

If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

A. If the Status is changed, pay twice the amount of the FEE DUE shown above and notify the Patent and Trademark Office of the change in status, or

B. If the Status is the same, pay the FEE DUE shown above.

If the SMALL ENTITY is shown as NO:

A. Pay FEE DUE shown above, or

B. File verified statement of Small Entity Status before, or with, payment of 1/2 the FEE DUE shown above.

II. Part B of this notice should be completed and returned to the Patent and Trademark Office (PTO) with your ISSUE FEE. Even if the ISSUE FEE has already been paid by a charge to deposit account, Part B should be completed and returned. If you are charging the ISSUE FEE to your deposit account, Part C of this notice should also be completed and returned.

III. All communications regarding this application must give series code (or filing date), serial number and batch number. Please direct all communications prior to issuance to Box ISSUE FEE unless advised to the contrary.

*IMPORTANT REMINDER: Patents issuing on applications filed on or after Dec. 12, 1980  may  require  payment  of*
*maintenance fees.*

PTOL-85 (REV 12-88)(OMB Clearance is pending)          **PATENT AND TRADEMARK OFFICE COPY**

PTO **FORM** 948
(REV. 5-90)

U.S. DEPARTMENT OF COMMERCE
Patent and Trademark Office

ATTACHMENT TO PAPER NUMBER
#2

APPLICATION NUMBER
629436

# NOTICE OF DRAFTSMAN'S PATENT DRAWING REVIEW

## THE PTO DRAFTSMEN REVIEW ALL ORIGINALLY FILED DRAWINGS REGARDLESS OF WHETHER THEY WERE DESIGNATED AS INFORMAL OR FORMAL.

The drawings filed _____ 12/18/90 _____

A. ☐ are approved.

B. ☒ are objected to under 37 CFR 1.84 for the reason(s) checked below. The examiner will require submission of new, corrected drawings at the appropriate time. Corrected drawings must be submitted according to the instructions listed on the back of this Notice.

1. Paper and ink. 37 CFR 1.84(a) (Copy machine mark on paper)

   ☒ Sheet(s) _Fig. 1_ Poor.

2. Size of Sheet and Margins. 37 CFR 1.84(b)
   Acceptable Paper Sizes and Margins

| Margin | 8 1/2 by 14 inches | 8 1/2 by 13 inches | DIN size A4 21 by 29.7 cm. |
|--------|--------------------|--------------------|-----------------------------|
| Top | 2 inches | 1 inch | 2.5 cm. |
| Left | 1/4 inch | 1/4 inch | 2.5 cm. |
| Right | 1/4 inch | 1/4 inch | 1.5 cm. |
| Bottom | 1/4 inch | 1/4 inch | 1.0 cm. |

   ☐ Proper Size Paper Required.
   All Sheets Must be Same Size.
   Sheet(s) _____

   ☐ Proper Margins Required.
   Sheet(s) _____

   ☐ TOP    ☐ RIGHT

   ☐ LEFT    ☐ BOTTOM

3. Character of Lines. 37 CFR 1.84(c)

   ☒ Lines Pale or Rough and Blurred.
   Fig(s) _1, 2_

   ☐ Solid Black Shading Not Allowed.
   Fig(s) _____

4. Hatching and Shading. 37 CFR 1.84(d)

   ☐ Shade Lines are Required.
   Fig(s) _____

   ☐ Criss-Cross Hatching Not Allowed.
   Fig(s) _____

   ☐ Double Line Hatching Not Allowed.
   Fig(s) _____

   ☐ Parts in Section Must be Hatched.
   Fig(s) _____

5. Reference Characters. 37 CFR 1.84(f)

   ☒ Reference Characters Poor or Incorrectly Sized.
   Fig(s) _1, 2_

   ☐ Reference Characters Placed Incorrectly.
   Fig(s) _____

6. Views. 37 CFR 1.84(i) & (j)

   ☐ Figures Must be Numbered Properly.

   _____

   ☐ Figures Must Not be Connected.
   Fig(s) _____

7. ☐ Photographs Not Approved.

   _____

8. ☐ Other.

Telephone inquires concerning this review should be directed to the Chief Draftsman at telephone number (703) 557-6404.

_____
Reviewing Draftsman

1/22/91
_____
Date

TO SEPARATE, HOLD TOP AND BOTTOM EDGES, SNAP-APART AND DISCARD CARBON

| FORM PTO-892 (REV. 3-78) | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | SERIAL NO. 629,436 | GROUP ART UNIT 346 | ATTACHMENT TO PAPER NUMBER #2 |
|---|---|---|---|---|
| **NOTICE OF REFERENCES CITED** | | APPLICANT(S) *Fabbri et al.* | | |

## U.S. PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | NAME | CLASS | SUB-CLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| ✓ | A | 3 9 2 8 7 5 7 | 12/1975 | Nelson | 362 | 804 XR | |
| ✓ | B | 4 2 0 4 2 7 4 | 5/1980 | Lüderitz | 362 | 225 XR | |
| | C | | | | | | |
| | D | | | | | | |
| | E | | | | | | |
| | F | | | | | | |
| | G | | | | | | |
| | H | | | | | | |
| | I | | | | | | |
| | J | | | | | | |
| | K | | | | | | |

## FOREIGN PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUB-CLASS | PERTINENT SHTS. DWG | PP. SPEC. |
|---|---|---|---|---|---|---|---|---|---|
| | L | | | | | | | | |
| | M | | | | | | | | |
| | N | | | | | | | | |
| | O | | | | | | | | |
| | P | | | | | | | | |
| | Q | | | | | | | | |

## OTHER REFERENCES (Including Author, Title, Date, Pertinent Pages, Etc.)

| | | |
|---|---|---|
| R | | |
| S | | |
| T | | |
| U | | |

| EXAMINER S. Husar | DATE 3/1991 | |
|---|---|---|

* A copy of this reference is not being furnished with this office action.
(See Manual of Patent Examining Procedure, section 707.05 (a).)

1050-142 B

## PART B - ISSUE FEE TRANSMITTAL

**MAILING INSTRUCTIONS:** This form should be used for transmitting the ISSUE FEE. Blocks 2 through 6 should be completed where appropriate. All further correspondence including the Issue Fee Receipt, the Patent, advanced orders and notification of maintenance fees will be mailed to addressee entered in Block 1 unless you direct otherwise, by: (a) specifying a new correspondence address in Block 3 below; or (b) providing the PTO with a separate "FEE ADDRESS" for maintenance fee notifications with the payment of Issue Fee or thereafter. **See reverse for Certificate of Mailing.**

**1. CORRESPONDENCE ADDRESS**

GERALD LEVY
KANE, DALSIMER, SULLIVAN, KURUCZ,
LEVY, EISELE AND RICHARD
711 THIRD AVE.
NEW YORK, NY 10017-4059

**2. INVENTOR(S) ADDRESS CHANGE** (Complete only if there is a change)

INVENTOR'S NAME

Street Address

City, State and ZIP Code

CO-INVENTOR'S NAME

Street Address

City, State and ZIP Code

☐ Check if additional changes are on reverse side

| SERIES CODE/SERIAL NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 07/629,436 | 12/18/90 | 014 | HUBER, S. | 346 | 03/20/91 |

First Named Applicant  FABBRI,    WILLIAM C.

TITLE OF INVENTION  INTEGRATED MEDICAL LIGHT SYSTEM

| | ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|---|
| 2 | 1901-M-42 | 362-804 | N96 | UTILITY | NO | $1050.00 | 06/20/91 |

**3. Further correspondence to be mailed to the following:**

Gerald Levy, Esq.
Kane, Dalsimer, Sullivan, Kurucz,
Levy, Eisele and Richard
711 Third Avenue
New York, New York 10017

**4. For printing on the patent front page, list the names of not more than 3 registered patent attorneys or agents OR alternatively, the name of a firm having as a member a registered attorney or agent. If no name is listed, no name will be printed.**

1  Kane, Dalsimer,
   Sullivan, Kurucz,
2  Levy, Eisele
   and Richard
3

**DO NOT USE THIS SPACE**

**5. ASSIGNMENT DATA TO BE PRINTED ON THE PATENT** (print or type)

(1) NAME OF ASSIGNEE:
KEENE CORPORATION

(2) ADDRESS: (City & State or Country)
2345 Vauxhall Road, Union, New Jersey 07083

(3) STATE OF INCORPORATION, IF ASSIGNEE IS A CORPORATION
New York

A. ☐ This application is NOT assigned.
☒ Assignment previously submitted to the Patent and Trademark Office.
☐ Assignment is being submitted under separate cover. Assignments should be directed to Box ASSIGNMENT.

**PLEASE NOTE:** Unless an assignee is identified in block 5, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been previously submitted to the PTO or is being submitted under separate cover. Completion of this form is NOT a substitute for filing an assignment.

**6a. The following fees are enclosed:**
☒ Issue Fee    ☐ Advanced Order - # of Copies _____ (Minimum of 10)

**6b. The following fees should be charged to:**
DEPOSIT ACCOUNT NUMBER _____ (Enclose Part C)
☐ Issue Fee    ☐ Advanced Order - # of Copies _____ (Minimum of 10)
☒ Any Deficiencies in Enclosed Fees

The COMMISSIONER OF PATENTS AND TRADEMARKS is requested to apply the Issue Fee to the application identified above.

(Signature of party in interest or attorney)

(Date) 5/28/91

NOTE: The Issue Fee will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the Patent and Trademark Office.

PTOL-85B (REV.12-88)(OMB Clearance pending)

CERTIFICATE OF MAILING ON REVERSE

**Notes:** _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**3**