IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:     Fabbri et al.

Serial No.:    07/629,436

Filed:         December 18, 1990

Art Unit:      346

For:           Integrated Medical Light System

Examiner:      Husar

711 Third Avenue
New York, New York 10017
(212) 687-6000

## TRANSMITTAL OF FORMAL DRAWINGS

Box Issue Fee,  Batch N96
Honorable Commissioner of Patents
  and Trademarks
Washington, D.C.    20231

S I R:

        Enclosed please find formal drawings for the above-

identified application.

                          Respectfully submitted,

                          Gerald Levy
                          Registration No. 24,419

I hereby certify that this correspondence is being deposited
with the United States Postal Service as first class mail in
an envelope addressed: Commissioner of Patents and Trademarks,
Washington, D.C. 20231, on _____ March 29, 1991 _____
                              Date of Deposit

____Gerald Levy_____
          Attorney

_____
          Signature

____March 29, 1991_____
       Date of Signature

The Commissioner is hereby authorized to charge any additional
fees which may be required, or credit any overpayment to
Account No. 11-215, Order No. 1801-M-47

Case 1:05-cv-10945-WGY    Document 17-5    Filed 05/18/06    Page 2 of 5

5038254



FIG. 1

Case 1:05-cv-10945-WGY   Document 17-5   Filed 05/18/06   Page 3 of 5



FIG. 2

**Notes:** _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

PTO UTILITY GRANT

Paper Number ___4___

## The Commissioner of Patents and Trademarks

*The*
*United*
*States*
*of*
*America*

*Has received an application for a patent for a new and useful invention. The title and description of the invention are enclosed. The requirements of law have been complied with, and it has been determined that a patent on the invention shall be granted under the law.*

*Therefore, this*

### United States Patent

*Grants* ␣ *the person or persons having title to this patent the right to exclude others from making, using or selling the invention throughout the United States of America for the term of seventeen years from the date of the patent, subject to the payment of maintenance fees as provided by law.*



*Harry F. Manbeck, Jr*

Commissioner of Patents and Trademarks

*Marcea L. Campbell*

**Attest**

PTO-1584

Y'S
NO.

M-47

(rev. 10-78)

nt Fig.

may be
nployees