EXHIBIT 3

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


GENLYTE THOMAS GROUP, LLC
Plaintiff


v.


ARCHITECTURAL LIGHTING SYSTEMS
Defendant


STATEMENT OF THOMAS M. LEMONS
A PERSON SKILLED IN THE LIGHTING ARTS


## INTRODUCTION

I have been asked by the Attorney for the plaintiff to provide an interpretation of certain terms in Patent 5,038,254 (the '254 patent) as one skilled in the medical lighting art.

## QUALIFICATIONS

My Curriculum Vitae is attached hereto (Exhibit A) including a list of clients, a list of patents and other awards as well as all technical publications. I am a registered professional engineer (electrical) who has practiced product and lighting installation design in the lighting field for 56 years. This experience has provided me an appreciation of the level of skills that existed in the period from 1990 through 1991. I have been granted 17 U. S. Patents which have provided me a general appreciation of the standards of patentability – namely novelty, utility and non-obviousness.

My lighting career started in 1950 when at the age of 16 I founded my own theater lighting and sound business, Audio-Lite Company. I operated this business while attending engineering school at Purdue University and sold it shortly after graduation. After receiving my B.S. in Electrical Engineering from Purdue in 1956, I was employed by Sylvania Electric Products, Inc. as a lighting applications and development engineer where I worked for 13 years until 1970. In 1970 I founded TLA-Lighting Consultants, Inc. which I still operate today. In 1979, I also co-founded ARC Sales, Inc., a specialty lighting product sales and manufacturing company, which I operated until I sold it in 2001.

I have found during my lighting career that a "Person of Ordinary Skill in the Art" has a combination of training and experience. The training can either be four years of technical schooling such as an engineering degree plus four years of experience in product/optical design or 8 years of on the job training which includes product and optical design for the

1

specific lighting market in question. As seen in my CV, I meet and exceed the schooling and experience requirements and my consulting to several medical product manufacturers including ALM S.A. where I designed a patented surgical light (U. S. Patent No. 5,485,319) identifies that I have the medical lighting experience.

Some of my lighting design projects include navigational lighting of the Panama Canal, field lighting for Yankee Stadium and Fenway Park and product and facility design for Haworth Furniture in Holland, Michigan. I have been a member of many technical committees of the Illuminating Engineering Society of North America ("IESNA") as well as the International Commission on Illumination ("CIE"). This has included the Light Control and Luminaire Design Committee of the IESNA that I presently chair. In the CIE, I am designated as the USA Expert for Division 5 that prepares standards and reports on outdoor and specialty lighting. I am a Fellow of the IESNA and the United States Institute for Theatre Technology.

My rate of compensation paid by Genlyte for my services is $140 per hour and I have not yet received compensation for my ALS activity. I would also note that I was contacted earlier this year by ALS to be their expert in this case but I was previously contacted by Genlyte in January of 2005 to be their expert and therefore I declined.

## TESTIFYING EXPERIENCE IN THE PRIOR FIVE YEARS

To the best of my recollection, I have testified at trial or by deposition in the following cases in the past 5 years:

2001 – *L. S. I., Inc. v. Spaulding Lighting Corp.* Deposition @ Hunton Williams, Washington, DC

2002-3 – *Genlyte Thomas Group, LLC v. National Service Industries, Inc. et al,* District Court of the Western District of Kentucky

2004 – *Ferrel Rimer v. Regal Cinemas, Inc.* Circuit Court, Broward County, Florida

2004-5 – *Henry Boyer and Kathleen Boyer v. Fleet National Group, Inc., Tiverton Associates and John Doe,* Providence, RI Superior Court

2006 – *Sportlite, Inc. v. Genlyte Thomas Group, LLC,* District Court of Arizona

2006 – *TELE-CONS, Inc. and Michael Moisin v. Harmony Lighting, Inc. et al.* District Court of MA, (Technical Expert for Judge Lindsay)

2006 – *Jeow N. Tseng v. Home Depot and Wal-Mart Stores, Inc.,* Western District of Washington

**MATERIAL I CONSIDERED IN FORMING MY OPINION**

The materials that I have used in creating this statement are as follows:

U. S. Patent No. 5,038,254
Webster's New Collegiate Dictionary, 1979
IESNA Lighting Handbook, Reference Volume, 1984
IESNA Lighting Handbook, Application Volume, 1987
IESNA Lighting Handbook, 8th Edition, 1993

**CLAIM CONSTRUCTION**

There are two independent claims (Claims 1 and 3) and several dependent claims (Claims 2, 4, 5, 7, 13 and 14) that are at issue. There is one term that requires a 112/6 Analysis because of the use of the word *means*. My understanding of the meaning of specific terms in these claims including the 112/6 analysis of one is as follows:

Claim 1
112/6 Analysis

This term uses the word "means" and thereafter recites the function performed by the "means". The following provides a meaning for the function and also identifies the structure for performing the function.

| TERM | MEANING/FUNCTION | COMMENT/STRUCTURE |
|---|---|---|
| Means for ceiling-mounting said body | Surface or recessed installation on or into a ceiling. | Column 3, starting at line 12 of '254 patent states "lighting fixture 10 to be packaged in a two foot by four foot configuration and thereby replace a conventional troffer." The methods used for mounting conventional troffers are well known in the industry. A conventional surface mounted troffer is fastened directly to a ceiling using mounting holes provided in the back surface of the body. Anchor bolts or screws can be used to mount through these holes directly to a structural element in or behind the ceiling and threaded rod can be used at these holes where the ceiling will not support the luminaire and it must be suspended from structural elements up above the ceiling. A conventional recessed troffer is mounted into two primary types of ceilings which are a grid or T-bar |

3

| TERM | MEANING/FUNCTION | COMMENT/STRUCTURE |
|---|---|---|
| | | construction and a plaster or drywall construction. A grid or T-bar ceiling with the normal 2 x 2 or 2 x 4 support member spacing allows the troffer to be directly mounted into a two foot by four foot (or 2x2) opening in the grid since the face of the troffer has a flat flange around it that sits on the inside flat face surface of the grid. When recessed into a plaster or drywall ceiling, a plaster frame is normally used that again provides a lip around a two foot by four foot (or 2x2) opening that allows the troffer face flange to rest on the lip. The grid or T-bar ceiling allows the greatest ease to move the luminaire when a patient room changes from a single to a multi patient room. It is also fairly easy to change the location of a surface mounted luminaire and it is very difficult to move fixtures recessed into plaster of drywall ceilings. |

Other Claim 1 Terms

| TERM | MEANING | COMMENT/SUPPORT |
|---|---|---|
| oriented to direct light | Set or arranged to direct illumination. | Column 2, starting at line 45 of '254 patent states "to provide a direct light to reading area 400 of bed 200". |
| downwardly | A direction below the luminaire | Column 1, starting at line 65 of '254 patent states "The lighting system is …placed substantially over the head of the patent's bed." In column 2, starting at line 3 states "A first light fixture…designed to direct light toward the forward portion of the patient's bed to allow a patient to read comfortably." Therefore the light is directed down onto the bed. |

4

| TERM | MEANING | COMMENT/SUPPORT |
|---|---|---|
| a selected reading area | A zone where a patient reads material. | Column 1 starting at line 3 states "A first light fixture…designed to direct light toward the forward portion of the patient's bed to allow a patient to read comfortably." Therefore the zone is at an area between the patient's chest and waist. |
| downwardly and outwardly | A direction below and away from center. | Column 2, starting at line 53 and again at lines 58 and 63 of '254 patent states that the ambient fixture directs light "to reflect or bounce light from wall 300", "configured so as not to direct glare toward the head of the bed" and "configured so as not to direct glare to areas adjacent to bed 200". Therefore the fixture directs light to the bed and area around the bed. |
| reflected back | The redirection of light by a surface. | Column 2, starting at line 53 states "to reflect or bounce light from wall 300 thereby providing ambient light to bed 200." |
| broad area | The area of the bed and around the bed. | As noted above the light is directed over the bed and area around the bed. |

Claims 2 & 4

| TERM | MEANING | COMMENT/SUPPORT |
|---|---|---|
| reflector | A device used to redirect flux from a source by the process of reflection. | The IESNA Lighting Handbook, Reference Volume, 1984, provides this definition based on accepted industry practice which is consistent with the '254 patent.  (Exhibit B) |

5

## Claim 3

The same terms as listed for Claim 1 plus:

| TERM | MEANING | COMMENT/SUPPORT |
|---|---|---|
| a selected patient examination area | An area of the patient's bed used for examination. | Column 2 starting at line 15 states that "the entire area of the bed is efficiently illuminated" by the examination light. The examination area will depend on the type of procedure performed on the patient and therefore the light is only needed in an area of the bed used for examinations by doctors and nurses rather than the whole bed as stated in the above quote for a preferred embodiment. |

## Claims 4, 5 & 7

| TERM | MEANING | COMMENT/SUPPORT |
|---|---|---|
| fluorescent assembly | A unit of lamps and sockets. | Column 4, starting at line 8 states "said third light fixture includes a third reflector and a fluorescent assembly therewithin." Therefore the fluorescent assembly is the fluorescent lamps and sockets that with the reflector comprise the third light fixture. |

## Claims 5 & 7

| TERM | MEANING | COMMENT/SUPPORT |
|---|---|---|
| light distribution pattern | A three dimensional array of flux emitted by a lamp. | Column 3, starting at line 4 states "fluorescent bulbs 30, 32 have a characteristic directional light distribution pattern oriented in the direction perpendicular to the bulbs". |

6

Claims 13 & 14

| TERM | MEANING | COMMENT/SUPPORT |
|---|---|---|
| glare | The sensation produced by luminance within the visual field that is sufficiently greater than the luminance to which the eyes are adapted to cause annoyance, discomfort or loss in visual performance and visibility. | The IESNA Lighting Handbook, Reference Volume, 1984, provides this definition based on accepted industry practice which is consistent with the '254 patent. (Exhibit B) |

## DISCUSSION

The importance of the identification that the product is a medical light is critical for a "Person of Ordinary Skill in the Art" to understand the application need and required performance of the product. In the IESNA Handbook, Application Volume, 1987, in the section on lighting design considerations for patient rooms, the following statement is made:

> "The patient, nurses, doctors and housekeeping personnel require different illuminance levels, in any given room, to accommodate their individual needs. This range of lighting is needed for a variety of nursing services; it should be acceptable to all patients occupying the same room, and satisfy the lighting needs and desires of the patients whose only field or view may be the ceiling."

Without the knowledge and experience in lighting patient beds, it is not possible to understand how to design an acceptable patient bed lighting system without reverse engineering an existing acceptable product. In addition to the above quote, the IESNA Lighting Handbook, Application Volume, 1987, identifies the state of the art of patient room lighting prior to 1990 as illustrated by Figures 7-6 and 7-8 (Exhibit C). In the IESNA Lighting Handbook, 8th Edition (1993), the Genlyte product made according to the '254 patent is illustrated in Figure 17-7 (Exhibit D) which replaced the previous illustrations and identifies the medical industry acceptance of this product within three years.

It must be noted that the claims for the second light fixture (the ambient light) has two designated directions for the directed light. The first is the directing of light down onto the area below the assembly and the second is to direct light onto the adjacent wall. As noted in the above quote from the IESNA Handbook, the patient's only view may be the ceiling and therefore the optical design of the luminaire must limit glare which might be directed down into the eyes of the patient or into the eyes of others in the room. As noted by the definition of "glare", the viewer's adaptation is a factor which limits glare and the

7

illumination on the wall increases the illuminated area seen by the patient which raises the eye adaptation and reduces the potential for glare.

## CONCLUSION

In preparing the claim definitions I have used material disclosed and taught by the patent, the reference items I have cited, dictionary and industry definitions of terms and the knowledge I have gained in 56 years work in the lighting industry. I believe that this report is a true and correct evaluation of the claims in question.

Executed this 18th day of May, 2006

Thomas M. Lemons
TLA-Lighting Consultants, Inc.
7 Pond Street, Salem, MA 01970

8

# EXHIBIT A



## Thomas M. Lemons, FIES, PE

Received his Bachelor of Science from Purdue University in Electrical Engineering with emphasis on Illumination and Optics in 1956. He is the founder and President of TLA-Lighting Consultants, Inc., which he founded in 1970. Previously he was an applications and development engineer at Sylvania Lighting Products where he worked to develop new products and to find new uses for existing products. In high school and college, he was a partner in a firm which rented and sold theatrical lighting and sound systems.

He is active in many societies, such as the Illuminating Engineering Society of North America (IESNA), International Commission on Illumination (CIE) and United States Institute for Theatre Technology (USITT). He is a Fellow of the IESNA and USITT. He has served as the IESNA Regional VP and the VP of Administration and Operation. He recently served as the Secretary of the United States National Committee of the CIE and he is the U. S. Member to Division 5 (Outdoor and Specialty Lighting) of the CIE. He is a Registered Professional Engineer in the Commonwealth of Massachusetts.

Mr. Lemons has chaired many IESNA and CIE technical committees including the Light Control and Luminaire Design; Sports Lighting; Institutions Lighting; Theatre, TV and Film Lighting and Library Lighting Committees. He has helped prepare energy standards for new buildings (ASHRAE 90-75) as well as one for existing places of public assembly (ASHRAE/IES 100.6-1981) and has helped write a manual of accepted practice for ASHRAE 90-75. He has presented and published over seventy technical papers, has conducted seminars on reflector design and light sources and has taught various illumination subjects. Mr. Lemons has been awarded 17 USA patents and several foreign patents in the field of optics and illumination.

His list of credits include Boston's Fenway Park; New York's Yankee Stadium and Philadelphia's Spectrum Arena as major sports lighting projects. He has provided office lighting designs for the Haworth Center, Holland, Michigan; PG&E Diablo Canyon Power Plant in California and Clark Equipment Company, South Bend, Indiana. He has provided exhibit lighting designs for several Haworth Showrooms; the MSPCA Macomber Farm, Framingham, Massachusetts and the Museum of Fine Arts, Portland, Maine. His optical design clients include Lam Lighting; The 3M Company; Haworth, Inc.; Macbeth Division, Kollmorgan Corporation; Black and Decker; Altman Stage Lighting Company and many others.

## TLA - Lighting Consultants, Inc.
Seven Pond Street  Salem, MA 01970   978-745-6870   Fax 978-741-4420



# Thomas M. Lemons, FIES, PE

## EDUCATION
BS in EE from Purdue University, 1956

## BUSINESS
1970 – Present: Founder and President of TLA-Lighting Consultants, Inc.
1979 – 2001: Co-Founder and President of ARC Sales, Inc.
1956 – 1970: Applications and Development Engineer at Lighting Division
Sylvania Electric Products, Inc.
1950 – 1956: Partner in Audio-Lite Company

## IESNA ACTIVITIES
Joined the IESNA (Illuminating Engineering Society of North America) as a student in 1956
Committee Membership:
1. Lamp Subcommittee of Aviation Committee, 1961-1964
2. Sports Lighting Committee, 1965-Present; Chairman 1970-1973
3. Theater, Television and Film Lighting Committee, 1965-Present; Chairman 1978-1981
4. Institutions Committee, 1969-1980, Chairman 1974-1977
5. Energy Management Committee, 1975-1984
6. Library Lighting Committee, 1980-1990; Chairman 1980-1984
7. Light Control and Luminaire Design Committee, 1982-Present; Chairman 1982-83/1990-94/2001-
8. Handbook Committee, Chairman 1989-1992
9. Local Arrangements Committee (Boston Conference), Chairman 1985-1986
10. Group Manager-Design and Applications, 1982-1984
11. Polarized Lighting Task Group, Chairman 1993-1999
12. DSA Committee, 1992-1995, Chairman 1994-1995
13. Technical Review Council, 1994-1996
New England Section -Board of Managers, 1971-1978; President 1975-1977
Northeast Region VP, 1979-1981
Vice President - Administration and Operation, 1987-1989
Elected Fellow, 1975
Board of Fellows,1976-1979, Chairman 1977-1979
Distinguished Service Award, 1983
Designer's Lighting Forum, 1971-1993; RVP Liaison 1979-1980

## PROFESSIONAL ACTIVITIES
Registered Professional Engineer in Massachusetts
Member of:
International Commission on Illumination
USA Member of Division 5 – Exterior and Specialty Lighting
Secretary, U. S. National Committee, 1999-2003
United States Institute for Theater Technology (Fellow)
International Dark-Sky Association
Listed in Who's Who In Engineering - Sixth Edition
Author of over seventy technical papers
17 U. S. and 5 Canadian Patent Awards

# TLA - Lighting Consultants, Inc.
Seven Pond Street  Salem, MA 01970   978-745-6870   Fax 978-741-4420

# TLA-Lighting Consultants, Inc.
7 Pond Street, Salem, MA 01970

## CLIENT LIST (partial)
Alm S. A.
Altman Stage Lighting Co.
Appleton Electric
Arc Lighting Systems
Bausch and Lomb
Cliplight Manufacturing Co.
Code 3
Crownlite Manufacturing Co.
Custom Lighting
Custom Metalcraft
Diamond Lights
Deep Sea Power and Light
Deposition Sciences, Inc.
Exide Electronics
Fusion Lighting
Fusion Systems Corp.
Hanovia Lamp
Haworth Inc.
Hi-Tek Div. Lithonia Lighting
House of Troy
Hubbell Lighting
Intrepid Lighting
Kliegal Brothers Lighting
Koehler Manufacturing
Kollmorgan Corp. (Macbeth Div. and Macbeth Color Div.)
Lam, Incorporated
Lampi Corporation
Lightcraft of California, Sterling Lighting Div.
Lighting and Electronics
Lighting Services Inc.
Linear Lighting
Litecontrol Corp.
Mycro Group Co., Musco Lighting Div.
Norelco Lighting Div. of Philips
Osram Sylvania Inc.
Qualite Sports Lighting Inc.
Rosco Laboratories
Simplex Time Recording co.
Space Age Electronics, Inc.
Spualding Lighting Corp.
Sunnlights, Inc.
UDEC Corporation



# Awards
## Thomas M. Lemons

U.S. Patents:

Spotlight Lamp No. 3,428,800

Sky Projector No. 3,762,083

High Intensity Spotlight No. 3,940,606 (RE 31,003)

High Intensity Indirect Lighting Fixture No. 3,950,638

Replaceable Light Source Assembly No. 4,536,832

Interior Indirect Lighting No. 4,569,003

Modulated Optical Energy Source No. 4,668,869

Outdoor Lighting System No. 4,864,476

Task Light No. 5,036,436

Asymmetric Sports Luminaire No. 5,313,379

Visual Signaling Device No. 5,390,095

Medical Device No. 5,485,319

Emergency Strobe Light No. 5,622,427

Glare Control Sports Lighting Luminaire No. 5,730,521

Emergency Strobe Light No. 5,865,527

Method and Apparatus for Leak Detection  No. 6,177,678

LED Inspection Lamp No. 6,979,104

Society of Motion Picture and Television Engineers – Journal
Honorable Mention Award for 1975

*IES of NA* - Distinguished Service Award in 1983

Made a Fellow of *IES* in 1975 and the *USITT* in 1979

Listed in *Who's Who in Engineering* - Sixth Edition

*ASHRAE* Award of Merit for STD 90-75

Patents 01-11-06

## TLA - Lighting Consultants, Inc.
Seven Pond Street  Salem, MA 01970    978-745-6870    Fax 978-741-4420



## PUBLICATIONS

### PUBLISHER:

OPTICAL DESIGN OF REFLECTORS - 3RD EDITION (1989)

### CONTRIBUTING EDITOR:

LIGHTING DESIGN AND APPLICATION
TENNIS INDUSTRY
SYLVANIA LIGHTING HANDBOOK
CHAPTER ON LIGHTING FOR PLANNING AREAS AND FACILITIES
        FOR HEALTH, PHYSICAL EDUCATION AND RECREATION
        (PUBLISHED IN 1984 BY AAHPER AND ATHLETIC INSTITUTE)
OPTICAL ENCYCLOPEDIA AND DIRECTORY
ASHRAE 90-75 MANUAL OF ACCEPTABLE PRACTICE
HAWORTH DEALER DIALOG
IEEE GRAY BOOK – CHAPTER 10, LIGHTING

### TECHNICAL PAPERS:

LABORATORY TESTING OF PANCAKE LIGHTS (1962)

QUARTZ-IODINE LAMP LIMITATIONS LEAD TO NEW DESIGNS (1964)

NEW LIGHT SOURCES AND ASSOCIATED OPTICAL DESIGNS FOR
THEATER AND TELEVISIONS (1965)

METALLIC VAPOR LAMPS IN CRITICAL COLOR APPLICATIONS (1966)

INDOOR LIGHTING FOR SPORTS AND RECREATIONAL ACTIVITIES (1967)

TUNGSTEN-HALOGEN REPLACEMENT LAMPS FOR STANDARD
        INCANDESCENT LAMPS (1967)

CHARACTERISTICS OF THEATRICAL LIGHTING EQUIPMENT USING
TUNGSTEN-HALOGEN LAMPS (1968)

FIXTURES - NEW CONCEPTS AND THEIR EXPANDING MARKET (1968)

STUDIO AND TELEVISION LUMINAIRE PERFORMANCE USING
        TUNGSTEN HALOGEN LAMPS (1968)

THE  RATING PROBLEM - LAMPS IN LUMINAIRES (1968)

# TLA - Lighting Consultants, Inc.

Seven Pond Street  Salem, MA 01970   978-745-6870   Fax 978-741-4420

TECHNICAL PAPERS – Page 2

TUNGSTEN-HALOGEN LAMP STUDIO TESTS (2 REPORTS) (1968)

APPLICATION OF TUNGSTEN-HALOGEN LAMPS IN THEATRICAL LUMINAIRES (1968)

LIGHTING FOR COLOR TELEVISION (1968)

A CONCLUSIVE REPORT ON HIGH WATTAGE TUNGSTEN-HALOGEN LAMPS (1969)

TELEVISION AND FILM APPLICATIONS OF TUNGSTEN-HALOGEN LAMPS (1969)

KNOW YOUR LIGHTS - BUT DON'T FORGET YOUR SHADOWS (1969)

TUNGSTEN-HALOGEN LAMPS - A TUTORIAL PAPER (1969)

SURVEY OF REMOTE LIGHTING SYSTEMS FOR COLOR TELEVISION (1969)

HIGH INTENSITY DISCHARGE LAMPS AND THEIR ENVIRONMENT (1970)

LIGHTS, CAMERA, ACTION (1970)

DESIGN PARAMETERS FOR TUNGSTEN-HALOGEN LAMP LUMINAIRES (1971)

A SEQUEL TO THE BALLAST STORY (1971)

A CHALLENGE TO THE LIGHTING INDUSTRY (1971)

SCALE MODELS USED IN LIGHTING SYSTEM DESIGN AND EVALUATION (1972)

EFFECTIVE USE OF ESI (1973)

CURRENT SOURCES FOR STADIUM LIGHTING (1973)

A LANDMARK CORPORATE SYMBOL (1973)

MODELS AND CONTRAST RENDITION FACTOR (1973)

TENNIS LIGHTING CONCEPTS (1973)

NEEDED: HID BALLAST CERTIFICATION DATA (1973)

THE LATEST IN SOURCES (1974)

OPTIMIZING OUTDOOR RECREATIONAL LIGHTING DESIGN (1974)

A NEW DAYLIGHT LIGHT SOURCE (1974)

TECHNICAL PAPERS – Page 3

MORE ABOUT HMI LIGHTING AT PHOTOKINA '74 (1974)

TV NEWS APPLICATIONS OF HMI LAMPS (1974)

HID LAMP FLICKER PROBLEMS (1974)

SCALE MODELS USED TO DEMONSTRATE ESI PERFORMANCE DIFFERENCES (1975)

A NEW HID BALLAST CONCEPT (1975)

NEW CONCEPTS IN NEWS FILM AND TV REMOTE LIGHTING SYSTEMS (1975)

INTENT AND EXTENT - THE ENERGY TRADEOFFS (1975)

THE DEVELOPMENT OF AN ENERGY PERFORMANCE STANDARD (1975)

LIGHTING SYSTEM APPLICATIONS WHICH MEET INTERIOR DESIGN CONSIDERATIONS (1976)

SCALE MODELS USED TO INVESTIGATE OFFICE TASK LIT SYSTEMS FURNITURE (1977)

IMPROVED OPERATION OF HID LAMPS (1978)

HMI LAMPS (1978)

CAN VISUAL CLARITY BE ILLUSTRATED (1978)

TRENDS IN OPTICAL TECHNOLOGY - LIGHTING (1979)

A GUIDE FOR THE LIGHTING DESIGN OF OPEN PLAN OFFICES (1979)

EXPLORING INDIRECT LIGHTING (1979)

DESIGN FACTORS FOR REFLECTORS (1980)

VISUAL NEEDS, RELATIONSHIP OF LIGHT, SET PROCEDURE FOR OPEN PLAN LIGHTING (1980)

OPEN PLAN OFFICE LIGHTING (1980)

LIGHTING DEVELOPMENTS EXHIBITED AT PHOTOKINA 1980 (1980)

SELECTING LIGHTING SYSTEMS (1981)

ENERGY SAVING LIGHTING SYSTEM DESIGN (1982)

EVALUATION OF FLICKER IN INTERIOR ILLUMINATION (1982)

TECHNICAL PAPERS – Page 4

SOURCES OF DISCOMFORT/ANNOYANCE (1982)

LENSES WHICH IMPROVE SKYLIGHT PERFORMANCE (1983)

FLICKER IN LIGHT SOURCES CAN BE A PROBLEM (1984)

LIGHT SOURCES, INCOHERENT (1984)

LIGHTING AND CRT'S (1984)

TASK LIGHTS OR NICHE LIGHTS? (1984)

SELECTED LAMPS (1985)

TRIAMBIENT LIGHTING VERSUS CEILING LIGHTING (1985)

UPDATE ON FLUORESCENTS (1985)

HID LAMP STARTERS AND IGNITORS (1986)

INDIRECT RIM LIGHTING FOR BUILDING INTERIORS (1987)

SPECTRAL AND TEMPORAL CHARACTERISTICS OF LIGHT SOURCES (1988)

SURGICAL LIGHTING OVERVIEW (1990)

CONTINUOUS LIGHTING FOR HIGH SPEED PHOTOGRAPHY (1991)

ENERGY EFFICIENT LIGHTING OPTIONS (1992)

SURGICAL LIGHTS (1993)

THE ELLIPSOIDAL SHOOT OUT - VARIABILITY OF LAMPS (1993)

POLARIZED LIGHTING - BASIC CONCEPTS (1995)

FACADE LIGHTING TO ENHANCE BUILDING ARCHITECTURE (1995)

OUTDOOR SPORTS LIGHTING LUMINAIRE POSITIONS (1995)

NOVEL LIGHTING INDUSTRY COATING APPLICATIONS (1995)

ELECTRONIC BALLASTS FOR HID LAMPS (1995)

MODELING FOR SPORTS LIGHTING (1999)

EXTERIOR LUMINAIRE BEAM PATTERNS (2005)

Rev. 3/06