EXHIBIT B

# IES LIGHTING HANDBOOK

## 1984     Reference Volume

**JOHN E. KAUFMAN, PE, FIES**
*Editor*

**JACK F. CHRISTENSEN**
*Associate Editor*

Published by
ILLUMINATING ENGINEERING SOCIETY OF NORTH AMERICA
345 East 47th Street, New York, N.Y. 10017

Copyright 1984 by the

**ILLUMINATING ENGINEERING SOCIETY OF NORTH AMERICA**

*Reproduction of text or illustrations may be made only
with the specific permission of the Society*

ISBN 0-87995-015-3
Library of Congress Catalog Card Number: 84-81835

Second printing: March, 1990

PRINTED IN THE UNITED STATES OF AMERICA

faces based on the average flux transfer between surfaces.

**fog (adverse-weather) lamps:** units which may be used in lieu of headlamps or in connection with the lower beam headlights to provide road illumination under conditions of rain, snow, dust or fog.

**follow spot:** any instrument operated so as to follow the movement of an actor. Follow spots are usually high intensity controlled beam luminaires.

**footcandle, fc:** the unit of illuminance when the foot is taken as the unit of length. It is the illuminance on a surface one square foot in area on which there is a uniformly distributed flux of one lumen, or the illuminance produced on a surface all points of which are at a distance of one foot from a directionally uniform point source of one candela. See Fig. 1-2.

**footcandle meter:** See *illuminance meter.*

**footlambert, fL:** a unit of luminance equal to $1/\pi$ candela per square foot, or to the uniform luminance of a perfectly diffusing surface emitting or reflecting light at the rate of one lumen per square foot, or to the average luminance of any surface emitting or reflecting light at that rate. See *units of luminance.* The use of this unit is deprecated.

> NOTE: The average luminance of any reflecting surface in footlamberts is, therefore, the product of the illumination in footcandles by the luminous reflectance of the surface.

**footlights:** a set of striplights at the front edge of the stage platform used to soften face shadows cast by overhead luminaires and to add general toning lighting from below.

**form factor, $f_{1-2}$:** the ratio of the flux directly received by surface 2 (and due to lambertian surface 1) to the total flux emitted by surface 1. It is used in *flux transfer theory.*

$$f_{1-2} = (\Phi_{1-2})/(\Phi_1)$$

**formation light:** a navigation light especially provided to facilitate formation flying.

**fovea:** a small region at the center of the retina, subtending about two degrees, containing only cones but no rods and forming the site of most distinct vision.

**foveal vision:** See *central vision.*

**Fresnel spotlight:** a luminaire containing a lamp and a Fresnel lens (stepped "flat" lens with a textured back) which has variable field and beam angles obtained by changing the spacing between lamp and lens (flooding and spotting). The Fresnel produces a smooth, soft edge, defined beam of light.

**fuselage lights:** aircraft aeronautical lights, mounted on the top and bottom of the fuselage, used to supplement the navigation light.

## G

**gas-filled lamp:** an incandescent lamp in which the filament operates in a bulb filled with one or more inert gases.

**gaseous discharge:** the emission of light from gas atoms excited by an electric current.

**general color rendering index ($R_a$):** measure of the average shift of 8 standardized colors chosen to be of intermediate saturation and spread throughout the range of hues. If the Color Rendering Index is not qualified as to the color samples used, $R_a$ is assumed.

**general diffuse lighting:** lighting involving luminaires which distribute 40 to 60 per cent of the emitted light downward and the balance upward, sometimes with a strong component at 90 degrees (horizontal). See *direct-indirect lighting.*

**general lighting:** lighting designed to provide a substantially uniform level of illumination throughout an area, exclusive of any provision for special local requirements. See *direct lighting, semi-direct lighting, general diffuse lighting, direct-indirect lighting, semi-indirect lighting, indirect lighting, ceiling area lighting, localized general lighting.*

**general purpose floodlight (GP):** a weatherproof unit so constructed that the housing forms the reflecting surface. The assembly is enclosed by a cover glass.

**germicidal effectiveness:** See *bactericidal effectiveness.*

**germicidal efficiency of radiant flux:** See *bactericidal efficiency of radiant flux.*

**germicidal exposure:** See *bactericidal exposure.*

**germicidal flux and flux density:** See *bactericidal flux and flux density.*

**germicidal lamp:** a low pressure mercury lamp in which the envelope has high transmittance for 254-nanometer radiation. See *bactericidal lamp.*

**glare:** the sensation produced by luminance within the visual field that is sufficiently greater than the luminance to which the eyes are adapted to cause annoyance, discomfort, or loss in visual performance and visibility. See *blinding glare, direct glare, disability glare, discomfort glare.*

> NOTE: The magnitude of the sensation of glare depends upon such factors as the size, position and luminance of a source, the number of sources and the luminance to which the eyes are adapted.

**globe:** a transparent or diffusing enclosure intended to protect a lamp, to diffuse and redirect its light, or to change the color of the light.

**glossmeter:** an instrument for measuring gloss as a function of the directionally selective reflecting properties of a material in angles near to and including the direction giving specular reflection.

**glow discharge:** an electric discharge characterized by a low, approximately constant, current density at the cathode, low cathode temperature, and a high, approximately constant, voltage drop.

**glow factor:** a measure of the visible light response of a fluorescent material to "black light." It is equal to $\pi^*$ times the luminance in candelas per square meter produced on the material divided by the in-

---

*$\pi$ is omitted when the luminance is in footlamberts and flux density is in milliwatts per square foot.

the incident flux leaves a surface or medium from the incident side, without change in frequency.
> NOTE: Reflection is usually a combination of regular and diffuse reflection. See *regular (specular) reflection, diffuse reflection and veiling reflection.*

**reflectivity:** reflectance of a layer of a material of such a thickness that there is no change of reflectance with increase in thickness.

**reflectometer:** a photometer for measuring reflectance.
> NOTE: Reflectometers may be visual or physical instruments.

**reflector:** a device used to redirect the luminous flux from a source by the process of reflection. See *retroreflector.*

**reflector lamp:** an incandescent filament or electric discharge lamp in which the outer blown glass bulb is coated with a reflecting material so as to direct the light (*e.g.*, R- or ER-type lamps). The light transmitting region may be clear, frosted, patterned or phosphor coated.

**reflex reflector:** See *retro-reflector.*

**refraction:** the process by which the direction of a ray of light changes as it passes obliquely from one medium to another in which its speed is different.

**refractor:** a device used to redirect the luminous flux from a source, primarily by the process of refraction

**regions of electromagnetic spectrum:** for convenience of reference the electromagnetic spectrum is arbitrarily divided as follows:

| Vacuum ultraviolet | |
|---|---|
| Extreme ultraviolet | 10–100 nm |
| Far ultraviolet | 100–200 nm |
| Middle ultraviolet | 200–300 nm |
| Near ultraviolet | 300–380 nm |
| Visible | 380–770 nm |
| Near (short wavelength) infrared | 770–1400 nm |
| Intermediate infrared | 1400–5000 nm |
| Far (long wavelength) infrared | 5000–1,000,000 nm |

> NOTE: The spectral limits indicated above have been chosen as a matter of practical convenience. There is a gradual transition from region to region without sharp delineation. Also, the division of the spectrum is not unique. In various fields of science the classifications may differ due to the phenomena of interest.

**regressed luminaire:** a luminaire mounted above the ceiling with the opening of the luminaire above the ceiling line. See *flush-mounted, surface-mounted, suspended* and *troffer.*

**regular (specular) reflectance:** the ratio of the flux leaving a surface or medium by regular (specular) reflection to the incident flux. See *regular (specular) reflection.*

**regular (specular) reflection:** that process by which incident flux is re-directed at the specular angle. See *specular angle.*

**regular transmission:** that process by which incident flux passes through a surface or medium without scattering. See *regular transmittance.*

**regular transmittance:** the ratio of the regularly

transmitted flux leaving a surface or medium to the incident flux.

**relative contrast sensitivity RCS:** the relation between the reciprocal of the luminous contrast of a task at visibility threshold and the background luminance expressed as a percentage of the value obtained under a very high level of diffuse task illumination.

**relative erythemal factor:** See *erythemal efficiency of radiant flux.*

**relative luminosity:** previously used term for *spectral luminous efficiency of radiant flux.*

**relative luminosity factor:** previously used term for *spectral luminous efficiency of radiant flux.* ...

**resolving power:** the ability of the eye to perceive the individual elements of a grating or any other periodic pattern with parallel elements. It is measured by the number of cycles per degree that can be resolved. The resolution threshold is the period of the pattern that can be just resolved. Visual acuity, in such a case, is the reciprocal of one-half of the period expressed in minutes. The resolution threshold for a pair of points or lines is the distance between them when they can just be distinguished as two, not one, expressed in minutes of arc.

**resultant color shift:** the difference between the perceived color of an object illuminated by a test source and that of the same object illuminated by the reference source, taking account of the state of chromatic adaptation in each case; *i.e.*, the resultant of colorimetric shift and adaptive color shift.

**retina:** a membrane lining the more posterior part of the inside of the eye. It comprises photoreceptors (cones and rods) that are sensitive to light and nerve cells that transmit to the optic nerve the responses of the receptor elements.

**retro-reflector (reflex reflector):** a device designed to reflect light in a direction close to that at which it is incident, whatever the angle of incidence.

**rhythmic light:** a light, when observed from a fixed point, having a luminous intensity that changes periodically. See *equal interval light, flashing light, group flashing light, interrupted quick-flashing light, quick flashing light, occulting light.*

**ribbon filament lamp:** an incandescent lamp in which the luminous element is a tungsten ribbon.
> NOTE: This type of lamp is often used as a standard in pyrometry and radiometry.

**rods:** retinal receptors which respond at low levels of luminance even down below the threshold for cones. At these levels there is no basis for perceiving differences in hue and saturation. No rods are found in the center of the fovea.

**room cavity:** the cavity formed by the plane of the luminaires, the work-plane, and the wall surfaces between these two planes.

**room cavity ratio, RCR:** a number indicating room cavity proportions calculated from length, width and height. See Section 9.

**room index:** a letter designation for a range of room ratios.

**room ratio:** a number indicating room proportions,

# EXHIBIT C

# IES LIGHTING HANDBOOK

## 1987      Application Volume

**JOHN E. KAUFMAN, PE, FIES**
*Editor*

**JACK F. CHRISTENSEN**
*Associate Editor*

*Published by*
**ILLUMINATING ENGINEERING SOCIETY OF NORTH AMERICA**
345 East 47th Street, New York, N. Y. 10017

Copyright 1987 by the

# ILLUMINATING ENGINEERING SOCIETY OF NORTH AMERICA

*Reproduction of text or illustrations may be made only with the specific permission of the Society*

Authorization to photocopy articles for internal or personal use of specific clients is granted by IES for libraries and other users registered with Copyright Clearance Center (CCC) Transactional Reporting Service, provided that a base fee of $2.00 and $1.00 fee per page copy is paid directly to CCC, 21 Congress Street, Salem, MA 01970. IES fee code: 0360-6325/86. This consent does not extend to other kinds of copying, such as that for purposes of general distribution, for advertising or promotion, for creating new collective works, or for resale.

ISBN 0-87995-024-2

Library of Congress Catalog Card Number: 86-082876

Second printing: February, 1989

PRINTED IN THE UNITED STATES OF AMERICA

by patient or nurse; however, when left on continuously, the luminance produced in the surrounding field of darkness is sometimes a source of annoyance to patients wishing to sleep.

For continuous use, the night-light recommended incorporates a low-brightness luminaire with louvered or refractive cover, flush wall type, installed so that its center is approximately 360 millimeters (14 inches) above the floor to direct a low illuminance along the floor where it is needed for walking or moving about in the room.

The important criterion for night lighting is limiting the source luminance. This luminance should not exceed 70 candelas per square meter (6.5 candelas per square foot) for continuous use, or 200 candelas per square meter (19 candelas per square foot) for a short time.

*Examination.* The lighting for examining patients in their rooms should be of a color quality that will not distort skin or tissue color, of a directionality to permit careful inspection of surfaces and cavities, and shadowless. When curtains are used to isolate a patient, others in the room are protected from the examining lamp; however, whether fixed or portable, the examination lighting should be confined to the bed area and provide adequate lighting in the center of a circular area 0.6 meter (2 feet) in diameter.

Examination lights are defined as those luminaires used for minor medical procedures outside the operating room. Examples of these procedures would be tissue examination and suture removal. The range of examination/treatment units varies from a simple "gooseneck" lamp to a luminaire having qualities similar to an operating room unit, depending on the complexity and nature of the visual task. The following criteria should be considered when selecting luminaires for examination:

**1.** *Distance:* adequate illumination should be available at a distance of 1070 millimeters (42 inches). In treatment rooms, the focal length of the luminaire should be compatible with the task to be observed, typically 600 to 910 millimeters (24 to 36 inches).

**2.** *Radiation:* for patient safety and comfort, the luminaire should be designed with a heat filtration system. At maximum intensity, the lighting unit at a distance of 1060 millimeters (42 inches) from the field should produce no more than 25,000 microwatts per square centimeter in the field.

**3.** *Color Correction:* the luminaire should provide good color rendition of tissue. Color temperature should be between 3500 and 6700 kelvins.

**4.** *Mobility:* the unit should move freely and be easily positioned with one hand. Once the luminaire is positioned, the mounting system should permit it to remain stationary without drifting. Articulation of the unit should require 2.3 kilograms [five pounds] or less of force by the user.

**5.** *Safety:* safety of the user and patient should be addressed by considering (a) surface temperatures of the luminaire, (b) tipping-hazard, (c) electrical safety, and (d) durability of external surfaces. The placement of fixed, flexible arm units should be reviewed carefully, especially with older patients who may reach out to use the arm for support, which it will not provide.

*Patient Use.* Patient use implies control by the patient for reading, visiting, self-care or viewing television. This control must be limited to



**Fig. 7-6.** Patient room lighting in multiple occupancy accommodation. Note one patient reading while another sleeps under reduced illumination.



IES LIGHTING HANDBOOK
1987 APPLICATION VOLUME



**Fig. 7-8.** Critical care room. Wall brackets contain two fluorescent lamps for indirect general lighting, one fluorescent lamp as a downlight for reading, and an incandescent night-light for surveillance from the nurses' station. Two 325-watt tungsten halogen lamps in ellipsoidal reflectors are also provided for indirect examination light.

port resuscitation, hemorrhage, or any other anticipated emergency situations which can be anticipated.

The illumination should enable the observer to note (1) changes in contour and color, (2) the prominence of veins on the neck, and (3) the presence of yellow tints in the patients' eyes, if possible. Good color rendering is important so that the patients' complexion will have a true appearance. Thus, only improved color fluorescent lamps should be used. See Fig. 7-8.

While the demands for visual tasks in these units may be great, the well-being of the patient must also be carefully considered in planning. For example, the minimum requirements of construction from the Health Resources Administration (*79-1450*) require the provision of windows to enable *each* patient to be cognizant of the outdoor environment. Yet the provision of illumination by this means is not important.

The general lighting should be capable of being dimmed. It should be located so that neither the prone patient, nor the one sitting with an elevated backrest, will be subjected to glare. In addition to general lighting, there should be lighting for examinations by the physician. Also, some type of surgical task light should be readily available to provide higher illuminances for emergency procedures.

Most of these facilities contain a handwashing area.

The nursing station is usually fully visible to the patient, so that luminaires below the counter or shelf should be shielded.

Monitoring devices (see Fig 7-9) should be studied so that there will be adequate illumination for reading them. This also includes a review of their placement and whether or not they are internally illuminated.

**Children's Section (Pediatric).** The child admitted to the hospital for the first time may feel dwarfed by its huge size and depressed by the concentration of suffering. Strange equipment may be frightening and may alarm ill patients or intensify anxiety. For this reason the pediatric section or department should be provided with

**Fig. 7-9.** Nursing station in critical care unit. Note the lighting beneath the counter and out of the patient's view. Also, monitoring devices are easily visible.



# EXHIBIT D

**8TH EDITION**

# LIGHTING HANDBOOK

## REFERENCE & APPLICATION

MARK S. REA, Ph.D. FIES
EDITOR-IN-CHIEF
RENSSELAER POLYTECHNIC INSTITUTE

ILLUMINATING ENGINEERING SOCIETY OF NORTH AMERICA
NEW YORK

*Managing Editor*: Judith Block
*Production Manager*: Judith Block
*Editorial Assistant*: John Bullough
*Copyeditor*: Joseph C. Fineman
*Illustrators*: Bruce Kaiser and DeWitt Gorman
*Indexer*: Robert J. Richardson
*Typesetting and graphics*: Science Typographers, Inc.
*Marketing*: Beth Bay
*Cover design*: Tony Picco

LIGHTING HANDBOOK, Eighth Edition

Copyright © 1993 by the Illuminating Engineering Society of North America.

All rights reserved. Authorization to photocopy items for internal or personal use, or the internal or personal use of specific clients, is granted by IESNA provided that the base fee of $5.00 per copy plus $2.00 per page per copy is paid directly to CCC, 27 Congress Street, Salem, MA 01970. When submitting payment please indicate the publication material was taken from, the page numbers, and the ISBN of the publication.

This consent does not extend to any other kinds of copying and the publication may not be duplicated in any other way without the express written consent of the publisher. This includes, but is not limited to, duplication in other publications, databases or any other medium for purposes of general distribution for resale. Making copies of this book, or any portion for any purposes other than personal use, is a violation of United States copyright laws and will be subject to penalty.

ISBN 0-87995-102-8

Library of Congress Catalog Card Number: 93-78569

Printed in the United States of America.

The Illuminating Engineering Society of North America welcomes your comments. Please send all correspondence to:

Publications Department
IESNA
120 Wall Street, 17th Floor
New York, NY 10005

 

**Fig. 17-7.** Patient room lighting. Left: Reading light, which positions light directly onto the patient's reading material with no reflected glare. Right: Examination light, which can be controlled with a wall switch by hospital staff, utilizes compact fluorescent lamps for excellent color rendition.

lighting, should be at least equal to the illuminance in $1/p$ lux on the reading matter.

The luminance of the reading lamp and of any surface illuminated by it, as seen from the patient's bed or any normal reading position, should be less than 310 $cd/m^2$ (30 $cd/ft^2$). This condition is admittedly difficult to satisfy and entails a careful choice of luminaire and built-in limitations to its movement. See figure 17-7.

*Housekeeping.* A very important consideration is the lighting for housekeeping functions. Housekeepers need to see dust or dirt to remove it, including that beneath the furniture. Oblique lighting should be provided over horizontal surfaces to observe dust.

*Nursing Stations.* In most hospitals a nursing unit is coordinated around a nursing station (see figure 17-8). Here charts are stored, read and written. A desk or shelf is invariably provided, usually against some type of counter or below a hung cabinet. Lighting mounted beneath this counter should provide for the task. It should be so arranged that it supplements the overall illumination of the station.

Some of this lighting will be in continuous use, night and day, and this should be considered in the lighting plan for the station. Usually, although by no means universally, when the nursing station is not visible from any of the patient accommodations, general ceiling



**Fig. 17-8.** Lighting at a nurses' station is multilevel, to allow for a higher illumination during the day and a lower level at night. The lighting is designed to allow for the critical task of reading patient information from the computer screen. Undercounter task lights also function as night lights.

sources remain lighted during the night hours. Also the luminaires beneath counters, placed so that a person sitting at the desk is shielded from glare, should not be within the patient's direct view.

As the nurse must make frequent trips from the station to patient's rooms as well as to service loca-