# EXHIBIT 4

| CLAIM TERM AT ISSUE | PROPER CONSTRUCTION |
|---|---|
| "means for ceiling-mounting said body" | Covers a flange and/or mounting holes, and equivalents. |
| "oriented to direct light" | to set or arrange to direct light |
| "downwardly" | a direction below the light system |
| "a selected reading area" | an area below the light system in which a person may read |
| "downwardly and outwardly" | a direction below and away from the light system |
| "whereby light is reflected back" | whereby light is redirected |
| "broad area" | a large area |
| "a selected patient examination area" | an area below the light system in which a person may be examined |
| "reflector" | a device that redirects light |
| "fluorescent assembly" | unit of lamps and sockets |
| "light distribution pattern" | the pattern of light emitted from a fluorescent light |
| "glare" | the sensation produced by luminance within the visual field that is sufficiently greater than the luminance to which the eyes are adapted to cause annoyance, discomfort or loss in visual performance and visibility |