UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GENLYTE THOMAS GROUP LLC,

      Plaintiff,

v.

ARCHITECTURAL LIGHTING
SYSTEMS, a division of ARCH
LIGHTING GROUP,

      Defendant.

Civil Action No. 05-CV-10945 REK

## DEFENDANT'S MOTION TO CHANGE DATE OF THE MARKMAN HEARING

Defendant, Arch Lighting Group, Inc. (ALS) hereby moves the court to change the date set for the Markman hearing in this case. On December 5, 2005, the Court set the date of June 14, 2006 for a Markman hearing with respect to the interpretation of claims of the patent in suit. ALS recently engaged an expert witness, Dr. Ian Lewin, to provide testimony regarding claim interpretation in this case. Dr. Lewin has submitted two reports in connection with the claim interpretation proposed by ALS. Dr. Lewin has a previous commitment outside the United States during the month of June, including June 14, the date scheduled for the Markman hearing. Therefore, ALS respectfully requests that the Court amend the scheduling order of December 5, 2005 to move the date of the Markman hearing to Wednesday, August 9, 2006 at 9:30 am so that Dr. Lewin can be available to testify. Counsel for Plaintiff, Genlyte Thomas Group LLC, has assented to this motion and to the proposed date and time.

Respectfully submitted,

Dated: June 6, 2006

*/s/ Brett N. Dorny*

Brett N. Dorny, BBO# 628,977
Law Office of Brett N. Dorny
386 West Main Street, Suite 12A
Northborough, Massachusetts 01532
508-709-0501
bndorny@dornylaw.com

Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 6, 2006.

*/s/ Brett N. Dorny*
Brett N. Dorny

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GENLYTE THOMAS GROUP LLC,<br><br>        Plaintiff,<br>    v.<br><br>ARCHITECTURAL LIGHTING SYSTEMS, a division of ARCH LIGHTING GROUP,<br><br>        Defendant. | Civil Action No. 05-CV-10945 REK |

[PROPOSED] ORDER

Upon due consideration, Defendant's Motion to Change Date of the Markman Hearing is hereby GRANTED. The Markman hearing is set for Wednesday, August 9, 2006, at 9:30 a.m.

SO ORDERED this ____ day of _____, 2006.

_____
Honorable Robert E. Keeton
U.S. District Judge