```
                    UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MASSACHUSETTS


                                        Civil Action
                                        No. 05-10945-WGY



* * * * * * * * * * * * * * * * * *
                                  *
GENLYTE THOMAS GROUP LLC,          *
                                  *
   Plaintiff/Counterclaim Defendant, *
                                  *
     v.                            *   MARKMAN HEARING
                                  *
ARCHITECTURAL LIGHTING SYSTEMS,    *
a division of ARCH LIGHTING GROUP, *
                                  *
   Defendant/Counterclaimant.      *
                                  *
* * * * * * * * * * * * * * * * * *

              BEFORE:  The Honorable William G. Young,
                       District Judge



APPEARANCES:

          CESARI and MCKENNA, LLP (By Kevin Gannon,
     Esq.), 88 Black Falcon Avenue, Boston,
     Massachusetts 02210
             - and -
          MIDDLETON REUTLINGER (By James R. Higgins,
     Jr., Esq.), 2500 Brown & Williamson Tower,
     Louisville, Kentucky 40202-3410, on behalf of the
     Plaintiff/Counterclaim Defendant

          LAW OFFICE OF BRETT N. DORNY (By Brett N.
     Dorny, Esq.), 386 West Main Street, Suite 12A,
     Northborough, Massachusetts 01532, on behalf of
     Defendant/Counterclaimant


                                   1 Courthouse Way
                                   Boston, Massachusetts

                                   June 30, 2006
```