UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GENLYTE THOMAS GROUP LLC,

       Plaintiff/Counterclaim Defendant,

   v.

ARCHITECTURAL LIGHTING SYSTEMS, a
division of ARCH LIGHTING GROUP,

       Defendant/Counterclaimant.

Civil Action No.  05-CV-10945 REK

**DEFENDANT'S MOTION IN LIMINE REGARDING EXPERTS**

Pursuant to Fed. R. Civ. P. 37(c), Defendant, Arch Lighting Group, Inc. ("ALS"), hereby
moves to preclude Plaintiff, Genlyte Thomas Group LLC ("Genlyte Thomas"), from offering the
testimony of Michael E. Tate and Thomas M. Lemons in connection with any motion, hearing or
trial in this case.  As set forth more fully in the accompanying memorandum, Genlyte Thomas
failed to identify Mr. Tate and Mr. Lemons as expert witnesses and to provide expert reports in a
timely manner as required by Fed R. Civ. P. 26(a)(2)(c) and L.R. 26.4(a).  Furthermore, in
violation of the terms of the Protective Order entered by the court in this case. Genlyte Thomas
provided confidential documents and information to these persons without prior notice to ALS.
Accordingly, testimony from Mr. Tate and Mr. Lemons should be excluded.

Alternatively, if the Court determines that preclusion of testimony would be too onerous
a sanction, ALS requests that the Court allow ALS to depose Mr. Tate and Mr. Lemons and grant
ALS time to identify experts and provide expert reports to contradictory facts.

Respectfully submitted,

Dated:  November 7, 2006                    _s/ Brett N. Dorny_____
                                            Brett N. Dorny,  BBO# 628,977
                                            Law Office of Brett N. Dorny
                                            386 West Main Street, Suite 12A
                                            Northborough, Massachusetts  01532
                                            508-709-0501
                                            bndorny@dornylaw.com

                                            Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 7, 2006.

                                            _s/ Brett N. Dorny_____
                                            Brett N. Dorny

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GENLYTE THOMAS GROUP LLC,

        Plaintiff/Counterclaim Defendant,

    v.

ARCHITECTURAL LIGHTING SYSTEMS, a
division of ARCH LIGHTING GROUP,

        Defendant/Counterclaimant.

Civil Action No.  05-CV-10945 REK

**<u>PROPOSED ORDER</u>**

Upon due consideration, Defendant's Motion in Limine Regarding Experts is hereby

GRANTED.  Genlyte Thomas is precluded from presenting the testimony of Michael E. Tate and

Thomas M. Lemons with respect to any trial, hearing or motion in this case.

SO ORDERED this _____ day of _____, 2006.

_____
Honorable William G. Young
U.S. District Judge