UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GENLYTE THOMAS GROUP LLC,
a Delaware Limited Liability Company
Plaintiff,

v.

ARCHITECTURAL LIGHTING SYSTEMS, a
division of ARCH LIGHTING GROUP, a
Rhode Island Corporation

Defendant.

Civil Action No. 05-CV-10945 WJY

**[Proposed] ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY
JUDGMENT OF NONINFRINGEMENT AND FOR ATTORNEY FEES**

This matter is before the Court on the motion by Defendant, Arch Lighting Group, Inc. ("ALS") for Summary Judgment of Noninfringement and for Attorney Fees ("ALS' Motion"). The Court, having reviewed and considered the parties' respective memoranda and supporting material, and any responses thereto, and the entire Record in this cause, and otherwise being duly and sufficiently advised,

The Court FINDS that there are genuine issues of material fact with respect to ALS' Motion; and

IT IS HEREBY ORDERED AND ADJUDGED that ALS' Motion be, and it hereby is, DENIED in its entirety.

SO ORDERED this _____ day of _____, 2006.

-2-

TENDERED BY:


  /s/ John L. Capone
Counsel for Plaintiff,
Genlyte Thomas Group LLC