AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

GENLYTE THOMAS GROUP LLC,
a Delaware Limited Liability Company
      Plaintiff,

v.

ARCHITECTURAL LIGHTING SYSTEMS a
division of ARCH LIGHTING GROUP, a
Rhode Island Corporation
      Defendant.

**APPEARANCE**

Case Number: 05-10945(WGY)

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    GENLYTE THOMAS GROUP LLC

I certify that I am admitted to practice in this court.

| 1/3/2007 | *[signature]* |
|---|---|
| Date | Signature |
| | Kevin Gannon      #640931 |
| | Print Name      Bar Number |
| | Cesari and McKenna LLP, 88 Black Falcon Avenue |
| | Address |
| | Boston      MA      02210 |
| | City      State      Zip Code |
| | (617) 951-2500      (617) 951-3927 |
| | Phone Number      Fax Number |

*[Filed stamp: 2007 JAN -3 P 4:34 U.S. DISTRICT COURT DISTRICT OF MASS. FILED IN CLERKS OFFICE]*