UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GENLYTE THOMAS GROUP LLC,<br><br>   Plaintiff/Counterclaim Defendant,<br>v.<br><br>ARCHITECTURAL LIGHTING SYSTEMS, a division of ARCH LIGHTING GROUP,<br><br>   Defendant/Counterclaimant. | Civil Action No. 05-CV-10945 WGY |

**DEFENDANT'S PROPOSED JURY VERDICT FORM**

Defendant, Arch Lighting Group, Inc. ("ALS") hereby requests that the Special Verdict Form attached hereto as Exhibit A be submitted to the jury.

Respectfully submitted,

Dated:  January 19, 2007

_s/ Brett N. Dorny_____
Brett N. Dorny,  BBO# 628,977
Law Office of Brett N. Dorny
386 West Main Street, Suite 12A
Northborough, Massachusetts  01532
508-709-0501
bndorny@dornylaw.com
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by facsimile and mail to those indicated as non-registered participants on January 19, 2007.

_s/ Brett N. Dorny_____
Brett N. Dorny

**EXHIBIT A**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GENLYTE THOMAS GROUP LLC,<br><br>　　　Plaintiff/Counterclaim Defendant,<br>v.<br><br>ARCHITECTURAL LIGHTING SYSTEMS, a division of ARCH LIGHTING GROUP,<br><br>　　　Defendant/Counterclaimant. | Civil Action No. 05-CV-10945 WGY |

**SPECIAL VERDICT FORM**

1.　Did Genlyte Thomas Group LLC prove by a preponderance of the evidence that the following products of Arch Lighting Group, Inc. infringe any claim of U.S. Patent No. 5,038,254?

| | | |
|---|---|---|
| MulTMed 2x4 | Yes ____ | No ____ |
| MulTMed 2x2 reading/ambient | Yes ____ | No ____ |
| MulTMed 2x2 ambient/exam | Yes ____ | No ____ |
| Latitude Exam/Ambient | Yes ____ | No ____ |

*If you answered "No" with respect to all of the products above, skip to question number 4.*

2.　What damages, if any, did Genlyte Thomas Group LLC prove by a preponderance of the evidence were the result of infringement of U.S. Patent No. 5,038,254 by the products for which you answered "Yes" in question number 1? _____

1

3.  Did Genlyate Thomas Group LLC prove by a preponderance of the evidence that the infringement by Arch Lighting Group, Inc. was wilfull?

4.  Did Arch Lighting Group, Inc. prove by a preponderance of the evidence that Genlyte Thomas Group LLC interferred with its potential business relationships?   Yes ____    No ___

5.  If you answered "Yes" to question number 4, what damages, if any, did Arch Lighting Group, Inc. prove by a preponderance of the evidence resulted from Genlyte Thomas Group LLC's interefence with the potential business relationships? _____

Date: _____          _____
                                    Jury Foreperson