UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GENLYTE THOMAS GROUP LLC,<br>a Delaware Limited Liability Company<br>　　　　　　Plaintiff,<br><br>v.<br><br>ARCHITECTURAL LIGHTING SYSTEMS, a<br>division of ARCH LIGHTING GROUP, a Rhode<br>Island Corporation<br><br>　　　　　　Defendant. | Civil Action No. 05-CV-10945 WGY |

## **GENLYTE THOMAS' PROPOSED JURY VERDICT FORM**

Plaintiff Genlyte Thomas Group LLC. submits the Proposed Jury Verdict Form subject to the right to request that it be revised to comfort with the evidence presented at trial.

Respectfully submitted,

GENLYTE THOMAS GROUP LLC

By Its Attorneys,

/s/ Kevin Gannon
James E. Milliman (Pro hac vice)
James R. Higgins, Jr. (Pro hac vice)
Robert J. Theuerkauf (Pro hac vice)
MIDDLETON REUTLINGER
2500 Brown & Williamson Tower
Louisville KY  40202
Telephone:  (502) 584-1135
Facsimile:  (502) 561-0442

-and-

Thomas C. O'Konski  BBO#337475
Kevin Gannon  BBO#640931
Cesari and McKenna, LLP
88 Black Falcon Avenue
Boston, MA  02210
Telephone:  (617) 951-2500
Facsimile:  (617) 951-3927

# **VERDICT FORM 1**

1. Has the plaintiff Genlyte Thomas Group LLC proven by a preponderance of the evidence that the defendant Architectural Lighting Systems, Inc. has literally infringed claim 1 of the '254 Patent.

| ALS' PRODUCTS | YES | NO |
|---|---|---|
| MT2 | | |
| MT1D | | |
| MT1E | | |
| Latitude | | |

Next proceed to Verdict Form 2.

All twelve jurors agree with this Verdict Form 1.

_____
Foreperson

## VERDICT FORM 2

2. Has the plaintiff Genlyte Thomas Group LLC proven by a preponderance of the evidence that the defendant Architectural Lighting Systems, Inc. has infringed claim 1 of the '254 Patent by the doctrine of equivalents

| ALS' PRODUCTS | YES | NO |
|---|---|---|
| MT2 | | |
| MT1D | | |
| MT1E | | |
| Latitude | | |

Next proceed to Verdict Form 3.

All twelve jurors agree with this Verdict Form 1.

_____
Foreperson

## VERDICT FORM 3

3.  Has the plaintiff Genlyte Thomas Group LLC proven by a preponderance of the evidence that the defendant Architectural Lighting Systems, Inc. induced others to infringe claim 1 of the '254 Patent.

| ALS' PRODUCTS | YES | NO |
|---|---|---|
| MT2 | | |
| MT1D | | |
| MT1E | | |
| Latitude | | |

All twelve jurors agree with this Verdict Form 1.

_____
Foreperson

**If you have answered any part of Verdict Forms 1, 2 or 3 "Yes", then proceed to Verdict Forms 4 and 5.  Otherwise, if you have answered all of Verdict Forms 1, 2 or 3 "No",  proceed to the bottom of this form and have the jury foreperson sign the verdict and ask for the Court officer.**

## **VERDICT FORM  4**

    4.     If your answer to any part or all of Verdict Forms 1, 2 or 3 is "Yes", set forth the total amount of damages you find will compensate the Plaintiff for its damages due to Defendant's infringement.

    $_____

All twelve jurors agree with this Verdict Form 1.

_____
Foreperson

## **VERDICT FORM 5**

5.     If your answer to any part or all of Verdict Forms 1, 2 or 3 is "Yes", do you believe that Plaintiff has proven by clear and convincing evidence that Defendant willfully infringed the '254 patent.

Yes _____          No_____

All twelve jurors agree with this Verdict Form 1.

_____
Foreperson


**When you have completed all of the Verdict Forms then proceed to the bottom of this form and have the jury foreperson sign the verdict and ask for the Court officer.**