UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GENLYTE THOMAS GROUP LLC, a Delaware Limited Liability Company<br>Plaintiff,<br><br>v.<br><br>ARCHITECTURAL LIGHTING SYSTEMS, a division of ARCH LIGHTING GROUP, a Rhode Island Corporation<br><br>Defendant. | Civil Action No. 05-CV-10945 WGY |

## JOINT TRIAL EXHIBIT LIST

Plaintiff Genlyte Thomas Group LLC ("Plaintiff" or "Genlyte") and Defendant Arch Lighting Group ("Defendant" or "ALS") respectfully submit a revised list of proposed trial exhibits attached hereto as Exhibit 1.

Respectfully submitted,

| | |
|---|---|
| GENLYTE THOMAS GROUP LLC<br>By Its Attorneys, | ARCH LIGHTING GROUP<br>By its attorneys, |
| /s/ Kevin Gannon<br>James E. Milliman (Pro hac vice)<br>James R. Higgins, Jr. (Pro hac vice)<br>Robert J. Theuerkauf (Pro hac vice)<br>MIDDLETON REUTLINGER<br>2500 Brown & Williamson Tower<br>Louisville KY  40202<br>Telephone:  (502) 584-1135<br>Facsimile:  (502) 561-0442 | /s/ Brett N. Dorny<br>Brett N. Dorny, BBO# 628977<br>LAW OFFICE OF BRETT N. DORNY<br>386 West Main Street, Suite 12A<br>Northborough, Massachusetts  01532 |

-and-

Thomas C. O'Konski  BBO#337475
Kevin Gannon BBO#640931
Cesari and McKenna, llp
88 Black Falcon Avenue
Boston, MA  02210
Telephone:  (617) 951-2500
Facsimile:  (617) 951-3927


Dated:  January 20, 2007


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants, if any, on this 20th day of January, 2007.

/s/ Kevin Gannon

EXHIBIT 1

1. U.S. Patent No. 5, 038, 254 (original and copies)
2. U.S. Patent No. 5,160, 193 (original and copies)
3. U.S. Patent No. 5,086,375 (original and copies)
4. The prosecutions history of the '254 Patent, including all assignment documents
5. The IESNA Lighting Handbook, Applications Volume, 1987, including p. 7-10 – 7-12
6. The IESNA Lighting Handbook, 8th Edition, including p. 559-560
7. Settlement agreement between Genlyte and Day-O-Lite/SCW
8. Settlement and license agreement between Genlyte and Cooper
9. Settlement and license agreement between Genlyte and Vista
10. Settlement agreement between Genlyte and Kenall
11. Summary of Genlyte sales for patented products from date of inception to current
12. MD*4 / MD*Coffer Brochure
13. Photometric test report G2005043
14. Photometric test report G2005044
15. Photometric test report G2005045
16. A handheld compact fluorescent work light
17. An incandescent bulb
18. The MulTmed MT2 (physical sample)
19. Cart for mounting accused products
20. MulTmed Brochure
21. ALS' MulTmed powerpoint presentation
22. Large photos of MulTmed from ALS' powerpoint presentation
23. MulTmed MT2(A and B) applications/specification/photometry sheet
24. ALS' photometric reports for the MT2
25. MulTmed photometric performance sheet
26. MulTmed wiring and control schematic worksheets
27. MulTmed installation instructions
28. The MulTmed MT1D (physical sample)
29. MulTmed MT1 (D, E and F) applications/specification/photometry sheet
30. ALS' photometric reports for the MT1D
31. The MulTmed MT1E (physical sample)
32. ALS' photometric reports for the MT1E
33. The Latitude (physical sample)
34. Latitude brochure
35. Latitude specification sheet, dated 3/1/06
36. Latitude applications/specification/photometry sheet
37. ALS' photometric reports for the Latitude
38. MulTmed installations resume
39. Statement of Thomas M. Lemons, dated 5/18/06
40. IESNA Lighting Handbook, 1984, including pp. 1-11, 1-14, 1-17, 1-26, 1-31 and 1-32
41. Rebuttal Statement of Thomas M. Lemons, dated 6/5/06
42. IESNA Lighting Handbook, 1959, including pp. 3-14, 12-14
43. Conwed Ceiling Products Brochure (1975)

44. Rapid Lighting Design and Cost Estimating by Prafulla S. Sorcar, 1979, including pp. A-38, B-1, B-2, B-16, B-20, B-34, B-42, B-52 and C-22
45. The Optical Design of Reflectors by William B. Elmer, 1980, including p. 29
46. Expert Declaration of Thomas M. Lemons, dated 10/27/06
47. Illustration of patient room, Exhibit E to Lemons Declaration
48. Genlyte's demonstrative exhibits provided at the *Markman* hearing held on June 30, 2006
49. Genlyte's demonstrative exhibits provided at the Summary Judgment hearing held on November 28, 2006
50. Drawing/spec sheet of MulTmed 2x2 (ALS0376)
51. Drawing/spec sheet of MulTmed 2x4 (ALS0377)
52. Photographs of MulTmed fixture in use (GTG00675-705)
53. Supplemental Expert Declaration of Thomas M. Lemons, to be produced, including all exhibits thereto
54. Letter from Jim Higgins to ALS, dated 9/20/04
55. Letter from Elliot Salter to Jim Higgins, dated 9/30/04
56. Letter from Jim Higgins to Elliot Salter, dated 11/5/04
57. Letter from Elliot Salter to Jim Higgins, dated 11/8/04
58. Letter from Scott Davis to Shrader Electric, dated 1/30/03
59. Memo from Scott Davis to All ALS Sales Reps, dated 5/15/03
60. Letter from Scott Davis to Jerry Cohen, dated 6/21/01
61. Defendant's Objections and Responses to Plaintiff's First Set of Interrogatories and Requests for Production of Documents, and supplements thereto
62. ALS' Quarterly Reports
63. Scott Davis Declaration in Response to Motion to Compel, and exhibits thereto
64. Summary of ALS' customer files
65. Expert Report of Michael Tate, dated 10/24/06
66. A chart summarizing Genlyte's damages, including summary of ALS' dollar sales and quantification of reasonable royalty amount of damages
67. A list of the *Georgia-Pacific* factors
68. Chart providing significant *Georgia-Pacific* factors
69. Chart summarizing *Georgia-Pacific* factor #1, and relevant data
70. Chart summarizing *Georgia-Pacific* factor #5, and relevant data
71. Chart summarizing *Georgia-Pacific* factor #6, and relevant data
72. Chart summarizing *Georgia-Pacific* factor #8 and 11, and relevant data
73. Chart summarizing *Georgia-Pacific* factor #9 and 10, and relevant data
74. Supplemental Expert Report of Michael Tate, to be produced, including all exhibits thereto
75. Summary of MulTmed sales in numbers and dollars
76. Summary of revenue, expenses and profits for MulTmed
77. Perspective view of 2x4 MulTmed
78. Plan view of 2x4 MulTmed
79. Side sectional view of 2x4 MulTmed
80. End sectional view of 2x4 MulTmed
81. Perspective view of 2x2 MulTmed, Style D
82. Plan view of 2x2 MulTmed, Style D
83. Side sectional view of 2x2 MulTmed, Style D

Case 1:05-cv-10945-WGY    Document 62-2    Filed 01/20/2007    Page 3 of 3

84. Perspective view of 2x2 MulTmed, Style E
85. Plan view of 2x2 MulTmed, Style E
86. End sectional view of 2x2 MulTmed, Style E
87. Lightolier Fluorescent Medical Luminaires Brochure
88. Letter from J. Remmers to M. Kaufman dated 7/19/90
89. Humana Hospital Sketches
90. Memorandum from B. Fabbri to B. Kaufman dated 10/17/90
91. Letter from J. Remmers to M. Kaufman dated 7/24/90
92. What is Medilyte? Brochure
93. U.S. Patent No. 3,928,757
94. U.S. Patent No. 2,557,129
95. U.S. Patent No. 4,816,969
96. Humana Memo, dated 3/5/91
97. Lightolier product description

3