```
 1                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MASSACHUSETTS
 2
                                          Civil Action
 3                                        No. 05-10945-WGY

 4


 5   * * * * * * * * * * * * * * * * * * *
     GENLYTE THOMAS GROUP LLC,            *
 6   a Delaware Limited Liability Company,*
                                          *   DAILY TRANSCRIPT
 7              Plaintiff,                *   OF PRETRIAL MATTERS,
         v.                               *   PRELIMINARY JURY
 8                                        *   INSTRUCTIONS,
     ARCHITECTURAL LIGHTING SYSTEMS,      *   OPENING STATEMENTS
 9   a division of ARCH LIGHTING GROUP,   *   and THE EVIDENCE
     a Rhode Island Corporation,          *
10                                        *
                Defendant.                *
11   * * * * * * * * * * * * * * * * * * *

12
               BEFORE:  The Honorable William G. Young,
13                      District Judge, and a Jury

14


15


16
     APPEARANCES:
17
               MIDDLETON REUTLINGER (By James E. Milliman,
18       Esq., James R. Higgins, Jr., Esq. and Robert J.
         Theuerkauf, Esq.), 2500 Brown & Williamson Tower,
19       Louisville, Kentucky 40202-3410, on behalf of the
         Plaintiff
20
               LAW OFFICE OF BRETT N. DORNY (By Brett N.
21       Dorny, Esq.), 386 West Main Street, Suite 12A,
         Northborough, Massachusetts 01532, on behalf of
22       Defendant

23


24                                        1 Courthouse Way
                                          Boston, Massachusetts
25
                                          January 22, 2007
```

**I N D E X**

Pretrial Matters . . . . . . . . . . . . . . . . . 3

Preliminary Jury Instructions . . . . . . . . . 12

Opening Statement by Mr. Milliman . . . . . . . 34

Opening Statement by Mr. Dorny . . . . . . . . . 43

| WITNESS: | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| WILLIAM FABBRI | | | | |
| By Mr. Higgins | 51 | | | |