## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSSETTS

| | |
|---|---|
| GENLYTE THOMAS GROUP LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ARCH LIGHTING GROUP, INC. d/b/a<br>ARCHITECTURAL LIGHTING SYSTEMS<br><br>    Defendant. | Civil Action No. 05-CV-10945-WGY |

## JOINT STIPULATION

The parties, by counsel, stipulate to the following facts.

1.    Every fixture denominated as a "reading" fixture has the same light distribution pattern in every ALS MulTmed product.

2.    Every fixture denominated as an "ambient" fixture has the same light distribution pattern in every ALS MulTmed product.

3.    Every fixture denominated as an "examination" or "exam" fixture has the same light distribution pattern in every ALS MulTmed product.

1

| | |
|---|---|
| GENLYTE THOMAS GROUP LLC<br>By Its Attorneys, | ARCH LIGHTING GROUP<br>By its attorneys, |
| /s/ Kevin Gannon<br>James E. Milliman (Pro hac vice)<br>James R. Higgins, Jr. (Pro hac vice)<br>Robert J. Theuerkauf (Pro hac vice)<br>MIDDLETON REUTLINGER<br>2500 Brown & Williamson Tower<br>Louisville KY  40202<br>Telephone:  (502) 584-1135<br>Facsimile:  (502) 561-0442 | /s/ Brett N. Dorny<br>Brett N. Dorny, BBO# 628977<br>LAW OFFICE OF BRETT N. DORNY<br>386 West Main Street, Suite 12A<br>Northborough, Massachusetts  01532 |

-and-

Thomas C. O'Konski  BBO#337475
Kevin Gannon BBO#640931
Cesari and McKenna, LLP
88 Black Falcon Avenue
Boston, MA  02210
Telephone:  (617) 951-2500
Facsimile:  (617) 951-3927


Dated:  January 24, 2007

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants, if any, on this 24th day of January, 2007.

/s/ Kevin Gannon