```
              UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MASSACHUSETTS

                                        Civil Action
                                        No. 05-10945-WGY


* * * * * * * * * * * * * * * * * * *
GENLYTE THOMAS GROUP LLC,            *
a Delaware Limited Liability Company, *
                                     *
            Plaintiff,               *  TRANSCRIPT OF
     v.                              *  THE EVIDENCE
                                     *    (Volume 2)
ARCHITECTURAL LIGHTING SYSTEMS,      *
a division of ARCH LIGHTING GROUP,   *
a Rhode Island Corporation,          *
                                     *
            Defendant.               *
* * * * * * * * * * * * * * * * * * *



          BEFORE:  The Honorable William G. Young,
                   District Judge, and a Jury


APPEARANCES:

          MIDDLETON REUTLINGER (By James E. Milliman,
     Esq., James R. Higgins, Jr., Esq. and Robert J.
     Theuerkauf, Esq.), 2500 Brown & Williamson Tower,
     Louisville, Kentucky 40202-3410, on behalf of the
     Plaintiff

          LAW OFFICE OF BRETT N. DORNY (By Brett N.
     Dorny, Esq.), 386 West Main Street, Suite 12A,
     Northborough, Massachusetts 01532, on behalf of
     Defendant


                                        1 Courthouse Way
                                        Boston, Massachusetts

                                        January 23, 2007
```

```
                        I N D E X


WITNESS:              DIRECT    CROSS     REDIRECT    RECROSS



WILLIAM FABBRI, Resumed
   By Mr. Higgins     93                  131
   By Mr. Dorny                 112

ROY CRANE
   By Mr. Theuerkauf 133                  178
   By Mr. Dorny                 168

THOMAS M. LEMONS
   By Mr. Higgins    184

WILLIAM FABBRI, Recalled on Offer of Proof
   By Mr. Higgins    222
   By Mr. Dorny                 224
```