```
                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS

                                          Civil Action
                                          No. 05-10945-WGY


* * * * * * * * * * * * * * * * * * *
GENLYTE THOMAS GROUP LLC,            *
a Delaware Limited Liability Company,*
                                     *
                Plaintiff,           *   TRANSCRIPT OF
        v.                           *   THE EVIDENCE
                                     *     (Volume 3)
ARCHITECTURAL LIGHTING SYSTEMS,      *
a division of ARCH LIGHTING GROUP,   *
a Rhode Island Corporation,          *
                                     *
                Defendant.           *
* * * * * * * * * * * * * * * * * * *




          BEFORE:  The Honorable William G. Young,
                   District Judge, and a Jury



APPEARANCES:

          MIDDLETON REUTLINGER (By James E. Milliman,
     Esq., James R. Higgins, Jr., Esq. and Robert J.
     Theuerkauf, Esq.), 2500 Brown & Williamson Tower,
     Louisville, Kentucky 40202-3410, on behalf of the
     Plaintiff

          LAW OFFICE OF BRETT N. DORNY (By Brett N.
     Dorny, Esq.), 386 West Main Street, Suite 12A,
     Northborough, Massachusetts 01532, on behalf of
     Defendant



                                         1 Courthouse Way
                                         Boston, Massachusetts

                                         January 24, 2007
```

```
 1                         I N D E X

 2
        WITNESS:          DIRECT   CROSS    REDIRECT   RECROSS
 3

 4   THOMAS M. LEMONS, Resumed

 5      By Mr. Higgins    230

 6      By Mr. Dorny               270

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```