```
                 UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS

                                           Civil Action
                                           No. 05-10945-WGY


* * * * * * * * * * * * * * * * * * * *
GENLYTE THOMAS GROUP LLC,              *
a Delaware Limited Liability Company,  *
                                       *
                  Plaintiff,           *   TRANSCRIPT OF
      v.                               *   THE EVIDENCE
                                       *   and MOTION FOR
ARCHITECTURAL LIGHTING SYSTEMS,        *   DIRECTED VERDICT
a division of ARCH LIGHTING GROUP,     *      (Volume 4)
a Rhode Island Corporation,            *
                                       *
                  Defendant.           *
* * * * * * * * * * * * * * * * * * * *




           BEFORE:  The Honorable William G. Young,
                         District Judge, and a Jury



APPEARANCES:

           MIDDLETON REUTLINGER (By James E. Milliman,
      Esq., James R. Higgins, Jr., Esq. and Robert J.
      Theuerkauf, Esq.), 2500 Brown & Williamson Tower,
      Louisville, Kentucky 40202-3410, on behalf of the
      Plaintiff

           LAW OFFICE OF BRETT N. DORNY (By Brett N.
      Dorny, Esq.), 386 West Main Street, Suite 12A,
      Northborough, Massachusetts 01532, on behalf of
      Defendant



                                           1 Courthouse Way
                                           Boston, Massachusetts

                                           January 29, 2007
```

**I N D E X**

Motion for Directed Verdict . . . . . . . . . . 478

| WITNESS: | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| THOMAS M. LEMONS, Resumed | | | | |
|    By Mr. Dorny | | 340 | | |
|    By Mr. Higgins | | | 362 | |
| SCOTT DAVIS | | | | |
|    By Mr. Milliman | 376 | | 410 | |
|    By Mr. Dorny | | 404 | | |
| MICHAEL EDWARD TATE | | | | |
|    By Mr. Theuerkauf | 415 | | | |
|    By Mr. Dorny | | 445 | | |