1              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MASSACHUSETTS
2

3                                     Civil Action
                                      No. 05-10945-WGY

4

5    * * * * * * * * * * * * * * * * * * * *
     GENLYTE THOMAS GROUP LLC,             *
6    a Delaware Limited Liability Company, *
                                           *
7                    Plaintiff,            *  **TRANSCRIPT OF**
          v.                               *  **THE EVIDENCE**
8                                          *  and **JURY CHARGE**
     ARCHITECTURAL LIGHTING SYSTEMS,       *  **CONFERENCE**
9    a division of ARCH LIGHTING GROUP,    *    (Volume 5)
     a Rhode Island Corporation,           *
10                                         *
                     Defendant.            *
11   * * * * * * * * * * * * * * * * * * * *

12

13

14           BEFORE:  The Honorable William G. Young,
                         District Judge, and a Jury
15

16

     APPEARANCES:
17

             MIDDLETON REUTLINGER (By James E. Milliman,
18      Esq., James R. Higgins, Jr., Esq. and Robert J.
        Theuerkauf, Esq.), 2500 Brown & Williamson Tower,
19      Louisville, Kentucky 40202-3410, on behalf of the
        Plaintiff
20
             LAW OFFICE OF BRETT N. DORNY (By Brett N.
21      Dorny, Esq.), 386 West Main Street, Suite 12A,
        Northborough, Massachusetts 01532, on behalf of
22      Defendant

23

24                                    1 Courthouse Way
                                      Boston, Massachusetts
25
                                      January 30, 2007

1                       **I N D E X**

2

3   Jury Charge Conference . . . . . . . . . . . . . . .  620

4
    **WITNESS:**              **DIRECT**   **CROSS**     **REDIRECT**   **RECROSS**
5

6   MICHAEL EDWARD TATE, Resumed

7     By Mr. Dorny                 487

8     By Mr. Theuerkauf                         491

9   PAUL NORTHRUP

10    By Mr. Dorny      505                     515

11    By Mr. Theuerkauf           512                        516

12  SCOTT DAVIS, Recalled

13    By Mr. Dorny      517                     590

14    By Mr. Milliman             579

15  IAN LEWIN

16    By Mr. Dorny      591

17    By Mr. Higgins              606

18

19

20

21

22

23

24

25