```
 1              UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MASSACHUSETTS
 2
                                    Civil Action
 3                                  No. 05-10945-WGY

 4

 5   * * * * * * * * * * * * * * * * * * *
     GENLYTE THOMAS GROUP LLC,           *
 6   a Delaware Limited Liability Company, *
                                         *
 7            Plaintiff,                 *  TRANSCRIPT OF THE
        v.                               *  EVIDENCE, JURY
 8                                       *  INSTRUCTIONS and
     ARCHITECTURAL LIGHTING SYSTEMS,     *  CLOSING ARGUMENTS
 9   a division of ARCH LIGHTING GROUP,  *     (Volume 6)
     a Rhode Island Corporation,         *
10                                       *
              Defendant.                 *
11   * * * * * * * * * * * * * * * * * * *

12

13

14         BEFORE:  The Honorable William G. Young,
                    District Judge, and a Jury
15

16
     APPEARANCES:
17
             MIDDLETON REUTLINGER (By James E. Milliman,
18      Esq., James R. Higgins, Jr., Esq. and Robert J.
        Theuerkauf, Esq.), 2500 Brown & Williamson Tower,
19      Louisville, Kentucky 40202-3410, on behalf of the
        Plaintiff
20
             LAW OFFICE OF BRETT N. DORNY (By Brett N.
21      Dorny, Esq.), 386 West Main Street, Suite 12A,
        Northborough, Massachusetts 01532, on behalf of
22      Defendant

23

24                                  1 Courthouse Way
                                    Boston, Massachusetts
25
                                    January 31, 2007
```

**I N D E X**

Jury Instructions . . . . . . . . . . . . . . . . . 655

Closing Argument by Mr. Dorny . . . . . . . . . . . 684

Closing Argument by Mr. Milliman . . . . . . . . . 702

| WITNESS: | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| IAN LEWIN, Resumed | | | | |
|   By Mr. Higgins | | 633 | | 650 |
|   By Mr. Dorny | | | 645 | |