AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTINCT OF _____

**EXHIBIT AND WITNESS LIST**

Genlyte
v.
Architectural Lighting

CASE NUMBER: 05 CV 10945

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Young | Higgins Mullinch | Dorny |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 1/22/07 | Womack | Smith |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 1/22/07 | | | William Fabry |
| | | 1/23/07 | | | William Fabry |
| | | | | | Roy Crane |
| | | | | | Thomas Lemons |
| | | 1/24/07 | | | Thomas Lemons |
| | | 1/29/07 | | | Thomas Lemons |
| | | | | | Scott Davis |
| | | | | | Michael Tate |
| | | 1/30/07 | | | Michael Tate |
| | | | | | Paul Northrop |
| | | | | | Scott Davis |
| | | | | | Ian Lewin |
| | | 1/31/07 | | | Ian Lewin |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages