UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                         )
GENLYTE THOMAS GROUP LLC,)
                         )
     Plaintiff,          )
                         )
     v.                  )   CIVIL ACTION
                         )   NO. 05-10945-WGY
ARCH LIGHTING GROUP, INC. d/b/a )
ARCHITECTURAL LIGHTING SYSTEMS  )
                         )
     Defendant.          )
_____)
```

## JURY VERDICT

Upon the matters submitted to us, we find:

1. _____ for ALS

2. ___✓___ for Genlyte because, as to:

   a. Claim 1

| | Literal Infringement? | Doctrine of Equivalents? | Inducement? |
|---|---|---|---|
| MT2A (2x4 product) | | ✓ | |
| MT2B (2X4 product w/nurse's night light) | | ✓ | |
| MT1D (2x2 product) | ✓ | | |

| | Literal Infringement? | Doctrine Equivalents? | Inducement? |
|---|---|---|---|
| MT1E (2x2 product) | | | |
| Latitude | | | |

b.  Claim 3

| | Literal Infringement? | Doctrine Equivalents? | Inducement? |
|---|---|---|---|
| MT2A (2x4 product) | | ✓ | |
| MT2B (2x4 product w/nurse's night light) | | ✓ | |

c.  We assess damages of $207,554.00

d.  Was the patent infringement wilful?

    ✓ no          ___ yes

*Catherine M. Alves*
Forelady

Date: Feb. 1, 2007