```
 1                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MASSACHUSETTS
 2
                                          Civil Action
 3                                        No. 05-10945-WGY

 4

 5   * * * * * * * * * * * * * * * * * * *
     GENLYTE THOMAS GROUP LLC,            *
 6   a Delaware Limited Liability Company,*
                                          *
 7                   Plaintiff,           *
            v.                            *   TRIAL TRANSCRIPT
 8                                        *     (Volume 7)
     ARCHITECTURAL LIGHTING SYSTEMS,      *
 9   a division of ARCH LIGHTING GROUP,   *
     a Rhode Island Corporation,          *
10                                        *
                     Defendant.           *
11   * * * * * * * * * * * * * * * * * * *

12

13

14          BEFORE:  The Honorable William G. Young,
                     District Judge, and a Jury
15

16
     APPEARANCES:
17
             MIDDLETON REUTLINGER (By James E. Milliman,
18      Esq., James R. Higgins, Jr., Esq. and Robert J.
        Theuerkauf, Esq.), 2500 Brown & Williamson Tower,
19      Louisville, Kentucky 40202-3410, on behalf of the
        Plaintiff
20
             LAW OFFICE OF BRETT N. DORNY (By Brett N.
21      Dorny, Esq.), 386 West Main Street, Suite 12A,
        Northborough, Massachusetts 01532, on behalf of
22      Defendant

23

24                                        1 Courthouse Way
                                          Boston, Massachusetts
25
                                          February 1, 2007
```