UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GENLYTE THOMAS GROUP LLC,<br><br>     Plaintiff/Counterclaim Defendant,<br>v.<br><br>ARCHITECTURAL LIGHTING SYSTEMS, a division of ARCH LIGHTING GROUP,<br><br>     Defendant/Counterclaimant. | Civil Action No. 05-CV-10945 WGY |

**DEFENDANT'S MOTION FOR JUDGMENT AS A MATTER
OF LAW, TO ALTER JUDGMENT AND/OR FOR A NEW TRIAL**

Pursuant to Fed. R. Civ. P. 50(b), Defendant Arch Lighting Group, Inc. ("ALS") hereby renews it motion and moves for judgment as a matter of law ("JMOL") that the MulTMed MT2A, MT2B, and MT1D products do not infringe claims 1 or 3 of U.S. Patent No. 5,038,254 ("the '254 Patent") literally and/or under the doctrine of equivalents.  Alternatively, ALS further moves pursuant to Fed. R. Civ. P. 59(a) for a new trial.  Finally, ALS moves pursuant to Fed. R. Civ. P. 59(a) to amend the judgment entered February 5, 2007 to delete paragraph 4. Defendant's motions should be granted for the reasons set forth in the accompany memorandum.

                                                  Respectfully submitted,

Dated:  February 20, 2007                _s/ Brett N. Dorny_____
                                                  Brett N. Dorny,  BBO# 628,977
                                                  Law Office of Brett N. Dorny
                                                  386 West Main Street, Suite 12A
                                                  Northborough, Massachusetts  01532
                                                  508-709-0501
                                                  bndorny@dornylaw.com
                                                  Attorney for Defendant

**CERTIFICATE OF SERVICE**

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by mail to those indicated as non-registered participants on February 20, 2007.

                                                _s/ Brett N. Dorny_____
                                                Brett N. Dorny

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GENLYTE THOMAS GROUP LLC,<br><br>      Plaintiff/Counterclaim Defendant,<br>v.<br><br>ARCHITECTURAL LIGHTING SYSTEMS, a division of ARCH LIGHTING GROUP,<br><br>      Defendant/Counterclaimant. | Civil Action No.  05-CV-10945 WGY |

**PROPOSED ORDER**

Upon due consideration, Defendant's Motion for Judgment as a Matter of Law is hereby GRANTED.  The Jury Verdict of February 1, 2007 and the Judgment issued February 5, 2007 are hereby vacated.  Judgment as a matter of law as to non-infringement is entered in favor of Defendant.

SO ORDERED this ____ day of _____, 2007.

 

_____
Honorable William G. Young
U.S. District Judge