```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS

                                            Civil Action
                                            No. 05-10945-WGY



* * * * * * * * * * * * * * * * * * * *
GENLYTE THOMAS GROUP LLC,              *
a Delaware Limited Liability Company,  *
                                       *
              Plaintiff,                *
       v.                               *    HEARING
                                       *
ARCHITECTURAL LIGHTING SYSTEMS,        *
a division of ARCH LIGHTING GROUP,     *
a Rhode Island Corporation,            *
                                       *
              Defendant.               *
* * * * * * * * * * * * * * * * * * * *

          BEFORE:  The Honorable William G. Young,
                          District Judge


APPEARANCES:


          CESARI and McKENNA (By Kevin Gannon, Esq.),
     88 Black Falcon Avenue, Boston, Massachusetts
     02210
          - and -
          MIDDLETON REUTLINGER (By James R. Higgins,
     Jr., Esq.), 2500 Brown & Williamson Tower,
     Louisville, Kentucky 40202-3410, on behalf of the
     Plaintiff

          LAW OFFICE OF BRETT N. DORNY (By Brett N.
     Dorny, Esq.), 386 West Main Street, Suite 12A,
     Northborough, Massachusetts 01532, on behalf of
     Defendant



                                       1 Courthouse Way
                                       Boston, Massachusetts

                                       February 5, 2007
```