UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GENLYTE THOMAS GROUP LLC,<br><br>　　　　Plaintiff/Counterclaim Defendant,<br>　v.<br><br>ARCHITECTURAL LIGHTING SYSTEMS, a division of ARCH LIGHTING GROUP,<br><br>　　　　Defendant/Counterclaimant. | Civil Action No. 05-CV-10945 WGY |

**DEFENDANT'S CERTIFICATION**

As required by paragraph 7 of the Final Judgment, Defendant Arch Lighting Group, Inc. ("ALS") hereby certifies that it has complied with paragraphs 7(a) and 7(b). As set forth in the accompanying Certification of Scott A. Davis, ALS had no inventory of product to destroy under paragraph 7(a) and has not inventory of products other than necessary for fulfillment of existing legally enforceable contracts pursuant to paragraph 8 of the Final Judgment. ALS has also notified its sales representatives that the MT2A, MT2B and MT1D products have been enjoined, are no longer available for sale, and are not be offered for sale. Therefore, ALS has complied with the Final Judgment.

　　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: March 7, 2007　　　　　　　　　　　　　　 _s/ Brett N. Dorny_____
　　　　　　　　　　　　　　　　　　　　　　　　　Brett N. Dorny, BBO# 628,977
　　　　　　　　　　　　　　　　　　　　　　　　　Law Office of Brett N. Dorny
　　　　　　　　　　　　　　　　　　　　　　　　　386 West Main Street, Suite 12A
　　　　　　　　　　　　　　　　　　　　　　　　　Northborough, Massachusetts  01532
　　　　　　　　　　　　　　　　　　　　　　　　　508-709-0501
　　　　　　　　　　　　　　　　　　　　　　　　　bndorny@dornylaw.com
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

**CERTIFICATE OF SERVICE**

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by mail to those indicated as non-registered participants on March 7, 2007.

                                      _s/ Brett N. Dorny_____
                                      Brett N. Dorny

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GENLYTE THOMAS GROUP LLC,<br><br>   Plaintiff/Counterclaim Defendant,<br>v.<br><br>ARCHITECTURAL LIGHTING SYSTEMS, a division of ARCH LIGHTING GROUP INC.,<br><br>   Defendant/Counterclaimant. | Civil Action No. 05-CV-10945 WGY |

### CERTIFICATION OF SCOTT A. DAVIS

I, Scott A. Davis, hereby declare as follows:

1. I am president of Defendant Arch Lighting Group, Inc. ("ALS"). I make this certification as required by paragraph 7 of the Final Judgment entered by the Court on February 5, 2007. All statements are made from my personal knowledge.

2. In compliance with paragraph 7(a) of the Final Judgment, I certify has no inventory of MT2A, MT2B or MT1D products other than will be used to fulfill legally enforceable contracts in accordance with paragraph 8 of the Final Judgment. No products were destroyed because ALS does not maintain an inventory of such products. All existing MT2A, MT2B and MT1D products currently in the possession of ALS are designated for fulfillment of existing legally enforceable contracts.

3. ALS has not destroyed the MT2A, MT2B and MT1D products which were exhibits at the trial. These products will be maintained until the time to appeal has expired and/or all appeals have been exhausted.

4.  In compliance with paragraph 7(b) of the Final Judgment, following February 5, 2007, ALS began notifying all independent sales representatives who were currently involved in selling and offering to sell MulTMed products that the MT2A, MT2B and MT1D products had been enjoined, were no longer available for sale, and could not longer be offered for sale, both orally and by email. On March 1, 2007, I sent an email to all existing ALS independent sales agencies, whether or not involved in selling MulTMed products, informing them that the MT2A, MT2B and MT1D products had been enjoined, were no longer available for sale, and were not to be offered for sale.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 6th day of March, 2007.

Scott A. Davis