# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSSETTS

GENLYTE THOMAS GROUP LLC,

                Plaintiff,

v.                                                      Civil Action No. 05-CV-10945-WGY


ARCH LIGHTING GROUP, INC. d/b/a
ARCHITECTURAL LIGHTING SYSTEMS

                Defendant.


## JOINT STATEMENT OF COUNSEL

Following the hearing of March 29, 2007, the parties have discussed the issue

concerning Paragraph 4 of the Judgment entered February 5, 2007 [D.E. 80] and the

parties have failed to reach agreement.  The parties report that they wish the Court to

resolve the issue on the papers presently before the Court as the Court's schedule permits,

without the necessity or requirement of waiting two weeks.

GENLYTE THOMAS GROUP LLC
By Its Attorneys,


/s/ Kevin Gannon
James E. Milliman (Pro hac vice)
James R. Higgins, Jr. (Pro hac vice)
Robert J. Theuerkauf (Pro hac vice)
MIDDLETON REUTLINGER
2500 Brown & Williamson Tower
Louisville KY  40202
Telephone:  (502) 584-1135
Facsimile:  (502) 561-0442


-and-

Thomas C. O'Konski  BBO#337475
Kevin Gannon BBO#640931
Cesari and McKenna, llp
88 Black Falcon Avenue
Boston, MA  02210
Telephone:  (617) 951-2500
Facsimile:  (617) 951-3927


Dated:  April 4, 2007

ARCH LIGHTING GROUP
By its attorneys,


/s/ Brett N. Dorny
Brett N. Dorny, BBO# 628977
LAW OFFICE OF BRETT N. DORNY
386 West Main Street, Suite 12A
Northborough, Massachusetts  01532


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants, if any, on this 4th day of April, 2007.


/s/ Kevin Gannon