UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FIRST EXECUTION                                  CIVIL ACTION NO. 1:05-cv-10945

To the United States Marshal for the District of Massachusetts or either of his Deputies and to the Sheriffs of and for the counties of the Commonwealth of Massachusetts and their deputies, Special Process Servers:

**WHEREAS** Genlyte Thomas Group LLC has recovered judgment against Arch Lighting Group, Inc. in the United States District Court for District of Massachusetts on the 5th day of February, 2007, for the sum of $207,554.00, debt or damage, pre-judgment interest in the amount of $30,089.00, and attorneys fees and costs of this suit in the amount of $5,490.35, as to us appears of record, whereof this First Execution remains to be done,

**WE COMMAND YOU**, therefore, that of the goods and chattels or lands of the said Judgment Debtor, to cause to be paid and satisfied unto the said Judgment Creditor, at the value thereof in money, the aforesaid sums, being a total of $243,133.35, in the whole, with interest thereon at the rate of 5.10% from said day of rendition of said judgment; and thereof also to satisfy yourself for your own fees.

**HEREOF FAIL NOT** and make due return of this Writ with your doings thereon into the Clerk's Office of our said court, at Boston, Massachusetts, within Twenty (20) years after the date of said judgment, or within Ten (10) days after this Writ has been satisfied or discharged.

Dated this _16_ day of _May, 2007_.

SEAL

SARAH A. THORNTON
CLERK OF COURT

_____
By: Deputy Clerk