UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GENLYTE THOMAS GROUP LLC,<br><br>      Plaintiff/Counterclaim Defendant,<br>v.<br><br>ARCHITECTURAL LIGHTING SYSTEMS, a division of ARCH LIGHTING GROUP,<br><br>      Defendant/Counterclaimant. | Civil Action No. 05-CV-10945 WGY |

**NOTICE OF APPEAL**

Notice is hereby given that Arch Lighting Group, Inc. ("ALS"), defendant in the above named case, hereby appeals to the United States District Court of Appeals for the Federal Circuit from the Judgment entered on February 5, 2007 and all associated findings, conclusions, rulings and orders leading thereto and merged therein as included in the Court's Docket for this case; and the order denying Defendant's Motion for Judgment as a Matter of Law, to Alter Judgment, and/or For a New Trial issued on March 29, 2007 and all associated findings, conclusions, rulings and orders leading thereto and merged therein as included in the Court's Docket for this case.

Respectfully submitted,

Dated:  May 23, 2007

_s/ Brett N. Dorny_____
Brett N. Dorny,  BBO# 628,977
Law Office of Brett N. Dorny
386 West Main Street, Suite 12A
Northborough, Massachusetts  01532
508-709-0501
bndorny@dornylaw.com
Attorney for Defendant

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by mail to those indicated as non-registered participants on May 23, 2007.

                                             _s/ Brett N. Dorny_____
                                             Brett N. Dorny