UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GENLYTE THOMAS GROUP LLC,<br><br>    Plaintiff/Counterclaim Defendant,<br>v.<br><br>ARCHITECTURAL LIGHTING SYSTEMS, a division of ARCH LIGHTING GROUP,<br><br>    Defendant/Counterclaimant. | Civil Action No. 05-CV-10945 WGY |

**DEFENDANT'S MOTION TO STAY JUDGMENT PENDING APPEAL**

    Defendant Arch Lighting Group, Inc. ("ALS") hereby moves for a stay of the Judgment of February 5, 2007 ("the Judgment") pending a decision on the appeal of the Judgment to the U.S. Court of Appeals for the Federal Circuit. Specifically, ALS moves to stay execution on the damage award, prejudgment interest and costs in paragraph 3 of the Judgment; for a waiver of a supersedeas bond; and to stay the injunction in paragraphs 6 and 7 of the Judgment. For the reasons set forth in the accompanying memorandum, Defendant's Motion should be granted.

                                                                 Respectfully submitted,

Dated: May 23, 2007

                                                        _s/ Brett N. Dorny_____
                                                        Brett N. Dorny, BBO# 628,977
                                                        Law Office of Brett N. Dorny
                                                        386 West Main Street, Suite 12A
                                                        Northborough, Massachusetts 01532
                                                        508-709-0501
                                                        bndorny@dornylaw.com
                                                        Attorney for Defendant

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by mail to those indicated as non-registered participants on May 23, 2007.

                                                       _s/ Brett N. Dorny_____
                                                       Brett N. Dorny

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GENLYTE THOMAS GROUP LLC,<br><br>       Plaintiff/Counterclaim Defendant,<br>   v.<br><br>ARCHITECTURAL LIGHTING SYSTEMS, a division of ARCH LIGHTING GROUP,<br><br>       Defendant/Counterclaimant. | Civil Action No. 05-CV-10945 WGY |

## **PROPOSED ORDER**

Upon due consideration, Defendant's Motion to Stay Judgment Pending Appeal is hereby GRANTED. Execution on the Judgment of February 5, 2007 is hereby stayed. The requirement of a supersedeas bond is hereby waived in view of the irrevocable letter of Sovereign Bank. The injunction set forth in paragraphs 5 and 6 of the Judgment is also stayed.

SO ORDERED this ____ day of _____, 2007.

_____
Honorable William G. Young
U.S. District Judge