### *UNITED STATES DISTRICT COURT*
### *DISTRICT OF MASSACHUSETTS*

USDC Docket Number : 05-10945-WGY

GENLYTE   THOMAS   GROUP, LLC

v.

ARCHITECTURAL   LIGHTING   SYSTEMS

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1 - 97

and contained in Volume(s)  1, 2 AND 3 are the original or electronically filed  pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on  May 23, 2007 .

In testimony whereof, I hereunto set my hand and affix the seal of this Court on June 1, 2007.

Sarah A Thornton, Clerk of Court

By: /s/
Catherine M. Gawlik, Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court  of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED:        _____

- 3/06

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:05-cv-10945-WGY
## Internal Use Only

Genlyte Thomas Group LLC v. Architectural
Lighting Systems
Assigned to: Judge William G. Young
Cause: 35:271 Patent Infringement

Date Filed: 05/06/2005
Date Terminated: 02/05/2007
Jury Demand: Both
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

## Plaintiff

**Genlyte Thomas Group LLC**          represented by **James R. Higgins, Jr.**
Middleton & Reutlinger
2500 Brown & Williamson Tower

Louisville, KY 40202-3410
502-584-1135
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James E. Milliman**
Middleton Reutlinger
2500 Brown & Williamson Tower

Louisville, KY 40202
502-584-1135
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Gannon**
Cesari & McKenna, LLP
88 Black Falcon Avenue
Boston, MA 02210
617-951-2500
Fax: 617-951-3927
Email: ktg@c-m.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert J. Theuerkauf**
Middleton Reutlinger
2500 Brown & Williamson Tower

Louisville, KY 40202
502-584-1135
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas C. O'Konski**
Cesari & McKenna, LLP
88 Black Falcon Avenue
Boston, MA 02210
617-951-2500
Fax: 617-951-3927
Email: TOK@c-m.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John L. Capone**
Cesari and McKenna, LLP
88 Black Falcon Avenue
Boston, MA 02210
617-951-2500
Fax: 617-951-3927
Email: jcapone@c-m.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Architectural Lighting Systems**<br>*a division of Arch Lighting Group, a Rhode Island Corporation* | represented by | **Brett N. Dorny**<br>Law Office of Brett N. Dorny<br>386 West Main Street, Suite 12A<br>Northboro, MA 01532<br>508-709-0501<br>Fax: 508-519-9185<br>Email: bndorny@dornylaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Counter Claimant**

| | | |
|---|---|---|
| **Architectural Lighting Systems** | represented by | **Brett N. Dorny** |

*a division of Arch Lighting
Group, a Rhode Island
Corporation*

(See above for address)
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Genlyte Thomas Group LLC**

represented by **Kevin Gannon**
(See above for address)
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

**John L. Capone**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/06/2005 | 1 | COMPLAINT against Architectural Lighting Systems Filing fee: $ 250, receipt number 64088, filed by Genlyte Thomas Group LLC. (Attachments: # 1 Exhibit A# 2 Civil Cover Sheet)(Folan, Karen) (Entered: 05/11/2005) |
| 05/06/2005 |  | Summons Issued as to Architectural Lighting Systems. (Folan, Karen) (Entered: 05/11/2005) |
| 05/06/2005 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Sorokin. (Folan, Karen) (Entered: 05/11/2005) |
| 05/16/2005 | 2 | SUMMONS Returned Executed Architectural Lighting Systems served on 5/12/2005, answer due 6/1/2005. (Folan, Karen) (Entered: 05/17/2005) |
| 05/27/2005 | 3 | CORPORATE DISCLOSURE STATEMENT by Genlyte Thomas Group LLC. (Capone, John) (Entered: 05/27/2005) |
| 05/27/2005 | 4 | MOTION for Leave to Appear Pro Hac Vice by Robert J. Theuerkauf by Genlyte Thomas Group LLC. (Attachments: # 1 Certificate of Good Standing of Robert J. Theuerkauf, Esq.) (Capone, John) (Entered: 05/27/2005) |
| 05/27/2005 | 5 | MOTION for Leave to Appear Pro Hac Vice by James E. Milliman by Genlyte Thomas Group LLC. (Attachments: # 1 |

| | | Certificate of Good Standing of James E. Milliman, Esq.) (Capone, John) (Entered: 05/27/2005) |
|---|---|---|
| 05/27/2005 | 6 | MOTION for Leave to Appear Pro Hac Vice by James R. Higgins, Jr. by Genlyte Thomas Group LLC. (Attachments: # 1 Certificate of Good Standing of James R. Higgins, Jr., Esq.) (Capone, John) (Entered: 05/27/2005) |
| 05/31/2005 | ● | Filing fee: $ 150.00, receipt number 64585 regarding motions to appear pro hac vice (Folan, Karen) (Entered: 06/01/2005) |
| 06/08/2005 | 7 | NOTICE of Appearance by Brett N. Dorny on behalf of Architectural Lighting Systems (Dorny, Brett) (Entered: 06/08/2005) |
| 06/10/2005 | 8 | STIPULATION re 1 Complaint *Extending Time for Defendant to Answer* by Genlyte Thomas Group LLC. (Capone, John) (Entered: 06/10/2005) |
| 06/21/2005 | ● | Judge Robert E. Keeton : Electronic ORDER entered. ELECTRONIC ENDORSEMENT granting 8 Stipulation to extend time to answer complaint until July 1, 2005 filed by Genlyte Thomas Group LLC, (Folan, Karen) (Entered: 06/21/2005) |
| 07/01/2005 | 9 | ANSWER to Complaint with Jury Demand, COUNTERCLAIM against Genlyte Thomas Group LLC by Architectural Lighting Systems.(Dorny, Brett) (Entered: 07/01/2005) |
| 07/21/2005 | 10 | ANSWER to Counterclaim by Genlyte Thomas Group LLC. (Capone, John) (Entered: 07/21/2005) |
| 07/25/2005 | ● | Judge Robert E. Keeton : Electronic ORDER entered granting 4 Motion for Leave to Appear Pro Hac Vice Added James R. Higgins, Jr for Genlyte Thomas Group LLC, James E. Milliman for Genlyte Thomas Group LLC, Robert J. Theuerkauf for Genlyte Thomas Group LLC, granting 5 Motion for Leave to Appear Pro Hac Vice Added James R. Higgins, Jr for Genlyte Thomas Group LLC, James E. Milliman for Genlyte Thomas Group LLC, Robert J. Theuerkauf for Genlyte Thomas Group LLC, granting 6 Motion for Leave to Appear Pro Hac Vice Added James R. Higgins, Jr for Genlyte Thomas Group LLC, James E. Milliman for Genlyte Thomas Group LLC, Robert J. Theuerkauf for Genlyte Thomas Group LLC (Folan, Karen) |

| | | |
|---|---|---|
| | | (Entered: 07/25/2005) |
| 09/08/2005 | 11 | Recommendations for Scheduling Order *Joint 26(f) Report on Discovery Plan and Schedule*. (Attachments: # 1 Plaintiff's Rule 16.1 Certification# 2 Defendant's Rule 16.1 Certification) (Capone, John) (Entered: 09/08/2005) |
| 10/24/2005 | 12 | NOTICE of Scheduling Conference Scheduling Conference set for 12/1/2005 02:15 PM in Courtroom 3 before Judge Robert E. Keeton. (Folan, Karen) (Entered: 10/24/2005) |
| 11/21/2005 | 13 | Supplemental JOINT STATEMENT re scheduling conference *Supplemental Joint 26(f) Report on Discovery Plan and Schedule*. (Capone, John) (Entered: 11/21/2005) |
| 12/01/2005 | | ElectronicClerk's Notes for proceedings held before Judge Robert E. Keeton : Scheduling Conference held on 12/1/2005. REK says he needs parties' papers before Markman hearing can be held. Court will be ready as soon as parties are. Plaintiff proposes June 2006 for hearing. REK proposes Wednesday, June 14, 2006, at 2:00 p.m. Plaintiff asks about timing. REK says he will use only as much time as he needs based on papers. Markman Hearing set for June 14, 2006 at 2:00 p.m. (Court Reporter Cloonan.) (Folan, Karen) (Entered: 12/05/2005) |
| 12/27/2005 | 14 | Joint MOTION for Protective Order by Architectural Lighting Systems.(Dorny, Brett) (Entered: 12/27/2005) |
| 01/03/2006 | 15 | Judge Robert E. Keeton : ORDER entered granting 14 Motion for Protective Order. (Folan, Karen) (Entered: 01/03/2006) |
| 05/18/2006 | 16 | STATEMENT OF COUNSEL of Brett N. Dorny *For Markman Hearing* by Architectural Lighting Systems. (Attachments: # 1 Exhibit Exhibit 1# 2 Exhibit Ex 2 - Statement of Ian Lewin# 3 Exhibit Exs A-C to Lewin Statement# 4 Exhibit Ex D to Lewin Statement# 5 Exhibit Exs E-F to Lewin Statement# 6 Exhibit Exs G-H to Lewin Statement# 7 Exhibit Exhibit 3)(Dorny, Brett) (Entered: 05/18/2006) |
| 05/18/2006 | 17 | MEMORANDUM OF LAW by Genlyte Thomas Group LLC to 16 Statement of counsel,. (Attachments: # 1 Exhibit Exhibit 1# 2 Exhibit Exhibit 2-(Part 1)# 3 Exhibit Exhibit 2-(Part 2)# 4 Exhibit Exhibit 2-(Part 3)# 5 Exhibit Exhibit 3-(Part 1)# 6 Exhibit Exhibit 3-(Part 2)# 7 Exhibit Exhibit 4)(Capone, John) |

| | | |
|---|---|---|
| | | (Entered: 05/18/2006) |
| 05/22/2006 | ✪ | Judge Robert E. Keeton: ELECTRONIC ENDORSEMENT re: Markman Hearing. All parties are hereby notified that they should be prepared to present any expert witnesses at the Markman hearing scheduled for 6/14/06 at 2:00 PM.(Filo, Jennifer) (Entered: 05/22/2006) |
| 06/05/2006 | ✪18 | *Markman Rebuttal* Response by Genlyte Thomas Group LLC to 16 Statement of counsel,. (Attachments: # 1 Exhibit 1 Part 1# 2 Exhibit 1 Part 2# 3 Exhibit 1 Part 3# 4 Exhibit 1 Part 4# 5 Exhibit 1 Part 5# 6 Exhibit 1 Part 6# 7 Exhibit 1 Part 7# 8 Exhibit 1 Part 8# 9 Exhibit 2)(Capone, John) (Entered: 06/05/2006) |
| 06/05/2006 | ✪19 | Response by Architectural Lighting Systems to 17 Memorandum of Law,. (Attachments: # 1 Exhibit Ex. 1 - Report of Ian Lewin)(Dorny, Brett) (Entered: 06/05/2006) |
| 06/06/2006 | ✪20 | MOTION to Amend Scheduling Conference,, *to Change Date of the Markman Hearing* by Architectural Lighting Systems. (Attachments: # 1 Text of Proposed Order Proposed Order)(Dorny, Brett) (Entered: 06/06/2006) |
| 06/07/2006 | ✪ | Judge Robert E. Keeton : Electronic ORDER entered granting 20 Motion to Amend date of Markman Hearing. Hearing reset for August 9, 2006 at 9:30 a.m. (Folan, Karen) (Entered: 06/07/2006) |
| 06/12/2006 | ✪21 | NOTICE of Reassignment. Judge William G. Young added. Judge Robert E. Keeton no longer assigned to case. (Folan, Karen) (Entered: 06/13/2006) |
| 06/13/2006 | ✪ | ELECTRONIC NOTICE of Hearing : Scheduling Conference set for 6/21/2006 02:00 PM in Courtroom 18 before Judge William G. Young. cc/cl(Smith, Bonnie) (Entered: 06/13/2006) |
| 06/21/2006 | ✪ | ElectronicClerk's Notes for proceedings held before Judge William G. Young : Scheduling Conference held on 6/21/2006. Court Explains Requirements of the Session. Final Pretrial Conference set for NO SOONER THAN 12/4/2006 Before Judge William G. Young. Jury Trial set for RUNNING TRAIL LIST as of 1/2/2007 before Judge William G. Young. Markman Hearing set for 6/30/2006 09:00 AM before Judge William G. Young. DISPOSITIVE MOTIONS DUE by |

| | | |
|---|---|---|
| | | November 1, 2006 and DISCOVERY DEADLINE is November 1, 2006. (Court Reporter Womack.) (Paine, Matthew) (Entered: 06/21/2006) |
| 06/23/2006 | ❶22 | JOINT STATEMENT of counsel *on Claim Construction.* (Capone, John) (Entered: 06/23/2006) |
| 06/30/2006 | ❶ | ElectronicClerk's Notes for proceedings held before Judge William G. Young : Markman Hearing held on 6/30/2006. After hearing the court construes the claims in question. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 11/02/2006) |
| 07/07/2006 | ❶23 | TRANSCRIPT of Proceedings held on 6/30/06 before Judge Young. Court Reporter: Womack. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at womack@megatran.com or the Clerk's Office. (Smith, Bonnie) (Entered: 07/07/2006) |
| 11/01/2006 | ❶24 | MOTION for Summary Judgment *and For Attorneys Fees* by Architectural Lighting Systems, Architectural Lighting Systems.(Dorny, Brett) (Entered: 11/01/2006) |
| 11/01/2006 | ❶25 | MEMORANDUM in Support re 24 MOTION for Summary Judgment *and For Attorneys Fees* filed by Architectural Lighting Systems, Architectural Lighting Systems. (Dorny, Brett) (Entered: 11/01/2006) |
| 11/01/2006 | ❶26 | Statement of Material Facts L.R. 56.1 re 24 MOTION for Summary Judgment *and For Attorneys Fees* filed by Architectural Lighting Systems, Architectural Lighting Systems. (Attachments: # 1 Affidavit Ex. 1 - Declaration of Brett N. Dorny# 2 Exhibit Ex A to Dorny Declaration# 3 Exhibit Ex. B (part 1 of 3) to Dorny Declaration# 4 Exhibit Ex B (part 2 of 3) to Dorny Declaration# 5 Exhibit Ex B (part 3 of 3) to Dorny Declaration# 6 Affidavit Declaration of Scott A. Davis# 7 Exhibit Ex A to Davis Declaration# 8 Exhibit Ex B-C to Davis Declaration# 9 Exhibit Ex D to Davis Declaration# 10 Exhibit Ex F to David Declaration# 11 Exhibit Ex F to Davis Declaration)(Dorny, Brett) (Entered: 11/01/2006) |
| 11/02/2006 | ❶ | ELECTRONIC NOTICE of Hearing on Motion 24 MOTION for Summary Judgment *and For Attorneys Fees*: Motion Hearing set for 11/28/2006 02:00 PM before Judge William G. Young. Opposition to the motion is due by 11/15/06. Reply brief, if any, is due by 11/22/06. (Smith, Bonnie) (Entered: |

| | | 11/02/2006) |
|---|---|---|
| 11/07/2006 | 27 | MOTION in Limine *Regarding Experts* by Architectural Lighting Systems, Architectural Lighting Systems. (Attachments: # 1 Text of Proposed Order)(Dorny, Brett) (Entered: 11/07/2006) |
| 11/07/2006 | 28 | MEMORANDUM in Support re 27 MOTION in Limine *Regarding Experts* filed by Architectural Lighting Systems, Architectural Lighting Systems. (Attachments: # 1 Affidavit Ex. 1 - Declaration of Brett N. Dorny)(Dorny, Brett) (Entered: 11/07/2006) |
| 11/15/2006 | 29 | MOTION to Seal *Exhibits B, C, K and L to the Lemons Declaration* by Genlyte Thomas Group LLC.(Capone, John) (Entered: 11/15/2006) |
| 11/15/2006 | 30 | MEMORANDUM in Opposition re 24 MOTION for Summary Judgment *and For Attorneys Fees* filed by Genlyte Thomas Group LLC. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D)(Capone, John) (Entered: 11/15/2006) |
| 11/15/2006 | 31 | Proposed Document(s) submitted by Genlyte Thomas Group LLC. Document received: Order Denying Defendant's Motion For Summary Judgment Of Noninfringement And For Attorney Fees. (Capone, John) (Entered: 11/15/2006) |
| 11/15/2006 | 32 | Counter Statement of Material Facts L.R. 56.1 re 24 MOTION for Summary Judgment *and For Attorneys Fees* filed by Genlyte Thomas Group LLC. (Attachments: # 1 Exhibit 1# 2 Attachment 1 to Exhibit 1# 3 Attachment 2 to Exhibit 1# 4 Attachment 3 to Exhibit 1# 5 Attachment 4 to Exhibit 1# 6 Attachment 5 to Exhibit 1# 7 Exhibit 3)(Capone, John) (Entered: 11/15/2006) |
| 11/15/2006 | 33 | EXHIBIT re 32 Statement of Material Facts L.R. 56.1, *Exhibit 2 To The Counter Statement of Material Facts L.R. 56.1* by Genlyte Thomas Group LLC. (Attachments: # 1 Attachment A to Exhibit 2# 2 Attachment B to Exhibit 2# 3 Attachment C to Exhibit 2# 4 Attachment D to Exhibit 2# 5 Attachment E to Exhibit 2# 6 Attachment F to Exhibit 2# 7 Attachment G to Exhibit 2# 8 Attachment H to Exhibit 2# 9 Part 1 of Attachment I to Exhibit 2# 10 Part 2 of Attachment I to Exhibit 2# 11 Part 1 of Attachment J to Exhibit 2# 12 Part 2 of Attachment J to Exhibit 2# 13 Part 3 of Attachment J to |

| | | |
|---|---|---|
| | | Exhibit 2# <u>14</u> Part 4 of Attachment J to Exhibit 2# <u>15</u> Part 5 of Attachment J to Exhibit 2# <u>16</u> Part 6 of Attachment J to Exhibit 2# <u>17</u> Part 7 of Attachment J to Exhibit 2# <u>18</u> Attachment K to Exhibit 2# <u>19</u> Attachment L to Exhibit 2# <u>20</u> Attachment O to Exhibit 2# <u>21</u> Attachment P to Exhibit 2# <u>22</u> Attachment Q to Exhibit 2)(Capone, John) (Entered: 11/15/2006) |
| 11/16/2006 | ❶ | ELECTRONIC NOTICE issued requesting courtesy copy for <u>33</u> Exhibit,,,, <u>31</u> Proposed Document(s) submitted, <u>30</u> Memorandum in Opposition to Motion, <u>32</u> Statement of Material Facts L.R. 56.1,. Counsel who filed this document are requested to submit a courtesy copy of this document (or documents) to the Clerk's Office by. **These documents must be clearly marked as a Courtesy Copy and reflect the document number assigned by CM/ECF.** (Paine, Matthew) (Entered: 11/16/2006) |
| 11/16/2006 | ❶ | Judge William G. Young : Electronic ORDER entered DENYING <u>29</u> Motion to Seal Exhibits. (Paine, Matthew) (Entered: 11/16/2006) |
| 11/20/2006 | ❶<u>34</u> | MOTION to Compel *Discovery* by Genlyte Thomas Group LLC.(Capone, John) (Entered: 11/20/2006) |
| 11/20/2006 | ❶<u>35</u> | MEMORANDUM in Support re <u>34</u> MOTION to Compel *Discovery* filed by Genlyte Thomas Group LLC. (Attachments: # <u>1</u> Exhibit 1# <u>2</u> Exhibit 2# <u>3</u> Exhibit 3# <u>4</u> Text of Proposed Order)(Capone, John) (Entered: 11/20/2006) |
| 11/21/2006 | ❶<u>36</u> | MEMORANDUM in Opposition re <u>27</u> MOTION in Limine *Regarding Experts* filed by Genlyte Thomas Group LLC. (Attachments: # <u>1</u> Exhibit 1# <u>2</u> Exhibit 2# <u>3</u> Exhibit 3# <u>4</u> Exhibit 4# <u>5</u> Exhibit 5# <u>6</u> Exhibit 6# <u>7</u> Exhibit 7# <u>8</u> Exhibit 8# <u>9</u> Exhibit 9# <u>10</u> Exhibit 10# <u>11</u> Exhibit 11# <u>12</u> Exhibit 12# <u>13</u> Text of Proposed Order)(Capone, John) (Entered: 11/21/2006) |
| 11/22/2006 | ❶<u>37</u> | REPLY to Response to Motion re <u>24</u> MOTION for Summary Judgment *and For Attorneys Fees* filed by Architectural Lighting Systems, Architectural Lighting Systems. (Dorny, Brett) (Entered: 11/22/2006) |
| 11/22/2006 | ❶<u>38</u> | Counter Statement of Material Facts L.R. 56.1 re <u>24</u> MOTION for Summary Judgment *and For Attorneys Fees* filed by Architectural Lighting Systems. (Dorny, Brett) (Entered: 11/22/2006) |

| | | |
|---|---|---|
| 11/22/2006 | 39 | MOTION to Strike 30 Memorandum in Opposition to Motion, 33 Exhibit,,, *Declaration of Thomas M. Lemons* by Architectural Lighting Systems, Architectural Lighting Systems. (Attachments: # 1 Text of Proposed Order)(Dorny, Brett) (Entered: 11/22/2006) |
| 11/27/2006 | ❍ | Judge William G. Young : Electronic ORDER entered DENYING 39 MOTION to Strike 30 Memorandum in Opposition to Motion, 33 Exhibit,,, Declaration of Thomas M. Lemons. (Paine, Matthew) (Entered: 11/27/2006) |
| 11/28/2006 | ❍ | ElectronicClerk's Notes for proceedings held before Judge William G. Young : P's counsel Konski and D's counsel Dorny are present in the courtroom.Motion Hearing held on 11/28/2006 re 24 MOTION for Summary Judgment *and For Attorneys Fees* filed by Architectural Lighting Systems,, Motions terminated: 24 MOTION for Summary Judgment *and For Attorneys Fees* filed by Architectural Lighting Systems,.After hearing the motion is denied. The Court sets the Final Pretrial Conference for 12/11/06 at 2PM (Court Reporter Womack.) (Smith, Bonnie) (Entered: 11/28/2006) |
| 11/28/2006 | 40 | Judge William G. Young : ORDER entered. PROCEDURAL ORDER re pretrial/trial Final Pretrial Conference set for 12/11/2006 02:00 PM in Courtroom 18 before Judge William G. Young.(Smith, Bonnie) (Entered: 11/28/2006) |
| 12/04/2006 | 41 | MEMORANDUM in Opposition re 34 MOTION to Compel *Discovery* filed by Architectural Lighting Systems, Architectural Lighting Systems. (Attachments: # 1 Affidavit Declaration of Scott A. Davis)(Dorny, Brett) (Entered: 12/04/2006) |
| 12/07/2006 | ❍ | Judge William G. Young : Electronic ORDER entered DENYING re 34 MOTION to Compel Discovery. (Paine, Matthew) (Entered: 12/07/2006) |
| 12/09/2006 | 42 | PRETRIAL MEMORANDUM by Architectural Lighting Systems, Architectural Lighting Systems. (Attachments: # 1 Exhibit Stipulation of Facts# 2 Exhibit Exhibit List)(Dorny, Brett) (Entered: 12/09/2006) |
| 12/09/2006 | 43 | NOTICE by Architectural Lighting Systems, Architectural Lighting Systems re 42 Pretrial Memorandum *Defendant's Objections to Exhibits* (Dorny, Brett) (Entered: 12/09/2006) |
| | ❍ | |

Case 1:05-cv-10945-WGY    Document 98-2    Filed 06/01/2007    Page 11 of 20

| 12/11/2006 | | ElectronicClerk's Notes for proceedings held before Judge William G. Young : Plaintiff counsel Theuerkauf and Defense counsel Dorney are present.Final Pretrial Conference held on 12/11/2006. The Court inquires as to settlement. Jury trial--10 days including empanelment. The Court orally allows the plaintiff to amend the complaint. The Court explains trial proedure. Case to start after case of US v Andrade and Cerqueira v American Airlines. Motions in limine and Proposed voir dire may be filed as late as the date of empanelment. Counsel are to keep in touch with the clerk re the schedule. (Smith, Bonnie) (Entered: 12/12/2006) |
|---|---|---|
| 12/26/2006 | 44 | MOTION in Limine *To Exclude Defendant's Expert Evidence* by Genlyte Thomas Group LLC. (Attachments: # 1 [Proposed] Order)(O'Konski, Thomas) (Entered: 12/26/2006) |
| 12/26/2006 | 45 | MEMORANDUM in Support re 44 MOTION in Limine *To Exclude Defendant's Expert Evidence* filed by Genlyte Thomas Group LLC. (Attachments: # 1 Exhibit Exhibit 1)(O'Konski, Thomas) (Entered: 12/26/2006) |
| 12/27/2006 | ❏ | Judge William G. Young : Electronic ORDER entered re 44 Motion in Limine to Exclude Defendant's Expert Evidence. "Motion ALLOWED as to Scott Davis. Motion Otherwise Taken Under Advisement." (Paine, Matthew) (Entered: 12/27/2006) |
| 01/03/2007 | 46 | NOTICE of Appearance by Kevin Gannon on behalf of Genlyte Thomas Group LLC. (Paine, Matthew) (Entered: 01/04/2007) |
| 01/05/2007 | 47 | Opposition re 44 MOTION in Limine *To Exclude Defendant's Expert Evidence* filed by Architectural Lighting Systems, Architectural Lighting Systems. (Dorny, Brett) (Entered: 01/05/2007) |
| 01/08/2007 | ❏ | Judge William G. Young : Electronic ORDER entered. re 44 MOTION in Limine To Exclude Defendant's Expert Evidence. "Motion ALLOWED As To Any Testimony As An Expert by Scott Davis. Motion DENIED As To Dr. Lewin. He May Testify Consistant With His Report If Qualified." (Paine, Matthew) (Entered: 01/08/2007) |
| 01/19/2007 | 48 | Proposed Voir Dire by Architectural Lighting Systems, Architectural Lighting Systems. (Dorny, Brett) (Entered: 01/19/2007) |

| 01/19/2007 | 49 | Proposed Jury Verdict by Architectural Lighting Systems, Architectural Lighting Systems. (Dorny, Brett) (Entered: 01/19/2007) |
| 01/19/2007 | 50 | Proposed Jury Instructions by Architectural Lighting Systems, Architectural Lighting Systems. (Dorny, Brett) (Entered: 01/19/2007) |
| 01/19/2007 | 51 | MOTION in Limine *To Exclude Testimony of Defendant's Expert Ian Lewin* by Genlyte Thomas Group LLC. (Attachments: # 1 Proposed Order)(Gannon, Kevin) (Entered: 01/19/2007) |
| 01/19/2007 | 52 | MEMORANDUM in Support re 51 MOTION in Limine *To Exclude Testimony of Defendant's Expert Ian Lewin* filed by Genlyte Thomas Group LLC. (Gannon, Kevin) (Entered: 01/19/2007) |
| 01/19/2007 | 53 | MOTION in Limine *To Exclude Testimony Regarding Plaintiff's Commercial Embodiment* by Genlyte Thomas Group LLC. (Attachments: # 1 Proposed Order)(Gannon, Kevin) (Entered: 01/19/2007) |
| 01/19/2007 | 54 | MOTION in Limine *To Exclude the Testimony Regarding Invalidity* by Genlyte Thomas Group LLC. (Attachments: # 1 Proposed Order)(Gannon, Kevin) (Entered: 01/19/2007) |
| 01/19/2007 | 55 | MOTION in Limine *to Exclude the Defendant's Expert Witness, Ian Lewin* by Genlyte Thomas Group LLC. (Attachments: # 1 Proposed Order)(Gannon, Kevin) (Entered: 01/19/2007) |
| 01/19/2007 | 56 | MEMORANDUM in Support re 55 MOTION in Limine *to Exclude the Defendant's Expert Witness, Ian Lewin* filed by Genlyte Thomas Group LLC. (Gannon, Kevin) (Entered: 01/19/2007) |
| 01/20/2007 | 57 | TRIAL BRIEF by Genlyte Thomas Group LLC. (Gannon, Kevin) (Entered: 01/20/2007) |
| 01/20/2007 | 58 | MOTION Request for Pre-Trial Charge by Genlyte Thomas Group LLC.(Gannon, Kevin) (Entered: 01/20/2007) |
| 01/20/2007 | 59 | Proposed Jury Verdict by Genlyte Thomas Group LLC. (Gannon, Kevin) (Entered: 01/20/2007) |
| 01/20/2007 | 60 | Proposed Voir Dire by Genlyte Thomas Group LLC. (Gannon, Kevin) (Entered: 01/20/2007) |

| 01/20/2007 | 61 | Proposed Jury Instructions by Genlyte Thomas Group LLC. (Attachments: # 1 Exhibit Exhibit A (Part 1)# 2 Exhibit Exhibit A (Part 2))(Gannon, Kevin) (Entered: 01/20/2007) |
| 01/20/2007 | 62 | *Joint* Exhibit List by Genlyte Thomas Group LLC.. (Attachments: # 1 Exhibit 1 (Trial Exhibits))(Gannon, Kevin) (Entered: 01/20/2007) |
| 01/21/2007 | 63 | Opposition re 53 MOTION in Limine *To Exclude Testimony Regarding Plaintiff's Commercial Embodiment*, 51 MOTION in Limine *To Exclude Testimony of Defendant's Expert Ian Lewin*, 54 MOTION in Limine *To Exclude the Testimony Regarding Invalidity*, 55 MOTION in Limine *to Exclude the Defendant's Expert Witness, Ian Lewin* filed by Architectural Lighting Systems, Architectural Lighting Systems. (Dorny, Brett) (Entered: 01/21/2007) |
| 01/21/2007 | 64 | MOTION in Limine *Regarding Claim Testimony* by Architectural Lighting Systems, Architectural Lighting Systems.(Dorny, Brett) (Entered: 01/21/2007) |
| 01/21/2007 | 65 | MEMORANDUM in Opposition re 64 MOTION in Limine *Regarding Claim Testimony and Cross-Motion In Limine to Revisit Markman Issues* filed by Genlyte Thomas Group LLC. (Attachments: # 1 Exhibit A)(Gannon, Kevin) (Entered: 01/21/2007) |
| 01/22/2007 | ● | Motions terminated: 51 MOTION in Limine *To Exclude Testimony of Defendant's Expert Ian Lewin* filed by Genlyte Thomas Group LLC. (Paine, Matthew) (Entered: 01/22/2007) |
| 01/22/2007 | ● | Judge William G. Young : Electronic ORDER entered denying 53 Motion in Limine, granting 54 Motion in Limine, denying 55 Motion in Limine, granting 58 Motion, denying 64 Motion in Limine (Smith, Bonnie) (Entered: 01/22/2007) |
| 01/22/2007 | ● | ElectronicClerk's Notes for proceedings held before Judge William G. Young : Plaintiff's attorneys Millimen and higgins and Defendant's attorney Dorny are present. Court holds pretrial hearing on Motion in Limine and rule son the motions.Jury Trial Day 1 held on 1/22/2007. Voir dire of venire held. Jury of 12 selelcted and Sworn. Pretrial charge by court. Opening remarks by plaintiff and defendant. Plaintiff's evidence commences. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 01/22/2007) |

| 01/23/2007 | 66 | TRANSCRIPT of Proceedings held on 1/22/07 before Judge Young. Court Reporter: Womack. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at womack@megatran.com or the Clerk's Office. (Smith, Bonnie) (Entered: 01/23/2007) |
|---|---|---|
| 01/23/2007 | 67 | STIPULATION by Genlyte Thomas Group LLC. (Gannon, Kevin) (Entered: 01/23/2007) |
| 01/23/2007 | | ElectronicClerk's Notes for proceedings held before Judge William G. Young :Plaintiff's attorneys Millimen and Higgins and Defense counsel Dorny are present in the courtroom. Jury Trial Day 2 held on 1/23/2007. Plaintiff's evidence continues. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 01/25/2007) |
| 01/24/2007 | 68 | STIPULATION by Genlyte Thomas Group LLC. (Gannon, Kevin) (Entered: 01/24/2007) |
| 01/24/2007 | 69 | TRANSCRIPT of Proceedings held on 1/23/07 before Judge Young. Court Reporter: Womack. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at womack@megatran.com or the Clerk's Office. (Smith, Bonnie) (Entered: 01/24/2007) |
| 01/24/2007 | | ElectronicClerk's Notes for proceedings held before Judge William G. Young : Plaintiff's attorneys Millimen and Higgins and Defense counsel Dorny are present.Jury Trial Day 3 held on 1/24/2007. Plaintiff's evidence continues. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 01/25/2007) |
| 01/25/2007 | 70 | TRANSCRIPT of Proceedings held on 1/24/07 before Judge Young. Court Reporter: Womack. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at womack@megatran.com or the Clerk's Office. (Smith, Bonnie) (Entered: 01/25/2007) |
| 01/28/2007 | 71 | MOTION for Clarification *Plaintiff's Motion to Clarify Court's Instructions To Jury* by Genlyte Thomas Group LLC. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3) (Gannon, Kevin) (Entered: 01/28/2007) |
| 01/29/2007 | | ElectronicClerk's Notes for proceedings held before Judge |

| | | |
|---|---|---|
| | | William G. Young : Plaintiff's counsel Millimen and Higgins and Defense counsel Dorny are present.Jury Trial Day 4 held on 1/29/2007. Plaintiff's evidence continues. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 01/29/2007) |
| 01/29/2007 | ❑ | ElectronicClerk's Notes for proceedings held before Judge William G. Young : Plaintiff's counsel Millimen and Higgins and Defense counsel Dorny are present.Hearing Out of Jury Presence re: Defendant's oral Motion for Directed Verdict. held on 1/29/2007. After hearing the Motion is Denied. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 01/29/2007) |
| 01/30/2007 | 72 | TRANSCRIPT of Proceedings held on 1/29/07 before Judge Young. Court Reporter: Womack. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at womack@megatran.com or the Clerk's Office. (Smith, Bonnie) (Entered: 01/30/2007) |
| 01/30/2007 | ❑ | ElectronicClerk's Notes for proceedings held before Judge William G. Young : Plaintiff counsel Millimen and Higgins and Defense counsel Dorny are present.Jury Trial Day 5 held on 1/30/2007. Plaintiff;s evidence continues. Plaintiff Rests. Defense evidence commences. Court holds charge conference. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 01/31/2007) |
| 01/31/2007 | 73 | TRANSCRIPT of Proceedings held on 1/30/07 before Judge Young. Court Reporter: Womack. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at womack@megatran.com or the Clerk's Office. (Smith, Bonnie) (Entered: 01/31/2007) |
| 01/31/2007 | ❑ | ElectronicClerk's Notes for proceedings held before Judge William G. Young : Plaintiff's attorney Millimen and Higgins and Defense counsel Dorny are presentJury Trial Day 6 held on 1/31/2007. Defendant's evidence continues. Defendant Rests. Plaintiff orally moves for Directed Verdict. Motion Denied. Court charges the jury as to the law. Closing arguments by the defendant, by the plaintiff. Jury commences deliberations. Jury questions #1,2,3,4 asked and answered. Jury recesses for the day to return tomorrow to continue deliberating. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 02/01/2007) |

| | | |
|---|---|---|
| 02/01/2007 | 74 | TRANSCRIPT of Proceedings held on 1/31/07 before Judge Young. Court Reporter: Womack. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at womack@megatran.com or the Clerk's Office. (Smith, Bonnie) (Entered: 02/01/2007) |
| 02/01/2007 | 77 | Witness List. (Smith, Bonnie) (Entered: 02/05/2007) |
| 02/01/2007 | | ElectronicClerk's Notes for proceedings held before Judge William G. Young : Plaintiff's counsel Millimen and Higgins and Defendant's attorney Dorny ar epresent.Hearing Out of Jury Presence held on 2/1/2007. Court hears argument re: possible injunciton. After hearing the court reserves ruling until after the jury returns a verdict. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 02/05/2007) |
| 02/01/2007 | | ElectronicClerk's Notes for proceedings held before Judge William G. Young : Plaintiff's counsel Millimen and Higgins and Defendant's counsel Dorny are present.Jury Trial Day 7 held on 2/1/2007. The 12 jurors are present and retire to continue their deliberations. The jury informs the court they are at an impasse. The Court gives the "Allen" charge. The jury continues to deliberate. The jury returns a verdict for the Plaintiff in the amount of $207,554.00. The Court sets further hearing re; injunction for 2:30 2/5/07.(Court Reporter Womack.) (Smith, Bonnie) (Entered: 02/05/2007) |
| 02/04/2007 | 75 | MOTION for Permanent Injunction by Genlyte Thomas Group LLC. (Attachments: # 1 [Proposed] Final Judgment and Permanent Injunction)(Gannon, Kevin) (Entered: 02/04/2007) |
| 02/04/2007 | 76 | AFFIDAVIT in Support re 75 MOTION for Permanent Injunction *Affidavit of Michael E. Tate (Redacted)*. (Gannon, Kevin) (Entered: 02/04/2007) |
| 02/05/2007 | 78 | JURY VERDICT in favor of Plaintiff against Defendant. (Smith, Bonnie) (Entered: 02/05/2007) |
| 02/05/2007 | 79 | TRANSCRIPT of Proceedings held on 2/1/07 before Judge Young. Court Reporter: Womack. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at womack@megatran.com or the Clerk's Office. (Smith, Bonnie) (Entered: 02/05/2007) |
| | | |

| 02/05/2007 | | ElectronicClerk's Notes for proceedings held before Judge William G. Young : Plaintiff's attorney higgins and Defendant's attorney Dorny are present.Motion Hearing held on 2/5/2007 re 75 MOTION for Permanent Injunction filed by Genlyte Thomas Group LLC,, Motions terminated: 75 MOTION for Permanent Injunction filed by Genlyte Thomas Group LLC,. After the hearing the Court allows the Motion and enters the Judgment and Permanent Injunction as modified. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 02/05/2007) |
| --- | --- | --- |
| 02/05/2007 | 80 | Judge William G. Young : ORDER entered. JUDGMENT and PERMANENT INJUNCTION in favor of Plaintiff against Defendant(Smith, Bonnie) (Entered: 02/05/2007) |
| 02/20/2007 | 81 | MOTION for Judgment as a Matter of Law , *to Alter Judgment, and/or For a New Trial* by Architectural Lighting Systems, Architectural Lighting Systems. (Attachments: # 1 Text of Proposed Order)(Dorny, Brett) (Entered: 02/20/2007) |
| 02/20/2007 | 82 | MEMORANDUM in Support re 81 MOTION for Judgment as a Matter of Law , *to Alter Judgment, and/or For a New Trial* filed by Architectural Lighting Systems, Architectural Lighting Systems. (Attachments: # 1 Affidavit Declaration of Brett N. Dorny# 2 Exhibit Exhibit A to Dorny Declaration# 3 Exhibit Exhibit B to Dorny Declaration# 4 Exhibit Exhibit C to Dorny Declaration# 5 Exhibit Exhibit D to Dorny Declaration# 6 Exhibit Exhibit E to Dorny Declaration# 7 Exhibit Exhibit F to Dorny Declaration# 8 Exhibit Exhibit G to Dorny Declaration# 9 Exhibit Exhibit H to Dorny Declaration)(Dorny, Brett) (Entered: 02/20/2007) |
| 02/23/2007 | 83 | TRANSCRIPT of Proceedings held on 2/5/07 before Judge Young. Court Reporter: Womack. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at womack@megatran.com or the Clerk's Office. (Smith, Bonnie) (Entered: 02/23/2007) |
| 03/06/2007 | 84 | RESPONSE to Motion re 81 MOTION for Judgment as a Matter of Law , *to Alter Judgment, and/or For a New Trial* filed by Genlyte Thomas Group LLC. (Attachments: # 1 Text of Proposed Order # 2 Exhibit A# 3 Exhibit B# 4 Exhibit C) (Gannon, Kevin) (Entered: 03/06/2007) |
| | | |

| 03/07/2007 | | ELECTRONIC NOTICE of Hearing on Motion 81 MOTION for Judgment as a Matter of Law , to Alter Judgment, and/or For a New Trial: Motion Hearing set for 3/29/2007 02:00 PM before Judge William G. Young. The hearing will take place at NEW ENGLAND SCHOOL OF LAW, 154 STUART ST., 4TH FLOOR MOOT COURTROOM, BOSTON, MA. Reply brief if any is due by 3/16/07.(Smith, Bonnie) (Entered: 03/07/2007) |
|---|---|---|
| 03/07/2007 | 85 | NOTICE by Architectural Lighting Systems, Architectural Lighting Systems of Defendant's Certification (Attachments: # 1 Affidavit Certification of Scott A. Davis)(Dorny, Brett) (Entered: 03/07/2007) |
| 03/13/2007 | 86 | BILL OF COSTS by Genlyte Thomas Group LLC. (Attachments: # 1 Affidavit Affidavit of Robert Theuerkauf In Support of Bill of Costs# 2 Exhibit A)(Gannon, Kevin) (Entered: 03/13/2007) |
| 03/27/2007 | | ELECTRONIC NOTICE of CORRECTION...The Motion session being held at New England School of Law is on the 5th floor. (Smith, Bonnie) (Entered: 03/27/2007) |
| 03/29/2007 | | ElectronicClerk's Notes for proceedings held before Judge William G. Young : Plaintiff's counsel Higgins and Defendant's counsel Dorny are present in the courtroom.Motion Hearing held on 3/29/2007 re 81 MOTION for Judgment as a Matter of Law , to Alter Judgment, and/or For a New Trial filed by Architectural Lighting Systems,. After hearing the Motion for New Trial is Denied. The Motion for Judgment as matter of law is Denied except as to the amendment of the judgment. That is UNDER ADVVISEMENT. The Court will hold off ruling on this portion of the motion for 2 weeks to give the parties time to resolve the issue. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 03/30/2007) |
| 04/04/2007 | 87 | JOINT STATEMENT of counsel. (Gannon, Kevin) (Entered: 04/04/2007) |
| 04/11/2007 | 88 | Judge William G. Young : ORDER entered. MEMORANDUM AND ORDER: "ALS's Motion to Alter Judgment Docket No. 81 is ALLOWED. The Judgment is Amended to Strike The Award of Additional Damages Included in Paragraph Four of the Order." (Paine, Matthew) |

| | | |
|---|---|---|
| | | (Entered: 04/11/2007) |
| 04/13/2007 | 89 | MOTION to Alter Judgment *or Amend the Amended Judgment, To Reconsider Same, For Relief From Amended Judgment and/or For Sanctions* by Genlyte Thomas Group LLC. (Attachments: # 1 Text of Proposed Order [Proposed] Order# 2 Text of Proposed Order [Proposed] Order (alternate) # 3 Exhibit A# 4 Exhibit B# 5 Exhibit C# 6 Exhibit D# 7 Exhibit E# 8 Exhibit F)(Gannon, Kevin) (Entered: 04/13/2007) |
| 04/27/2007 | 90 | Opposition re 89 MOTION to Alter Judgment *or Amend the Amended Judgment, To Reconsider Same, For Relief From Amended Judgment and/or For Sanctions* filed by Architectural Lighting Systems, Architectural Lighting Systems. (Attachments: # 1 Affidavit Declaration of Paul B. Northrup# 2 Exhibit Ex 2 - Excert of Trial Transcript)(Dorny, Brett) (Entered: 04/27/2007) |
| 04/30/2007 | ● | Judge William G. Young : Electronic ORDER entered DENYING 89 MOTION to Alter Judgment or Amend the Amended Judgment, To Reconsider Same, For Relief From Amended Judgment and/or For Sanctions. (Paine, Matthew) (Entered: 04/30/2007) |
| 05/11/2007 | 91 | COSTS taxed in the amount of $5,490.35. (Smith, Bonnie) (Entered: 05/11/2007) |
| 05/16/2007 | 92 | WRIT of First Execution issued (Smith, Bonnie) (Entered: 05/16/2007) |
| 05/23/2007 | 93 | NOTICE OF APPEAL by Architectural Lighting Systems Filing fee $ 455, receipt number 1533360 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals.Appeal Record due by 6/12/2007. (Dorny, Brett) (Entered: 05/23/2007) |
| 05/23/2007 | 94 | MOTION to Stay re Motion Hearing,, 80 Judgment *Regarding Execution and Injunction* by Architectural Lighting Systems. (Attachments: # 1 Text of Proposed Order)(Dorny, Brett) (Entered: 05/23/2007) |
| 05/23/2007 | 95 | MEMORANDUM in Support re 94 MOTION to Stay re Motion Hearing,, 80 Judgment *Regarding Execution and* |

| | | |
|---|---|---|
| | | *Injunction* filed by Architectural Lighting Systems. (Attachments: # 1 Exhibit Declaration of Paul B. Northrup# 2 Exhibit Declaration of Scott A. Davis)(Dorny, Brett) (Entered: 05/23/2007) |
| 05/23/2007 | 97 | NOTICE OF APPEAL to the Federal Circuit by Architectural Lighting Systems. Filing fee $ 455, receipt number 1533360.Appeal Record due by 6/12/2007. (Paine, Matthew) (Entered: 05/29/2007) |
| 05/25/2007 | 96 | Opposition re 94 MOTION to Stay re Motion Hearing,, 80 Judgment *Regarding Execution and Injunction* filed by Genlyte Thomas Group LLC. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Text of Proposed Order)(Gannon, Kevin) (Entered: 05/25/2007) |
| 05/29/2007 | ● | Notice of correction to docket made by Court staff. Correction: 93 Notice of Appeal Corrected Because: The Notice of Appeal Was Filed Under the Wrong Event Type in CM/ECF. Please Refer to Docket Entry 97 for the Corrected Notice of Appeal to the Federal Circuit. (Paine, Matthew) (Entered: 05/29/2007) |