UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GENLYTE THOMAS GROUP LLC,<br>a Delaware Limited Liability Company<br>　　　　　Plaintiff,<br><br>v.<br><br>ARCH LIGHTING GROUP, INC. d/b/a<br>ARCHITECTURAL LIGHTING SYSTEMS<br>Rhode Island Corporation<br><br>　　　　　Defendant. | Civil Action No. 05-CV-10945 WGY |

## NOTICE OF CROSS-APPEAL
## BY GENLYTE THOMAS GROUP LLC

Notice is hereby given that Plaintiff, Genlyte Thomas Group LLC ("Genlyte"), in the above named case appeals to the United States Court of Appeals for the Federal Circuit from the Final Judgment entered by the trial court on February 4, 2007 insofar as said Final Judgment is affected by: the Order entered April 11, 2007, granting Defendant, Arch Lighting Group, Inc.'s, motion to amend the judgment deleting paragraph 4 thereof; and/or the Order entered April 30, 2007, denying Genlyte's motion to alter or amend the amended judgment, to reconsider same, for relief from amended judgment and/or for sanctions; and all associated findings, conclusions, rulings and orders incorporated (expressly or impliedly) therein. Genlyte further appeals to the United States Court of Appeals for the Federal Circuit from the Bill of Costs entered on May 11, 2007, denying certain costs to which Genlyte is entitled by statute or rule.

Respectfully submitted,

GENLYTE THOMAS GROUP LLC

By Its Attorneys,

/s/ Kevin Gannon
James E. Milliman (*Pro hac vice*)
James R. Higgins, Jr. (*Pro hac vice*)
Robert J. Theuerkauf (*Pro hac vice*)
MIDDLETON REUTLINGER
2500 Brown & Williamson Tower
Louisville KY  40202
Telephone:  (502) 584-1135
Facsimile:  (502) 561-0442

-and-

Thomas C. O'Konski  BBO#337475
Kevin Gannon BBO#640931
Cesari and McKenna, LLP
88 Black Falcon Avenue
Boston, MA  02210
Telephone:  (617) 951-2500
Facsimile:  (617) 951-3927

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as on registered participants, if any, on this 5 day of June, 2007.

/s/ Kevin Gannon