AO 149
(6/88)

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
Appeal Information Sheet

✓ United States District Court for the _District of Massachusetts_
___ United States Court of International Trade
___ United States Claims Court

Type of case: _35:271 Patent Infringement_

v.

Plaintiff(s) _Ventute Umae Group LLC_ Defendant(s) _Architectural Lighting Systems_

(List all parties. Use asterisk to indicate dismissed or withdrawn parties. Use separate sheet if needed. Explain any discrepancy with caption used on judgment, order or opinion.)

Docket No. _05-CV-10945_   Date of Judgment or Order _2/5/2007 3/29/07_

Cross or related appeal? ___   Date of Notice of Appeal _5/03/2007_

Appellant is: ___ Plaintiff  ✓ Defendant  ___ Other (explain) ___

FEES:  Court of Appeals Docket Fee Paid?  ✓ Yes  ___ No
       U.S. Appeal?  ___ Yes  ___ No
       In forma pauperis?  ___ Granted  ___ Denied
                          ___ Revoked  ___ Pending  ___ Never requested

## COUNSEL

(List name, firm, address and telephone of lead counsel for each party. Indicate party represented. Use separate sheet if necessary.

James R. Higgins, Jr.
Middleton & Reutlinger
2500 Brown & Williamson Tower
Louisville, KY 40202-3410
502-584-1135

Brett N. Dorny
Law Office of Brett N. Dorny
386 West Main Street, Suite 2A
Northboro, MA 01532
508-769-0501
womack@migatron.com

COURT REPORTER (Name and telephone):
Donald Womack

IMPORTANT: Attach copy of opinion or order appealed from. Forward together with copy of notice of appeal and certified docket entries.