AO 149
(6/88)

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
## Appeal Information Sheet

✓ United States District Court for the _District of Massachusetts_
___ United States Court of International Trade
___ United States Claims Court

Type of case: _35 271 Patent Infringement_

v.

Plaintiff(s) _Genlyte Thomas Group LLC_    Defendant(s) _Architectural Lighting Systems_

(List all parties. Use asterisk to indicate dismissed or withdrawn parties. Use separate sheet if needed. Explain any discrepancy with caption used on judgment, order or opinion.)

Docket No. _05-CV-10945_    Date of Judgment or Order _2/5/07  4/11/07  4/30/07  5/11/07_

Cross or related appeal? _6/5/2007_    Date of Notice of Appeal _____

Appellant is:  ✓ Plaintiff  ___ Defendant  ___ Other (explain) _____

FEES:  Court of Appeals Docket Fee Paid?  ✓ Yes  ___ No
U.S. Appeal?  ___ Yes  ___ No
In forma pauperis?  ___ Granted  ___ Denied  ___ Revoked  ___ Pending  ___ Never requested

## COUNSEL

(List name, firm, address and telephone of lead counsel for each party. Indicate party represented. Use separate sheet if necessary.

_James R. Higgins, Jr._
_Middleton & Reutlinger_
_2500 Brown & Williamson Tower_
_Louisville, KY 40202-3410_
_502-584-1135_

_Brett N. Dorny_
_Law Office of Brett N. Dorny_
_386 West Main Street, Suite 2A_
_Northboro, MA 01532_
_508-769-0501_
_dorny@nepatent.com_

COURT REPORTER (Name and telephone): _Donald Womack_

IMPORTANT: Attach copy of opinion or order appealed from. Forward together with copy of notice of appeal and certified docket entries.