UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GENLYTE THOMAS GROUP LLC,<br><br>    Plaintiff/Counterclaim Defendant,<br>v.<br><br>ARCHITECTURAL LIGHTING SYSTEMS, a division of ARCH LIGHTING GROUP,<br><br>    Defendant/Counterclaimant. | Civil Action No. 05-CV-10945 WGY |

**DEFENDANT'S MOTION FOR TEMPORARY STAY
OF EXECUTION AND TO QUASH DEPOSITION SUBPOENA**

Defendant Arch Lighting Group, Inc. ("ALS") hereby moves for a temporary stay of execution of the Judgment of February 5, 2007 ("the Judgment") in order to obtain a supersedeas bond and approval of the bond by the Court. ALS also moves to quash or modify the deposition subpoena issued in furtherance of execution of the Judgment. In the interest of justice, as set forth in the accompanying Memorandum, Defendant's motions should be granted.

Respectfully submitted,

Dated: June 8, 2007

  s/ Brett N. Dorny_____
Brett N. Dorny, BBO# 628,977
Law Office of Brett N. Dorny
386 West Main Street, Suite 12A
Northborough, Massachusetts 01532
508-709-0501
bndorny@dornylaw.com
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by mail to those indicated as non-registered participants on June 8, 2007.

  s/ Brett N. Dorny_____
Brett N. Dorny

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GENLYTE THOMAS GROUP LLC,<br><br>    Plaintiff/Counterclaim Defendant,<br>v.<br><br>ARCHITECTURAL LIGHTING SYSTEMS, a division of ARCH LIGHTING GROUP,<br><br>    Defendant/Counterclaimant. | Civil Action No. 05-CV-10945 WGY |

## PROPOSED ORDER

Upon due consideration, Defendant's Motion For Temporary Stay of Execution and to Quash Subpoena is hereby GRANTED. Execution on the Judgment of February 5, 2007 is hereby stayed. ALS shall move for approval of a supersedeas bond once obtained. The deposition subpoena of ALS is quashed.

SO ORDERED this ____ day of _____, 2007.

 

_____
Honorable William G. Young
U.S. District Judge