# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

### NOTICE OF DOCKETING

### 2007-1406 - GENLYTE THOMAS V ARCH LIGHTING

**Date of docketing:** 06/14/2007

**Appeal from:** United States District Court/ District of Massachusetts
case no. 05-CV-10945

**Cross-appellant(s):** Genlyte Thomas Group LLC

**Critical dates include:**
- Date of docketing. See Fed. Cir. R. 12.
- Entry of appearance. See Fed. Cir. R. 47.3.
- Certificate of interest. See Fed. Cir. R. 47.4.
- Requests for extensions of time. See Fed. Cir. R. 26 and 27. **N.B. Delayed requests are not favored by the court.**
- Briefs. See Fed. Cir. R. 31. **N.B. You will not receive a separate briefing schedule from the Clerk's Office.**
- Settlement discussions. See Fed. Cir. R. 33.
- Oral argument schedule conflicts. See Practice Note following Fed. Cir. R. 34.

Pro se parties should refer to the Guide for Pro Se Petitioners and Appellants.

**Attachments:**
- Official caption to all.
- Entry of appearance form to all.
- Informal brief form to pro se appellants.


Jan Horbaly
Clerk

cc: US District Court, MA
James R. Higgins, Jr.
Brett N. Dorny

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2007-1405, -1406

GENLYTE THOMAS GROUP LLC,

                Plaintiff-Cross Appellant,

v.

ARCH LIGHTING GROUP, INC.
(doing business as Architectural Lighting Systems),

                Defendant-Appellant.

Appeal from the United States District Court for the District of Massachusetts in case no. 05-CV-10945, Judge William G. Young.

Authorized Abbreviated Caption[2]

GENLYTE THOMAS v ARCH LIGHTING, 2007-1405, -1406

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and dispositive court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.