UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GENLYTE THOMAS GROUP LLC,<br><br>    Plaintiff/Counterclaim Defendant,<br>v.<br><br>ARCHITECTURAL LIGHTING SYSTEMS, a division of ARCH LIGHTING GROUP,<br><br>    Defendant/Counterclaimant. | Civil Action No. 05-CV-10945 WGY |

**DEFENDANT'S CERTIFICATION OF ROYALTY PAYMENT**

Defendant Arch Lighting Group, Inc. ("ALS"), by and through its attorney, hereby certifies that it has paid all additional royalties required by paragraph 8 of the Judgment of February 5, 2007.  On July 19, 2007, the Court granted ALS's motion for a stay pending appeal once the royalty payments were made.  On July 30, 2007, ALS's counsel sent a check for $11,926 to counsel for Genlyte Thomas Group, Inc. by Express Mail.  The amount represents the mandated royalty of $67 for all products sold since February 5, 2007.  Accordingly, ALS has complied with the Court's order.

                                                                          Respectfully submitted,

Dated:  July 31, 2007                                               _s/ Brett N. Dorny_
                                                                      Brett N. Dorny,  BBO# 628,977
                                                                      Law Office of Brett N. Dorny
                                                                      386 West Main Street, Suite 12A
                                                                      Northborough, Massachusetts  01532
                                                                      508-709-0501
                                                                      bndorny@dornylaw.com
                                                                      Attorney for Defendant

## CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by mail to those indicated as non-registered participants on July 31, 2007.

                                        _s/ Brett N. Dorny_____
                                        Brett N. Dorny