# United States Court of Appeals for the Federal Circuit

2007-1405, -1406

GENLYTE THOMAS GROUP LLC,

Plaintiff-Cross Appellant,

v.

ARCH LIGHTING GROUP, INC.,
(doing business as Architectural Lighting Systems),

Defendant-Appellant.

# Judgment

ON APPEAL from the United States District Court for the District of Massachusetts

in CASE NO(S) 05-CV-10945.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.**

ENTERED BY ORDER OF THE COURT

DATED MAY 1 4 2008

Jan Horbaly, Clerk

**ISSUED AS A MANDATE:** JUN - 4 2008

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

By:_____ Date:_____