## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSSETTS

GENLYTE THOMAS GROUP LLC,

                 Plaintiff,

v.

                                  Civil Action No. 05-CV-10945-WGY

ARCH LIGHTING GROUP, INC. d/b/a
ARCHITECTURAL LIGHTING SYSTEMS

                 Defendant.

---

### PLAINTIFF'S MOTION FOR LEAVE TO FILE A REPLY
### TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO ENFORCE
### SUPERSEDEAS BOND

Plaintiff Genlyte Thomas Group LLC ("Genlyte") moves the Court for leave to file a Reply to Defendant's Opposition to Plaintiff's Motion to Enforce Supersedeas Bond. As grounds for this motion, Genlyte states that Defendant, Arch Lighting Group ("ALS"), in its Opposition asserts a position directly contrary to law. ALS claims that enforcement of the bond is premature because ALS still has the opportunity to file a petition for writ of certiorari with United States Supreme Court. The issue raised by ALS is irrelevant to Genlyte's motion and is misleading because it ignores the following law:

(1) Upon issuance of the Federal Circuit's mandate, this Court regains jurisdiction to enforce the judgment, but loses power to stay the judgment; and

(2) Only the Federal Circuit or the United States Supreme Court has the power to stay the enforcement of the court of appeal's judgment.

Consequently, with the issuance of the mandate the prior stay issued by this Court is dissolved and the Court has jurisdiction for enforcing the judgment.

Therefore, to address the misleading position asserted by ALS, Genlyte respectfully requests the Court to enter the tendered Order granting Genlyte's Motion for Leave and ordering Genlyte's Reply to its Motion to Enforce Supersedeas Bond, submitted herewith, filed of record.

Respectfully submitted,

/s/ Kevin Gannon
James E. Milliman (Pro hac vice)
James R. Higgins, Jr. (Pro hac vice)
Robert J. Theuerkauf (Pro hac vice)
MIDDLETON REUTLINGER
2500 Brown & Williamson Tower
Louisville KY  40202
Telephone:  (502) 584-1135
Facsimile:  (502) 561-0442

-and-

Thomas C. O'Konski  BBO#337475
Kevin Gannon BBO#640931
Cesari and McKenna, LLP
88 Black Falcon Avenue
Boston, MA  02210
Telephone:  (617) 951-2500
Facsimile:  (617) 951-3927

*Counsel for Plaintiff, Genlyte Thomas Group LLC*

Certificate of Service

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 7th day of July, 2008.

/s/ Kevin Gannon
*Counsel for Plaintiff, Genlyte Thomas Group LLC*

**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSSETTS**

| | |
|---|---|
| GENLYTE THOMAS GROUP LLC, | |
| Plaintiff, | |
| v. | Civil Action No. 05-CV-10945-WGY |
| ARCH LIGHTING GROUP, INC. d/b/a ARCHITECTURAL LIGHTING SYSTEMS | |
| Defendant. | |

**[Proposed] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE A
REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO ENFORCE
SUPERSEDEAS BOND**

Upon Motion of Plaintiff, Genlyte Thomas Group LLC ("Genlyte"), for leave to file a

Reply to Defendant's Opposition to Plaintiff's Motion to Enforce Supersedeas Bond ("Genlyte's

Motion"), and the Court being otherwise duly and sufficiently advised,

IT IS HEREBY ORDERED AND ADJUDGED that Genlyte's Motion be, and it hereby

is, GRANTED; and

IT IS HEREBY ORDERED that Genlyte's Reply to Defendant's Opposition to Plaintiff's

Motion to Enforce Supersedeas Bond be, and hereby is, filed of record.

SO ORDERED this _____ day of _____, 2008.

_____

William G. Young, U. S. D. J.